# EXHIBIT A

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -
        KONINKLIJKE KPN N.V.,
 4                                        :    CIVIL ACTION
                   Plaintiff,            :
 5      v                                 :
                                          :
 6      SIERRA WIRELESS, INC. and SIERRA   :
        WIRELESS AMERICA, INC.,           :
 7                                         :
                   Defendants.                 NO. 17-90-LPS
 8                              - - -

 9                         Wilmington, Delaware
                        Wednesday, October 24, 2018
10                         Telephone Conference

11                              - - -

12      BEFORE:     HONORABLE LEONARD P. STARK, Chief Judge

13                              - - -
        APPEARANCES:

14

15              FARNAN, LLP
                BY:  MICHAEL J. FARNAN, ESQ.
16
                        and
17
                SUSMAN GODFREY, L.L.P.
18              BY:  ANDRES C. HEALY, ESQ.
                     (Dallas, Texas)
19
                        and
20
                SUSMAN GODFREY, L.L.P.
21              By:  HUNTER VANCE, ESQ.
                     (Houston, Texas)
22
                         Counsel for Plaintiffs
23

24

25                              Brian P. Gaffigan
                                Official Court Reporter
```

```
 1    APPEARANCES:  Continued)

 2
                    MORRIS NICHOLS ARSHT & TUNNELL, LLP
 3                  BY:  JEREMY A. TIGAN, ESQ.

 4                       and

 5                  KIRKLAND & ELLIS, LLP
                    BY:  ADAM R. ALPER, ESQ., and
 6                       ERIC CHENG, ESQ.
                         (San Francisco, California)
 7
                         and
 8
                    KIRKLAND & ELLIS, LLP
 9                  BY:  MICHAEL W. DE VRIES, ESQ.
                         (Los Angeles, California)
10
                            Counsel for Sierra Wireless, Inc.
11                          and Sierra Wireless America, Inc.

12

13    ALSO PRESENT:

14
                    HOLLINGSWORTH, LLP
15                  BY:  ANN MARIE DUFFY, ESQ.
                         (Washington, District of Columbia)
16
                            Appearing on behalf of Sisvel
17

18

19

20

21

22                          - oOo -

23                    P R O C E E D I N G S

24              (REPORTER'S NOTE:  The following telephone

25    conference was held in chambers, beginning at 2:32 p.m.)
```

1          THE COURT:  Good afternoon, everyone.  This is

2     Judge Stark.  Who is there, please?

3          MR. FARNAN:  Good afternoon, Your Honor.  This

4     is Brian Farnan for the plaintiff.  And with me is Andre

5     Healy and Hunter Vance from Susman Godfrey.  And on the

6     line is Ann Marie Duffy of Hollingsworth, LLP for Sisvel.

7          THE COURT:  Okay.  Thank you.

8          MR. TIGAN:  And, Your Honor, you have Jeremy

9     Tigan with Morris Nichols as well on behalf of Sierra; and

10    I'm joined by three of my colleagues from Kirkland & Ellis.

11    I have Adam Alper, Eric Cheng, and Mike De Vries.  Mr. Alper

12    will be speaking for us today.

13         THE COURT:  Okay.  Great.  Thank you.  I have my

14    court reporter here with me.  And for the record, it is the

15    case that I'm just calling KPN versus Sierra Wireless, Inc.,

16    et al, Civil Action No. 17-90-LPS.

17              This is the time we set to talk about the

18    discovery disputes.  Sierra is the one seeking relief, so

19    we'll hear from Sierra first.

20         MR. ALPER:  Thank you, Your Honor.  This is Adam

21    Alper from Kirkland for Sierra.

22              In my time, I'd like to address three things and

23    focus them in particular on some of the questions that Your

24    Honor raised in connection with the supplemental briefing.

25              The first is why there are specific inspections,

1   why the ████████████████ in the Sisvel and

2   KPN agreements establish that KPN has sufficient control to

3   request and require Sisvel to produce the information that

4   is at issue in our motion.

5          Then, secondly, I'd like to talk about why KPN

6   has the practical ability to obtain that request and

7   requested information.  And,

8          Then, third, briefly address a couple of KPN's

9   arguments that won't have been addressed along the way.

10          But before I do that, just by way of a little

11   bit of background and some context.  There is certainly an

12   ability by KPN to obtain the requested materials.

13          If you just take a look at what are really

14   undisputed facts in this situation, you have got agreements

15   by which Sisvel is to license KPN's patents on KPN's behalf.

16   And that makes Sisvel KPN's licensing agent.  That is

17   specifically with respect to the patent that was asserted

18   until Your Honor invalidated it against Sierra and is at the

19   heart of Sierra's counterclaims against KPN.

20          Then in addition to that kind of general

21   backbone, which is kind of at the crux of the agreements

22   between and the relationship between the new entities, you

23   have got various other specific provisions even before we

24   get to the ████████████████ that established KPN's

25   control.



1

2

3

4

5

6

7

8

9

10

11        And it goes on from there.

12

13

14

15

16

17

18

19

20

21

22

23        It's not just that they have these contract

24   provisions together.   They, KPN acted on them.   And we know

25   that not just in the licensing context, because they have

1    been coordinating closely there, but also just objectively

2    KPN required Sisvel to be a coparty in the five patent cases

3    before this Court and has required Sisvel to cooperate in

4    discovery in those cases, which it is.

5         And it doesn't really even stop there.  We just

6    learned this, Your Honor.  As you may know, discovery has

7    been continuing in this action, and the two depositions

8    that we have taken of KPN representatives occurred last

9    week right as the briefing was going in on this motion.

10        There, we learned that ███████████████████

11   ████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████

13   ██████████████████████████████████████████████████████

14   ███████████████████████████████████████████

15        If you kind of step back and think about that

16   for a second, that goes beyond just asking for documents.

17   That is saying, hey, we have the right to force you, Sisvel,

18   to come in and not just give us documents, to actually

19   participate in the litigation and defend it.

20        Against all of that backdrop, Your Honor, what

21   do we not have?  We don't have a single request by KPN to

22   the Sisvel European entities which KPN and Sisvel say are

23   separate from the U.S. entity.  We don't have a single

24   request to the U.S. entity saying, hey, pursuant to these

25   contractual rights that we have, can you provide the

1    documents?  And then you don't, of course, have a single

2    response from Sisvel to KPN saying that they will or will

3    not provide the documents pursuant to the agreement and

4    even if KPN had made the request, here is the thing.

5            If Sisvel said that they were not going to

6    provide the requested information in response to a KPN

7    request pursuant to these contractual provisions that we're

8    talking about, including the inspection provision which I

9    promise I will turn to in just a moment, it could not

10   possibly be based on the lack of a legal right by KPN to

11   demand those documents.  It would only be because Sisvel

12   just doesn't want to provide the discovery.  It is important

13   discovery, as Your Honor knows from our briefing.  It is

14   not really at issue.  It hasn't been objected to, but it's

15   highly relevant to our claims given Sisvel's key role in

16   KPN's overall licensing scheme and, therefore, key role in

17   our briefs of FRAND counterclaims.

18           Now, let me turn now -- I know that little intro

19   took a little bit longer than I anticipated, but let me turn

20   to the agreement itself.

21           First, let's talk about the ███████████ and

22   Your Honor's *Moretti* case.

23           ████████████████████████

24   ██████████████████ ████████

25   █████████████████████.  That is

1    Exhibit 5 again to our brief. ████████████████

2    ████████████████████████████████████

3    ████████████████████████████████████████

4    ████████████████████████████████████████████

5    ██████████ █████████████████████████████

6    ████████████████████████████████████

7    ██████████████████████

8            And that is exactly the right that we're asking

9    KPN to exercise in this motion.

10           Now, what does KPN say about this?  They point

11   to a different agreement.  This is Exhibit 12 to KPN's

12   opening brief. ███████████████████████████████

13   ████████████████████████████████████████

14   █████████████ ██████████████████████████

15   ██████████   And they say that that takes this agreement or

16   this provision out of the scope of the *Moretti* case.

17           That is incorrect for several reasons:

18           First of all, the provision that KPN is

19   relying on which talks about ████████████████████

20   ████████████████████████████████████

21   ████████████████████████████████████████

22   ████████████████████████████████████

23   ██████████████████████████████

24       █████████████████████████████

25   ████████████████████████ ███████████████



8          By the way, to the extent that -- this hasn't

9    been raised, but to the extent that KPN contends that the

10   2012 agreement has been terminated or it ended

1   further, but if you were, a review of the Court's *Moretti*

2   decision provides another avenue for ordering KPN to collect

3   the requested material, and that is if KPN has the practical

4   ability to obtain the materials.  Here, they certainly do

5   pursuant to many of their contractual provisions as well

6   as the evidence that shows that they have been collecting

7   material and at a minimum obtaining Sisvel's cooperation in

8   litigation before Your Honor.

9          So, once again, that is the ████████████

10  ████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████

12  You couldn't have a broader right that Sisvel, or I mean

13  that KPN can act on to get the discovery.  You can bet that

14  if it was discovery that Sisvel and KPN both wanted to put

15  out there, that if KPN wrote to Sisvel and said, hey, we

16  need a witness for this purpose or we need these documents

17  that Sisvel certainly would provide it and would not

18  violate, breach the ████████████████████████

19          Secondly, I talked about the ████████████████

20  ███████████ ████████████████████████████████████  I

21  think it is a very important point because Sisvel contends,

22  in one of their briefs they say that there is no evidence of

23  any cooperation or coordination between the parties.

24          Well, first of all, ████████████████████████████

25  ████████████████████████████████████████  ████████████

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15      Then as I mentioned,

16

17

18

19

20

21

22

23

24      Just lastly, Your Honor, real fast, just a

25  couple points to clear up a couple things, a couple

1    arguments being made.

2              They, KPN said that they have done everything

3    that they should have to do or have the right to do by

4    subpoenaing Sisvel in the United States.  It's important to

5    understand that Sisvel U.S. is taking the position that it

6    doesn't have control over the documents with the Sisvel

7    European entities.

8              We disagree that there is a real distinction

9    between the corporate entities, that the deponent last

10   week says ███████████████████████████████████████████

11   ████████████████████████████████████ but putting that

12   aside, the materials we are seeking are with the European

13   entities, and a subpoena to the U.S. entity by KPN doesn't,

14   just doesn't answer that question.

15             In fact, it provides, brings up a broader point

16   of context because we are pursuing all of this in parallel.

17   We subpoenaed the Sisvel U.S. entity.  As Your Honor knows,

18   we sent letter of request through this court, your court to

19   go through the Hague to collect documents from the materials

20   from the entities in Europe.  And all through that, KPN and

21   the European entities have disagreed that Sierra should be

22   able to obtain those materials and obstructed the process,

23   but one thing is for sure.  They haven't acted upon the

24   provisions that we're talking about in the agreement.

25             Lastly, Your Honor, there was a declaration from

1    an attorney for Sisvel that was submitted in the supplemental

2    brief.  This probably without saying, but it's essentially

3    additional attorney argument.  It doesn't engage with any of

4    the contract provisions we're talking about, and it doesn't,

5    it doesn't discuss any of the facts.  So we don't think it

6    is particularly helpful, and it is not a fact witness.  It

7    is not bearing on the intent of the agreement.  That's why

8    we think that should be disregarded.

9              Thank you, Your Honor.

10             THE COURT:  All right.  Thank you, Mr. Alper.

11   Let me ask you a few questions.

12             With respect to the letter request that is

13   before me for the Hague-related discovery, if I were to sign

14   that and if the European court were to give you what you

15   want, would that moot this dispute in front of me?

16             MR. ALPER:  The short answer to that is no.

17   And the reason for that is because of the Hague procedures,

18   we've had to substantially narrow our request to Sisvel in

19   Europe.  Sisvel in Europe is not agreeing to provide the

20   materials.  The discovery period, of course, is closing; and

21   we think that whatever we're able to obtain through that

22   process would be at a minimum, if anything, a much smaller

23   scope than what we should be allowed to obtain under the

24   Federal Rules of Civil Procedure for KPN in the United

25   States.

```
 1              THE COURT:  All right.  You have referenced the

 2   other KPN case.  Help further refresh my recollection, if

 3   you would.  You tell me that Sisvel is joined as a plaintiff

 4   there.  They're not a party here.  Might that be something I

 5   should be considering whether or not the U.S. or foreign

 6   Sisvel entities should be added as a party here?

 7              MR. ALPER:  So, Your Honor, let me answer that

 8   very specifically, but if I could go back to the last question.

 9   I omitted one very important fact.  That is, the letters of

10   request are not only direct.  They're only directed to the

11   Luxemburg -- to one of the entities, I think it is the inter-

12   national Sisvel entity, it is not all the Sisvel entities

13   that are involved whereas as our motion here would cause KPN

14   to go collect the materials from the various entities that

15   it interacts with and has rights to collect from.

16              So I apologize for omitting that from my prior

17   answer, but that is a significant additional reason why

18   discovery from Your Honor will be of a broader scope than

19   what we can obtain through the Hague.

20              To answer your subsequent question, we would

21   wholeheartedly agree or support bringing the Sisvel European

22   entities into our claims here.  They are definitely a part

23   of it all and are very much closely intertwined with KPN in

24   the context of our allegations.  So that is something that

25   we think would assist and be another avenue to make that
```

1    material available to us.

2              THE COURT:  And give me a sense then of I think

3    you have already suggested, but under the current schedule

4    you are near the end of fact discovery.  How urgent is the

5    issue in front of me if I were to entertain motion practice

6    on adding a party or if I need more help resolving today's

7    dispute?  How urgent of an issue should I view this as in

8    terms of timing?

9              MR. ALPER:  So there are deadlines that are

10   coming up.  The discovery cutoff I think is at the end of

11   the next week, and then there are some expert deadlines that

12   follow that.

13             However, we don't have a trial until I think

14   September of next year, so there is plenty of time in the

15   schedule to allow for this discovery to happen.

16             Our suggestion would be -- if you order the

17   discovery, our suggestion would be that we push the dates

18   back; and, of course, we can coordinate with KPN on that in

19   order to allow for enough time for this discovery to occur.

20             THE COURT:  Is there -- Mr. Alper, do you believe

21   you have evidence that KPN has been able to get documents from

22   Sisvel in the past or possibly even in connection with this

23   very litigation?

24             MR. ALPER:  The answer is yes, Your Honor.  And

25   I'm not sure if we attached examples of these to our briefing,

1       but we're checking in parallel as I answer this question.

2                The simple answer is absolutely, yes.  KPN is

3       entitled to receive and receive reports from Sisvel.

4                It's Exhibit C to our supplemental brief is an

5       example of one of these; and it is very telling. ▮▮▮▮▮▮

6       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8       ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10      ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12      ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14      ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15      ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16      ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮

19      ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20      ▮▮▮

21              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25              The one that we have attached, by the way, just

1   because it is one additional important detail, ████████

2   ████████████     ████████████████████████████

3   ████████████████████████████████████████

4   ████████████████████████████████████

5   ████████████████████████████████████████

6   This is something that has not only happened in the past but

7   it is ongoing.

8         THE COURT:  All right.  Mr. Alper, in comparing

9   the contractual language here versus *Moretti*, as KPN emphasizes,

10  in *Moretti*, the language talked about very broadly kind of

11  an access to all documents related to the business.  It

12  seems here the scope of what KPN has a right to look at is

13  narrower.  Do you dispute that?  And, if so, how?

14        MR. ALPER:  So my answer to that is, yes, on a

15  couple of different levels.

16        So if we're just focusing on the ████████████

17  ████████████████████████████████████████

18  ████████████████████████     We think that that is

19  very broad, although you could potentially argue that that

20  is intended to be for purposes of analyzing financial data.

21  The case law, including the cases that I think you discussed

22  in the *Moretti* decision tend to not care so much about the

23  ultimate purpose, it is really just the underlying rights.

24        And there really isn't any restriction on ████████

25  ████████████████████████████     ████████████████

1 █████████████████████████████████████████

2 ███████████████████████████. And, of course, if you have an

3 auditor who is looking at, he is performing a licensing

4 audit, he may need to see correspondence and internal

5 communications and so forth about what Sisvel was attempting

6 to do in order to prepare a valid report. There isn't any

7 restriction on what that means.

8         Secondly, the fact there is a requirement in

9 this ████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████

12 ██████████████████████████████ █████████████████

13 █████████████████████████ ███████████████████

14 ████████████████████████████████████████████

15 ████████████████████████████████████

16 ████████████████████████████████████

17 ████████████████████████████████ And that's a

18 quote from the provision.

19         Then, lastly, I think, you know, I know this

20 isn't directly responsive to your question, which I think

21 was directed to this specific provision, but there are many

22 other provisions, many other rights that would cover the

23 ability for KPN to demand and require that Sisvel provide

24 the documents including, like I said. ██████████████████

25 ████████████████████████████████████

1     ████████████████████████.  And certainly if KPN said,

2     hey, I need you to provide me this material as part of this

3     overall licensing effort, then that would seem to be a

4     violation of that provision if Sisvel refuses to cooperate

5     with that request.

6               THE COURT:  All right.

7               MR. ALPER:  And then, of course, in the ...

8               THE COURT:  I was just going to ask you one more

9     question, and then we'll hear from KPN.

10              It does appear, analyzing the agreement between

11    KPN and Sisvel, that Sisvel has a great deal of independence

12    in licensing and maybe even assertion of the patents.  That

13    is, it appears that KPN has given up some meaningful rights

14    that it would otherwise have with respect to the patents and

15    maybe, therefore, some rights that it would otherwise you

16    might think have with respect to Sisvel.  Why should I not

17    see it that way?

18              MR. ALPER:  Yes.  So, Your Honor, maybe I'll

19    contrast this relationship with kind of a common principal

20    agency relationship, it might be a little different.  So

21    you have insurance agencies, and they're out there, and

22    they're waiting for customers to come in the door, and

23    they'll place insurance depending on what the customer's

24    needs are, and they may not be coordinating really at all

25    with the insurance company in that context.

1          This is a very different situation.  It is very

2     different by the terms of the agreement, and it is certainly

3     how the parties have acted since they have entered into these

4     agreements where they're actually coordinating.  They're

5     having regular meetings from the outset to decide how the

6     licensing program is going to be administered, what licensing

7     targets to go after, how important, particularly how the

8     patents are going to be enforced.  If you look at that Exhibit

9     C to our supplemental brief, you will see ██████████████

10    ████████████████████████████████████████████████

11    ██████████████████████████████████████████████

12    ██   █████████████████████████████████   █████████

13    ████████████████   ████████████████████████

14    ████████████   █████████████████████████████████

15    █████████████████████████████   █████████

16    ████████████████████████████████████████

17    ████████████████   It really isn't a situation where Sisvel can

18    go off and do things on its own; and, in fact, they haven't

19    done that in practice.

20               THE COURT:  All right.  Thank you very much.

21               Let me hear now from KPN, please.

22               MR. VANCE:  This is Hunter Vance for KPN.  I'd

23    like to start by just clarifying a few points in the record.

24               One, Sierra told the Court that Sisvel is a

25    coparty in either this case or the five patent case.  He

1    said both.  That is simply not accurate.

2            In this case, KPN is the only party.  In the

3    five patent cases, KPN is a party along with 3G Licensing

4    which is an entirely separate entity from Sisvel U.K. or

5    Sisvel International or Sisvel U.S., The entities that

6    Sierra requested KPN to request documents from.

7            Second, on the ███████████████████

8    ████████████████████████████████████████

9    ████████████████

10           And, finally, on the Hague letter request,

11   Sierra said that KPN had obstructed its ability to file

12   these requests.  That is simply not true.  Sierra filed

13   requests earlier this year, and KPN did not object to those

14   requests.  When Sierra recently asked KPN again whether it

15   could file amended requests because the foreign government

16   had rejected Sierra's request, KPN said it was willing to,

17   provided that Sierra would include a few clarifications,

18   including to tell this Court that the foreign government

19   rejected the request.  It was Sierra who refused to include

20   this additional clarifying information for the Court.  As

21   the Court has seen from out the response to the Court's

22   motion, that information is accurate and helpful to the Court.

23           THE COURT:  All right.  Mr. Vance, before you

24   move on, I was curious about this ███████████████.

25   Should I understand your response to what I was told by

1    Mr. Alper to be that basically everything he told me is not

2    true and is not supported by the testimony recently of the

3    witness or are you fine tuning what it is he told me?

4                 MR. VANCE:  Sure.  I will clarify, Your Honor.

5                 During Koenraad Wuyts' testimony last week

6    during a deposition, ████████████████████████████████████

7    ██████████████████████████████████ ████████████████

8    ████████████████

9            ████████████████████ ████████████████████████

10   ████████████████████████████

11        ██████ ██████████████████████████

12   ████████████████████████████████ ████████████

13   ██████████████████████

14        ████████████ ██████ ████████████████████

15   ████████████████████

16        ██████████ ██████████████████████████

17        ████████████ ██████ ████████████████████████

18   ████████████████████████████████████

19   ████████████████████████

20        ██████████ ██████

21        ████████████████████████████████████████

22   ██████████████████████████████████████████████

23   ██████████████████████

24        ████████████████████████████████████

25   ██████████████████████████████████████

1  ███████████

2          THE COURT:  All right.  So you can confirm

3  that KPN, for whatever reason, ████████████████████

4  ███████████████

5          MR. VANCE:  Yes, Your Honor. ██████████████

6  ██████████

7          THE COURT:  Right.  And did KPN request

8  ████████████████████████████████████████████████

9  ███████████████

10         MR. VANCE:  I don't know the answer to that

11 question.  I don't believe that -- I don't believe it was

12 discussed in the deposition.

13         THE COURT:  Does KPN believe that ██████████

14 ████████████████████████████████████████████████

15 ██████████████████████

16         MR. VANCE: ████████████████████████████

17 ████████████████████████████████████████████████

18 ██████ ████████████████████████████████████████

19 ████████████████████████████

20         THE COURT:  Okay.  You can go on to your other

21 points.

22         MR. VANCE:  All right.  So I'll run through

23 really three big points that will track our letter.

24         First, KPN has already complied with discovery

25 obligations and has produced Sisvel-related documents that

1    are in its possession and control.

2              Second, the remaining documents that Sierra is

3    seeking, KPN does not have, and does not have the ability to

4    obtain, those documents.  And,

5              Third, Sisvel is the proper party for Sierra's

6    request.  Although Sisvel U.S. has already produced

7    documents to Sierra and put a 30(b)(6) witness up for more

8    than nine hours of testimony, Sisvel has also said that it

9    is willing to do more, provided that Sierra agreed to work

10   with it and agreed to certain conditions.  But instead of

11   working directly with Sisvel, Sierra filed this discovery

12   dispute in an end around to move on KPN.

13             Starting with the first point.  KPN has already

14   produced Sisvel-related documents that are in its possession

15   or control.

16             Euro first seeks KPN's communications with

17   Sisvel.  As we explained in our letter, we frankly don't

18   understand this request.  KPN has produced nearly 400,000

19   pages of documents in this case, including communications

20   between Sisvel and KPN.

21             KPN has also conducted two ESI searches, the

22   first in 2018 in accord with this Court's default ESI order.

23             Sisvel Euro then asked KPN to conduct a second

24   search months after the close of substantial completion

25   deadline.

1         KPN agreed to run those additional search terms.

2  Sierra also specifically confirmed that running those search

3  terms would conclude its request.  KPN fully complied with

4  the terms of that agreement and produced nonresponsive hits.

5         On the second point, KPN does not have, and

6  does not have the ability to obtain, the remaining Sisvel

7  documents in discovery that Sierra seeks.  Sierra specifically

8  asked KPN to produce Sisvel's internal communication, Sisvel

9  communications with third parties, and to somehow compel

10  David Muus, a Sisvel U.K. employee, to provide deposition

11  testimony.

12         KPN does not have the right to obtain and

13  produce any of this discovery.

14         Sierra's entire argument depends on its

15  contention that KPN somehow has control over Sisvel's

16  internal documents and its employee; but under the Third

17  Circuit standard for control under the *Mercy* decision, the

18  test is whether the parties have legal right to obtain the

19  requested documents on demand.  KPN has repeatedly explained

20  to Sierra that it has no such right.

21         Sisvel has similarly told Sierra KPN has no

22  legal right to demand the documents that Sierra seeks.  And

23  unlike in the *Moretti* case, Sierra has further told Sierra

24  that it will not provide KPN with any of the documents that

25  Sierra is seeking.

1         And why?  Because KPN's agreements with Sisvel

2  do not give KPN any rights to obtain the internal documents

3  it demands.

4         To the contrary, the agreements not only say

5  expressly █████████████████████ but they also show

6  that KPN has no legal right to these documents.

7         This Court's *Moretti* case is instructive because

8  it shows what kind of contract language could create such

9  access rights.  And as Your Honor pointed just a moment ago,

10  the language there is far broader than the language Sierra

11  points to in its KPN contract.  As this Court has described,

12  the specific language of the contract is critical in

13  determining control.

14         When you look at the *Moretti* contract, Euro

15  largely ignores the most probative language, the broadest

16  language.  The Hertz contract had provided Hertz access to,

17  quote, "any other information required by Hertz with respect

18  to the licensee's renting business."  And the Dollar Thrifty

19  contract gave Dollar Thrifty the right to get books and

20  records that, quote, "relate in any way to the licensed

21  business."

22         Here, I simply can not point to any language

23  like that in KPN's contract.  Instead, it points to other

24  irrelevant provisions at least for the purpose of the

25  Sierra's request.  I'll run through each of those provisions

1    and discuss some of them.

2            I'll start with some language about ███████████

3    ████████████ █████████████████████████████████

4    ████████████████████████████████████

5    ███████████████████████████████████

6    ██████████████████████████████████████████████

7    █████████████████████████████████████

8    ██████████████████████████████████████

9    █████████████████████████████

10           Second, and more critically, ██████████████

11   ██████████████████████████ ██████████████

12   ███████████████████████████████

13        ████████████████████████████████

14   ████████████████████████████████████████████████

15   ██████████████████████████████████ ██

16   ██████████████████████████████████████

17   ███████████████████████████████████

18   █████████████████████████████████████

19   ████████████████████████████████████████

20   ███████████████████████████████████████████

21   ██████

22       ████████████████████████████████████

23   ██████████████████████████████████

24   █████ ████████████████████████████

25   █████ ████████████

 1      ████████████████████████████████

 2      ████████████████████████ ████████████

 3      ██████ ████████████████████████████████████

 4      ████████████████████████████████████

 5      ████████████████████████████████████

 6      ██████████████████████████████████████

 7      ██████████████

 8          ████████████████████████████████

 9      ██████ ████████████████████████████

10      ████████████████████████████ ██████

11      ████████████████████████████████

12      ██████████████████████████████

13      ████████████████████████ ████████████

14      ████████████████████████████████

15      ████████████████████████████████

16      ██████████████████████████████████

17      ████████████████████

18          I'll turn next to the ████████████████ that

19      Sierra discusses. ████████████████████████████

20          I'll note for the Court that Sierra made a

21      significant deal in saying that the ████████████████

22      ████████████████████████████████

23      ████████████████████████████████ ██

24      ██████████████████████████████████████

25      ████████████████

1            But even so, this provision simply says

2    nothing about providing KPN with access to Sisvel's internal

3    documents.

4            Sierra says the cooperation is so broad, it

5    should be read to allow KPN to demand essentially anything

6    relating to licensing.  It reads in the language from the

7    *Hertz* and *Dollar Thrifty* case.

8            But that construction violates first principles

9    of contract interpretation.  If the ███████████████

10   would permit KPN to demand anything, then the sections on

11   ████████████████████████████████████████████

12   ████████████████████████████████████████████

13   ███████████████████████████████████████ all of

14   that would simply be a nullity, but simply the ████████████

15   ██████████ goes nowhere nearly as broad as Sierra asks it to.

16           THE COURT:  All right.  Mr. Vance, let me

17   interrupt you because I do have some questions.

18           So, in your view, what does the ███████████

19   ██████████ require Sisvel to do?  ████████████████████████

20   ████████████████████████████████████████████

21   ██████████

22           MR. VANCE:  ██████████████████████████

23   ████████████████████████████ ███████████████████████

24   ████████████████████████████████████████████

25   ████████████████████████████████████████

```
1    ████████████████     ████████████████████████
2    █████████████████████████████████████████████
3    ███████████████████
4            THE COURT:  Okay.  What does it give KPN the
5    right to -- ████████████████████████████
6    ████████████████████████████████
7    ██████████████████████████████ what did
8    KPN get for that?  What does that mean?
9            MR. VANCE:  Sure.  I can explain, Your Honor.
10   For example, if Sisvel had asked KPN to join a call for one
11   of the patent owners, that is the kind of cooperation that
12   this pool and licensing agreement contemplates.
13           Asking for assistance in documentation on the
14   status of the patent, on filings of the patent with various
15   countries Patent Offices, things of that nature, it is not a
16   freestanding right to demand any documents related to the
17   patenting or to licensing or really to anything.
18           THE COURT:  It says that ██████████████
19   ███████████████████████████████████
20   ███████████████████████   ██████████
21   ███████████████████████████████
22   ███████████████   ████████████   ████████████
23   ████████████████████████
24           MR. VANCE:  Yes, Your Honor.  You should look at
25   the language of the clause, as you say.  ████████████
```

1 ████████████████████████████████████

2 ██████████████████████████████████████

3 ██████████

4 ██████████████████████████████

5 ████████████████████████████ █

6 ███████████████████████ █████████████

7 ████████████ .

        As I noted, Your Honor, if this were so broad as

to say that KPN can demand unbridled cooperation really of

any sort, enumerated, unenumerated, conflicting with other

documents or not, then it would really be in conflict with

the remainder of the agreement.

        As the Court described, you read the agreements,

Sisvel has really substantial independence throughout the

agreement on many of the points.  There are rights that KPN

granted to Sisvel.  There are many rights that KPN retains,

and there are many things that KPN simply cannot direct or

request or control and Sisvel purchased in autonomy by

buying these license rights or getting into this arrangement

with KPN.

        THE COURT:  But the --

        MR. VANCE:  I don't --

        THE COURT:  Hold on.  Hold on.  ███████████

24 ████████████████████████████████████

25 ████████████████████████████████

1   ████████████████████

2              MR. VANCE:  ██████████████████████

3   ███████████████████ ████████████████████

4   ████████████████████████████████

5   ████████████████████████████████

6   ████████████████████████████████

7   ███████████████████████████████

8   ████████████████████████████████

9   █████████████████████████████████

10  █████████████████████ ████████████

11  █████████████████

12             THE COURT:  Okay.  Tell me why, even if you are

13  right about the language, why shouldn't this be troubling to

14  the Court?  You have a patent owner hiring another entity to

15  help it enforce and license its patent.  Those two parties

16  now have financial interests in asserting the patent.  What

17  is to stop them from carefully crafting these contractual

18  arrangements in a way that when litigation in U.S. courts,

19  subject to U.S. discovery rules, is entirely foreseeable

20  could be really handicapped as a result?

21             MR. VANCE:  I think that is simply not this

22  case, Your Honor.  I mean in this case, Sierra is one who

23  has pulled Sisvel into this case.  It is their counterclaim

24  alleging conduct of Sisvel that has made Sisvel relevant,

25  and it is Sierra who wants the information.

1    I'll further note a few points of the facts,

2    Your Honor.  As we noted in our letter, Sierra's opening

3    letter spends a great deal of time describing some alleged

4    direction and coordination from KPN regarding Sisvel's

5    communication and negotiations with Sierra.  We put no

6    response.  Sierra cites absolutely no evidence for that

7    point.  It is simply allegation.

8    To the contrary, Sisvel has provided deposition

9    testimony, and KPN has provided deposition testimony. ▮

10   ████████████████████████████████████████████████████

11   ████████████████████████  This is not a case where as Sierra

12   described in this letter, KPN is trying to have its cake

13   and eat it, too.  This is a simple matter where KPN entered a

14   licensing agreement with Sisvel who runs a patent pool.  Many

15   other patent owners also entered the patent pool with Sisvel.

16   Under the terms of that arrangement, KPN retained its patent

17   and can license them bilaterally.  Anyone is free to obtain or

18   request a bilateral license from KPN.  In parallel, there is

19   a pool which holds a limited licensing and sublicensing right

20   to KPN's patents and the patents of other patent owners in the

21   pool.

22   What happened here is KPN had certain negotiations

23   with Sierra.  Totally separately, Sisvel, who has a right to

24   sell licenses of KPN patents along with other patents, had

25   certain discussions with Sierra.  Sierra's counterclaim tries

1    to merge those together and impute some alleged wrongdoing by

2    Sisvel onto KPN; and the facts simply don't support that, Your

3    Honor.  This is not a circumstance where a patent owner is

4    trying to evade any obligations or any discovery obligation.

5               THE COURT:  All right.  Let's put aside for

6    the moment the Sierra situation.  What are KPN's rights if

7    Sisvel did try to license your patent to someone and then

8    that someone turns around and is infringing the patent?  Are

9    you telling me that KPN has no right whatsoever to access

10   the communications between Sisvel and that, in my example,

11   infringer of KPN's patent?

12              MR. VANCE:  Your Honor, I do not see any right

13   in this agreement for that.  And I will note that Sierra has

14   brought up alleged communications between Sisvel and some

15   of Sierra's customers.  They say this is evidence of their

16   claims.

17              KPN does not have access to those agreements --

18   or to those communications.  KPN had to serve subpoenas on

19   to Sierra customers to get those documents because KPN has

20   no right to demand them from Sisvel.

21              THE COURT:  All right.  And besides demand,

22   are you here to say that your client accepts that it

23   signed a contract under which it just, it can't get these

24   communications from Sisvel?  That is, even if it wants it,

25   even if it's in its financial interest to get them, they

1   just can't get this stuff from Sisvel?

2          MR. VANCE:  To be precise, Your Honor, there is

3   nothing in the contract that gives KPN a generalized legal

4   right to obtain the documents that KPN might want.  What KPN

5   can do, if it wants to go beyond the rights afforded in the

6   contract, is serve formal discovery.  And that is exactly

7   what KPN has done in this case.  KPN is not trying to evade

8   discovery obligations.  KPN served a subpoena on Sisvel U.S.

9   to obtain those documents that KPN has no right to under

10  the agreement.

11         THE COURT:  Does KPN oppose adding Sisvel U.S.

12  and Sisvel U.K. and maybe other Sisvel entities to this case?

13         MR. VANCE:  Yes, KPN would oppose that, Your

14  Honor.  We are in the last week or so of fact discovery.

15  Sierra first involved Sisvel through its counterclaims over

16  a year and-a-half ago, and it's really a prejudice to KPN,

17  at the very eve of fact discovery closing, to say that now

18  we're going to add an entirely new party.

19         THE COURT:  All right.  Talk to me about another

20  concern I have.  As you mentioned earlier in your remarks,

21  you say we can't produce Sisvel documents that we don't

22  have.  We did produce 4,000 or whatever it was documents

23  because we have them from Sisvel, I assume.

24         Doesn't that also create a vulnerability that

25  I should be concerned with that Sisvel, in your analysis,

1    basically can decide what comes into my case in discovery

2    by simply choosing what to give the patentee?  And Sisvel

3    has a financial interest, I would think, in how this case

4    comes out.  Shouldn't I be concerned about all that?

5              MR. VANCE:  No, Your Honor.  Let me clarify

6    something.

7              When we said that we have produced documents

8    related to Sisvel, let me be clear, the documents that we

9    have requested are those that KPN has a legal right to

10   obtain under the agreement, and those that they have

11   obtained.  That is the category we are talking about.  We

12   are talking at length about these ██████████████████████

13   ███████████████████████████████████████████████████

14   ███████████████████████████████████████████████

15   ██████████████████████████

16             Not so.  ███████████████████████████████████

17   ███████████████████████████████████████████  ██

18   ███████████████████████████████████  ████████████

19   ███████████████████████████████████████████

20   ██████████████████████  █████████████████████████████

21   What KPN has in its possession, custody, and control, what

22   it has a legal right to obtain under this agreement, under

23   the authority obtained, is what KPN has produced.

24             The next step, the one that Sierra wants, is the

25   document that KPN just doesn't a right to obtain.  Those are

1   documents we cannot give Sierra.

2            THE COURT:  Right.  But that is my question,

3   that is my point, that is my concern is now Sisvel, on your

4   telling, is entirely in charge of what record gets made

5   with respect to issues that may be highly relevant to this

6   litigation.  So you may be right KPN has no right to it, and

7   you only can give what you have, but why shouldn't that

8   create a concern under the circumstances here that that just

9   allows Sisvel to decide what we all get to learn?

10            MR. VANCE:  I would point out to Your Honor that

11   Sisvel has indeed produced documents and provided a witness

12   for nine hours of testimony.  So this is not a case where

13   Sisvel is simply picking and choosing.  It was Sierra who

14   asked for a deposition of Sisvel U.S.  Sisvel does not

15   simply say let's give that document.  Let's now give that

16   one.  Sisvel sat and answered nine hours of Sierra's

17   questioning on the topics that Sierra noticed.  So Sisvel

18   has responded.

19            Ms. Duffy I understand is on the line.  We

20   notified Sisvel of Sierra's request, and she had asked if

21   Sisvel also have an opportunity to speak.  I don't know if

22   the Court wants to hear from her at this moment or another.

23   But this is certainly something I would think that Sisvel

24   may have something to say about as well.

25            THE COURT:  Right.  I will need to think about

1    that for a moment, because we also are about to run out of

2    time, and I'm not done with asking you questions.

3            I appreciate that Ms. Duffy is here.

4            So, Mr. Vance, what Mr. Alper also told me is

5    that Sisvel needs KPN's consent to enforce the patent.   Is

6    that correct?

7            MR. VANCE:   It really depends on the

8    circumstances, Your Honor.   ████████████████████████████

9    ████████████████████████████████ ███████████████████████

10   ████████████████████████████████████████████████████████

11   ███████████████████████████████████████████████████████

12   ███████████████████████████████

13           THE COURT:   All right.

14           MR. VANCE:   And that really goes back to the

15   point, Your Honor, that these are two separate and parallel

16   legal rights and licenses.   KPN has the '662 patent.   It

17   granted a limited sublicensing right to the patent pool of

18   Sisvel.

19           THE COURT:   All right.   Mr. Vance, is there

20   anything you want to add?

21           MR. VANCE:   No, Your Honor.   Thank you.

22           THE COURT:   All right.   Ms. Duffy, I appreciate

23   that you are there.   I am truly about to run out of time,

24   and my sense is there may well be further proceedings

25   regarding the issues we're talking about, but if you want

1  just a couple of minutes, like two or three minutes, to add

2  something, you may go ahead and do so.

3              MS. DUFFY:  Thank you, Your Honor.  I will be

4  very brief.

5              I think to answer your final question first or

6  statement, whether Sisvel has financial interests in this

7  case, I just want to make it incredibly clear that Sisvel

8  does not have any financial interest in the litigation

9  between KPN and Sierra.

10             Also, to the extent that you have concern that

11 Sisvel gets to decide what comes into this case, I believe

12 that you have the Court's assignment in front of you that

13 Sisvel sent to KPN.  As a third party to this litigation,

14 we have been very -- and tried to be very cooperative to

15 produce the documents that we can, that are reasonably

16 available for us to produce.

17             We have also offered to provide additional

18 documents through various ESI search terms, provided that

19 Sierra would work with us to limit the search terms and to

20 help compensate for Sisvel costs.

21             Sisvel U.S. has also offered to request

22 documents from Sisvel U.K. and Sisvel International provided

23 that those requests are narrowly targeted, and also that

24 Sierra works with Sisvel to again address the cost of any of

25 these requests, and to agree that what we provide will

1    really end this dispute.

2              So from Sisvel U.S.'s perspective, as a third

3    party, we are trying to be very cooperative.  We are trying to

4    provide documents and not really restrict what is happening.

5    We just believe that respecting the corporate relationship

6    and the fact that KPN and Sisvel are not related, ████████

7    ████████████████████████████████████████████████████████████

8    ████████████████████████, and we made it clear with the patent

9    owners to make sure in situations like this there was clear

10   wording on that.

11             So we do want to address those concerns for the

12   Court.  That we really are not trying to dictate what comes

13   into this case as a third party.  We just like to work

14   through the proper mechanisms.

15             THE COURT:  And to be clear, Ms. Duffy, you

16   represent Sisvel U.S.  You are not here to represent Sisvel

17   U.K. or any other Sisvel entities; correct?

18             MS. DUFFY:  To the extent that the representation

19   of them wouldn't confer any sort of jurisdictional obligation,

20   I do represent them as their attorney.  And so I do work both

21   with Sisvel U.K. and Sisvel International as well as Sisvel

22   U.S.

23             THE COURT:  You don't have to answer any of my

24   questions.  I appreciate what you have already said.  But

25   one of the things I wonder about is what kind of response

1    Sisvel U.K. will give if I order, let's say, KPN, or if you

2    agreed to ask Sisvel U.K. to produce the materials that are

3    sought by Sierra, are you able to or willing to give us an

4    answer to what kind of response we're going to get from

5    Sisvel U.K.?

6              MS. DUFFY:  Without going into too much detail,

7    the requests that have been discussed on the phone are a

8    little bit different than the requests that we have received

9    from Sierra directly.  So I would like there to be some

10   conversation about what exactly is being sought.  And then,

11             Second, I think provided that we can engage in

12   reasonable discovery with reasonable search terms, some

13   compensation for any extraneous -- or not extraneous but any

14   burdensome discovery and really limit and focus this to what

15   is absolutely relevant and needed rather than it being a

16   fishing expedition, I can represent that my clients are

17   willing to engage in those conversations.

18             THE COURT:  What, if anything, can you say about

19   whether any of your clients would be willing to be joined as

20   party to this case?

21             MS. DUFFY:  I have not entertained this with my

22   that, Your Honor, but I anticipate their answer would be

23   that they would oppose.

24             THE COURT:  Okay.

25             MS. DUFFY:  But, again, I have not asked them.

```
 1                    THE COURT:  Fair enough.  I appreciate you being
 2       here and sharing that with us.
 3                    Mr. Alper, you heard a lot.  Go ahead and take a
 4       few minutes to respond if you want.
 5                    MR. ALPER:  Thank you, Your Honor.  I will keep
 6       this very brief, Your Honor.
 7                    There are just a couple of points.  And they
 8       really roll up to an overall I think problem that we have
 9       with the situation on the KPN and Sisvel side; and that is,
10       there are contractual agreements between them.  There are
11       contractual rights that KPN has in order to further its
12       licensing program, to obtain money for licensing its
13       patents, and for enforcing its patents, on the one hand.
14                    But then there are things that counsel raised
15       that they have attempted to do, to avoid obligations in
16       discovery and obligations in the courts of the United
17       States; and there are two specific examples that came up in
18       the course of counsel's discussions here that I wanted to
19       highlight here, being mindful for the long period that Your
20       Honor has already taken for this hearing.
21                    The first has to do with the ████████████
22       ███████████ ████████████████████████████████████████████
23       ██████████████████████████████ ████████████████████████
24       ███████████████████████████████████████████████████████
25       ████████████████████████████████████████████████
```

1     ████████         I just wanted to comment on that because I think

2     it really underscores the problem here.

3              So if you look kind of the way the timing of

4     this worked out, ██████████████████████████████████

5     ████████████████████████ when this litigation was

6     commenced by KPN and when our counterclaims were filed and

7     was also in effect when, in September of 2017, we issued

8     Requests For Production that sought documents relating to

9     our counterclaims.



19              When you take a step back, there is no evidence

20     in the record that Sisvel will no longer cooperate.  In fact,

21     we just heard Ms. Duffy say that they will cooperate.  And

22     the only possible reason that the parties would have gotten

23     together ████████████████████████████████████████

24     is to avoid discovery, and that is very concerning to us.

25     And it shouldn't be a reason to support -- it shouldn't be a

1    reason for them to evade discovery in this case, particularly

2    on the basis of the agreements.  That is point one.

3            The second one is that the discussion that Your

4    Honor was having with counsel on selective production; and

5    we definitely see that that is what is going on.  And we

6    provided an example of that in our supplementary brief.

7            Again, I will go to Exhibit C to our supplemental

8    letter brief.  ████████████████████████████████████████

9    ████████████████████████████████  It is only an example

10   of those documents.  And that is a document that was produced

11   by KPN from KPN's file.  You know that because, we know it

12   because they produced it to us, but it's also, if you look at

13   the Bates numbering, it's a KPN Bates number, so you can see

14   it from the face of the document.

15           So what that means is that KPN has some Sisvel

16   documents in its file that it is producing but is refusing

17   to collect and produce others; and that is another kind of

18   overarching problem that we have with the arrangements that

19   they have.

20           Then, finally, very briefly, Your Honor.  In

21   terms of the discovery, I think this point was very

22   apparent.  But the discovery, when KPN is talking about

23   collecting discovery from Sisvel, of course, documents from

24   Sisvel U.S., I think there is a clear distinction that we're

25   now making between the U.S. entity and the foreign entities,

 1    and it is really the foreign entities that we're talking

 2    about here.  But I think that was clear thus far.

 3                THE COURT:  All right.  A few more questions for

 4    you, Mr. Alper.

 5                First, we did reference I think earlier I have

 6    the newest request for the letters in front of me.  I'm

 7    sure you have seen KPN's response, and they propose some

 8    revisions.

 9                What is Sierra's position at this point?  Do you

10    want me to sign what you proposed or are you agreeable to

11    the revisions or some third option?

12                MR. ALPER:  Yes, Your Honor.  I think the

13    specific revisions to the requests that KPN proposes are

14    okay.  The colloquy that accompanied them we don't think is

15    appropriate.  But in terms of the scope of the provisions,

16    or the specific scope of what they were proposing, if there

17    were any -- actually, I'm not sure.  If there were any

18    edits that they had to the actual requests themselves, the

19    discovery requests, those probably aren't a problem.  It's

20    the colloquy that we were having a problem with, and that is

21    what caused the parties to put in briefs separately.

22                THE COURT:  Okay.  And respond to this argument

23    that if you are right about ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌,

24    it sort of makes much, if not all, of the remaining

25    contractual provisions superfluous, including the ▌▌▌▌▌▌

1     ████████████████████████████████

2              MR. ALPER:  Yes.  So the answer is from the

3     perspective of this motion to compel, we agree with that.

4     The ████████████████ would be sufficient for Your Honor

5     to rely on to order KPN to collect the materials from the

6     various Sisvel entities.

7              From a KPN versus Sisvel perspective and their

8     relationship, the other provisions have meaning.  So I don't

9     think we're reading the cooperation provision so broadly

10    as to nullify the other provisions, ████████████████████

11    ██████████████████████████████, all of those

12    are separate requirements, separate purposes vis-à-vis

13    the relationship between Sisvel and KPN.  But from the

14    perspective of ordering KPN to obtain the documents, you

15    could exclusively rely on the cooperation provision.

16              THE COURT:  All right.  I was told that in fact

17    Sisvel is not a party in the other case.  It's a different

18    entities than the 3G Licensing entity.  Do you dispute that?

19              MR. ALPER:  That is a Sisvel entity.  It has a

20    slightly different name.  It has 3G in it.  There is a --

21    they have a number of different related affiliate entities.

22    One is called Sisvel International, SA, another is Sisvel,

23    U.K.  There is the 3G entity, among others.

24              THE COURT:  All right.  Thank you.  So we're

25    significantly over the time that I had allotted for the

1    call, but it's been very helpful to hear from all three of

2    you, but not helpful in a way that --

3                    MR. ALPER:  Your Honor?

4                    THE COURT:  Yes.

5                    MR. ALBER:  I'm sorry.  This is Adam Alper, one

6    more time just to complete the answer.  This probably is

7    helpful.

8                    Sisvel International, SA is the parent of, and

9    that is the one in Luxemburg.

10                   THE COURT:  I'm sorry.  Say it again.  You got

11   cut off.  Is the parent of?

12                   MR. ALPER:  They're the parent of all the Sisvel

13   entities.  So they're the parent to 3G, they're the parent

14   to U.K. and the others.

15                   THE COURT:  Got you.  Okay.

16                   MR. ALPER:  Just to give you a little bit more.

17                   THE COURT:  Okay.  Thank you.

18                   So thank you again for the help.  Unfortunately,

19   it leaves me in a position where I'm not able to make a

20   decision just at the moment on the request to compel the

21   discovery from KPN.  It's possible I'll need some further

22   assistance from you all.  If so, I will let you know.

23                   But in the meantime, I do want to sign a new

24   request for the letters rogatory, so I do direct that

25   Sierra, as soon as you can, review your current request in

1       light of this short brief that we recently got from KPN and

2       submit to me what it is that you want me to sign and I

3       expect that I will sign that.

4                   But in the meantime, I'll be figuring out if I'm

5       in a position in the near future to decide the dispute that

6       was argued today and, if not, what further I need from you

7       all.

8                   Thank you all very much for your time.  Good-bye.

9

10                  (Telephone conferences ends at 3:44 p.m.)

11

12          I hereby certify the foregoing is a true and accurate
        transcript from my stenographic notes in the proceeding.

13

14                          <u>/s/ Brian P. Gaffigan</u>
                             Official Court Reporter

15                             U.S. District Court

16

17

18

19

20

21

22

23

24

25



**'**

**'662** [1] - 38:16

**/**

**/s** [1] - 48:14

**1**

**12** [2] - 8:11, [1]

**17-90-LPS** [1] - 1:7, 3:16

**2**

**2012** [19] - 5:3, 5:12, 6:11, 7:24, 8:24, 9:1, 9:10, 10:10, 11:18, 18:25, 27:5, 28:1, 28:19, 28:22, 29:20, 29:22, 42:23, 42:25, 43:4

**2017** [14] - 8:12, 9:13, 9:19, 17:2, 17:4, 17:5, 27:4, 27:13, 27:16, 27:22, 42:25, 43:7, 43:10, 43:11

**2018** [2] - 1:9, 24:22

**24** [1] - 1:9

**2:32** [1] - 2:25

**3**

**3:44** [1] - 48:10

**3G** [5] - 21:3, 46:18, 46:20, 46:23, 47:13

**4**

**4,000** [1] - 35:22

**4.2** [1] - 11:2

**400,000** [1] - 24:18

**A**

**ability** [8] - 4:6, 4:12, 10:4, 18:23, 20:15, 21:11, 24:3, 25:6
**able** [5] - 12:22, 13:21, 15:21, 41:3, 47:19
**absolutely** [3] - 16:2, 33:6, 41:15
**accept** [1] - 22:14
**accepted** [1] - 28:24
**accepts** [1] - 34:22
**access** [8] - 9:21, 17:11, 18:12, 26:9, 26:16, 29:2, 34:9, 34:17
**accessing** [1] - 9:2
**accompanied** [1] - 45:14
**accord** [1] - 24:22
**Accountant** [1] - 27:12
**accounting** [1] - 18:1
**accuracy** [1] - 27:7
**accurate** [3] - 21:1, 21:22, 48:12
**act** [1] - 10:13
**acted** [3] - 5:24, 12:23, 20:3
**acting** [1] - 11:14
**Action** [1] - 3:16
**ACTION** [1] - 1:4
**action** [2] - 6:7, 38:11

**actions** [2] - 16:17, 16:18
**active** [1] - 28:25
**activities** [6] - 5:20, 8:4, 10:11, 16:6, 16:7, 16:11
**actual** [1] - 45:18
**Adam** [3] - 3:11, 3:20, 47:5
**ADAM** [1] - 2:5
**add** [3] - 35:18, 38:20, 39:1
**added** [1] - 14:6
**adding** [2] - 15:6, 35:11
**addition** [1] - 4:20
**additional** [7] - 13:3, 14:17, 17:1, 21:20, 25:1, 38:11, 39:17
**address** [4] - 3:22, 4:8, 39:24, 40:11
**addressed** [1] - 4:9
**administered** [1] - 20:6
**admit** [1] - 29:23
**affiliate** [1] - 46:21
**afforded** [1] - 35:5
**afternoon** [2] - 3:1, 3:3
**agencies** [1] - 19:21
**agency** [3] - 19:20, 40:7, 40:8
**agent** [2] - 4:16, 26:5
**ago** [2] - 26:9, 35:16
**agree** [3] - 14:21, 39:25, 46:3
**agreeable** [1] - 45:10
**agreed** [4] - 24:9, 24:10, 25:1, 41:2
**agreeing** [1] - 13:19
**agreement** [68] - 5:3, 5:8, 5:9, 5:12, 6:11, 7:3, 7:20, 7:24, 8:11, 8:12, 8:15, 8:25, 9:7, 9:10, 9:13, 9:16, 9:19, 10:10, 10:20, 11:1, 11:18, 12:24, 13:7, 18:25, 19:10, 20:2, 20:12, 25:4, 27:4, 27:5, 27:7, 27:8, 27:11, 27:13, 27:16, 27:22, 28:1, 28:7, 28:19, 28:22, 29:20, 29:22, 29:25, 30:2, 30:6, 30:12, 30:20, 30:22, 31:5, 31:12, 31:15, 31:24, 32:4, 32:6, 33:14, 34:13, 35:10, 36:10, 36:22, 42:23, 42:25, 43:1, 43:4, 43:11,

43:13, 43:15
**agreements** [13] - 4:2, 4:14, 4:21, 20:4, 26:1, 26:4, 27:6, 31:5, 31:13, 34:17, 40:7, 42:10, 44:2
**agrees** [2] - 5:5, 30:25
**ahead** [2] - 39:2, 42:3
**al** [1] - 3:16
**ALBER** [1] - 47:5
**allegation** [1] - 33:7
**allegations** [1] - 14:24
**alleged** [3] - 33:3, 34:1, 34:14
**alleging** [1] - 32:24
**allotted** [1] - 46:25
**allow** [3] - 15:15, 15:19, 29:5
**allowed** [1] - 13:23
**allows** [1] - 37:9
**ALPER** [16] - 2:5, 3:20, 13:16, 14:7, 15:9, 15:24, 17:14, 19:7, 19:18, 42:5, 45:12, 46:2, 46:19, 47:3, 47:12, 47:16
**Alper** [11] - 3:11, 3:21, 13:10, 15:20, 17:8, 22:1, 38:4, 42:3, 45:4, 47:5
**ALSO** [1] - 2:13
**amended** [1] - 21:15
**AMERICA** [1] - 1:6
**America** [1] - 2:11
**amount** [3] - 5:14, 11:12, 20:10
**analysis** [2] - 18:10, 35:25
**analyzing** [2] - 17:20, 19:10
**AND** [1] - 1:2
**and-a-half** [1] - 35:16
**Andre** [1] - 3:4
**ANDRES** [1] - 1:18
**Angeles** [1] - 2:9
**ANN** [1] - 2:15
**Ann** [1] - 3:6
**answer** [18] - 12:14, 13:16, 14:7, 14:17, 14:20, 15:24, 16:1, 16:2, 17:14, 22:16, 23:10, 27:24, 39:5, 40:23, 41:4, 41:22, 46:2, 47:6
**Answer** [1] - 22:20
**answered** [1] - 37:16
**anticipate** [1] - 41:22
**anticipated** [1] - 7:19
**apologize** [1] - 14:16
**apparent** [1] - 44:22
**appear** [1] - 19:10

**APPEARANCES** [2] - 1:13, 2:1
**Appearing** [1] - 2:16
**appreciate** [4] - 38:3, 38:22, 40:24, 42:1
**appropriate** [1] - 45:15
**argue** [1] - 17:19
**argued** [1] - 48:6
**argument** [3] - 13:3, 25:14, 45:22
**arguments** [2] - 4:9, 12:1
**arrangement** [2] - 31:19, 33:16
**arrangements** [2] - 32:18, 44:18
**ARSHT** [1] - 2:2
**Article** [3] - 5:13, 10:20, 20:13
**aside** [3] - 9:15, 12:12, 34:5
**asserted** [1] - 4:17
**asserting** [1] - 32:16
**assertion** [1] - 19:12
**assignment** [1] - 39:12
**assist** [2] - 9:3, 14:25
**assistance** [3] - 8:6, 30:13, 47:22
**assume** [1] - 35:23
**attached** [2] - 15:25, 16:25
**attempted** [1] - 42:15
**attempting** [1] - 18:5
**attorney** [3] - 13:1, 13:3, 40:20
**audit** [12] - 9:4, 9:5, 17:16, 18:4, 27:14, 28:4, 28:13, 28:21, 29:11, 29:12, 29:13, 46:1
**auditor** [12] - 8:13, 8:14, 8:19, 8:21, 9:20, 18:3, 18:9, 18:13, 18:14, 27:11, 27:18, 27:23
**audits** [1] - 27:10
**authority** [1] - 36:23
**autonomy** [1] - 31:18
**available** [2] - 15:1, 39:16
**avenue** [2] - 10:2, 14:25
**avoid** [2] - 42:15, 43:24
**aware** [4] - 7:25, 22:18, 22:24, 23:5

## B

**backbone** [1] - 4:21
**backdrop** [1] - 6:20
**background** [1] - 4:11
**based** [2] - 7:10, 9:23
**basis** [2] - 16:24, 44:2
**Bates** [3] - 16:13, 44:13
**bearing** [1] - 13:7
**BEFORE** [1] - 1:12
**beginning** [2] - 2:25, 11:2
**behalf** [3] - 2:16, 3:9, 4:15
**bet** [1] - 10:13
**between** [21] - 4:22, 5:14, 8:25, 10:23, 12:9, 12:11, 19:10, 24:20, 27:4, 27:5, 28:13, 32:5, 33:11, 34:10, 34:14, 39:9, 42:10, 44:9, 44:25, 46:13
**beyond** [2] - 6:16, 35:5
**big** [1] - 23:23
**bilateral** [1] - 33:18
**bilaterally** [1] - 33:17
**bit** [5] - 4:11, 7:19, 41:8, 42:22, 47:16
**Blank** [2] - 43:16, 43:18
**books** [8] - 8:3, 17:18, 17:25, 18:1, 18:2, 18:16, 26:19, 27:3
**bought** [1] - 30:22
**bracketed** [1] - 43:15
**breach** [1] - 10:18
**Brian** [3] - 1:25, 3:4, 48:14
**brief** [14] - 5:4, 5:13, 6:12, 8:1, 8:12, 13:2, 16:4, 20:9, 39:4, 42:6, 43:14, 44:6, 44:8, 48:1
**briefing** [5] - 3:24, 6:9, 7:13, 7:25, 15:25
**briefly** [2] - 4:8, 44:20
**briefs** [4] - 7:17, 10:22, 11:3, 45:21
**bring** [2] - 32:3, 32:8
**bringing** [1] - 14:21
**brings** [1] - 12:15
**broad** [4] - 17:19, 29:4, 29:15, 31:8
**broader** [6] - 8:4, 10:12, 12:15, 14:18, 16:17, 26:10
**broadest** [1] - 26:15

**broadly** [3] - 17:10, 32:11, 46:9
**brought** [1] - 34:14
**brush** [1] - 27:17
**bunch** [1] - 16:21
**burdensome** [1] - 41:14
**business** [3] - 17:11, 26:18, 26:21
**buy** [1] - 32:8
**buying** [1] - 31:19
**BY** [6] - 1:15, 1:18, 2:3, 2:5, 2:9, 2:15
**bye** [1] - 48:8

## C

**cabinet** [1] - 27:9
**cake** [1] - 33:12
**California** [2] - 2:6, 2:9
**cannot** [3] - 9:21, 31:17, 37:1
**care** [1] - 17:22
**carefully** [1] - 32:17
**carry** [1] - 31:2
**case** [32] - 3:15, 6:14, 7:22, 8:16, 9:25, 14:2, 17:21, 20:25, 21:2, 21:9, 23:1, 24:19, 25:23, 26:7, 29:7, 31:7, 32:22, 32:23, 33:11, 35:7, 35:12, 36:1, 36:3, 37:12, 39:7, 39:11, 40:13, 41:20, 44:1, 46:17
**cases** [5] - 6:2, 6:4, 6:15, 17:21, 21:3
**category** [1] - 36:11
**caused** [1] - 45:21
**certain** [3] - 24:10, 33:22, 33:25
**certainly** [8] - 4:11, 10:4, 10:17, 18:15, 19:10, 20:2, 28:15, 37:23
**Certified** [1] - 27:12
**certify** [1] - 48:12
**chambers** [1] - 2:25
**change** [1] - 18:15
**charge** [1] - 37:4
**checking** [1] - 16:1
**CHENG** [1] - 2:6
**Cheng** [1] - 3:11
**Chief** [1] - 1:12
**choosing** [2] - 36:2, 37:13
**Circuit** [1] - 25:17
**circumstance** [1] -

34:3
**circumstances** [2] - 37:8, 38:8
**Cisco** [1] - 22:22
**cites** [1] - 33:6
**Civil** [2] - 3:16, 13:24
**CIVIL** [1] - 1:4
**claims** [6] - 7:15, 14:22, 22:22, 23:17, 23:19, 34:16
**clarifications** [1] - 21:17
**clarify** [1] - 21:8, 22:4, 36:5
**clarifying** [2] - 20:23, 21:20
**clause** [1] - 30:25
**clear** [12] - 8:1, 9:25, 11:25, 27:6, 36:8, 39:7, 40:7, 40:8, 40:9, 40:15, 44:24, 45:2
**client** [1] - 34:22
**clients** [2] - 41:16, 41:19
**close** [1] - 24:24
**closely** [2] - 6:1, 14:23
**closing** [2] - 13:20, 35:17
**co** [1] - 16:16
**co-party** [1] - 16:16
**colleagues** [1] - 3:10
**collect** [6] - 10:2, 12:19, 14:14, 14:15, 44:17, 46:5
**collecting** [2] - 10:6, 44:23
**colloquy** [2] - 45:14, 45:20
**Columbia** [1] - 2:15
**coming** [1] - 15:10
**commenced** [2] - 17:5, 43:6
**commencement** [1] - 9:14
**comment** [1] - 43:1
**commercially** [2] - 5:5, 31:1
**committee** [2] - 36:12, 36:19
**common** [1] - 19:19
**communication** [4] - 25:8, 28:12, 28:13, 33:5
**communications** [9] - 18:5, 24:16, 24:19, 25:9, 31:6, 34:10, 34:14, 34:18, 34:24
**companies** [1] - 27:14
**company** [1] - 19:25
**comparing** [1] - 17:8

**compel** [4] - 25:9, 28:16, 46:3, 47:20
**compensate** [1] - 39:20
**compensation** [1] - 41:13
**complete** [1] - 47:6
**completion** [1] - 24:24
**complied** [2] - 23:24, 25:3
**concern** [4] - 35:20, 37:3, 37:8, 39:10
**concerned** [2] - 35:25, 36:4
**concerning** [1] - 43:24
**concerns** [1] - 40:11
**conclude** [1] - 25:3
**conditions** [1] - 24:10
**conduct** [4] - 24:23, 27:14, 29:12, 32:24
**conducted** [2] - 24:21, 27:11
**confer** [1] - 40:19
**conference** [1] - 2:25
**Conference** [1] - 1:10
**conferences** [1] - 48:10
**confirm** [2] - 22:13, 23:2
**confirmed** [2] - 11:7, 25:2
**conflict** [1] - 31:11
**conflicting** [1] - 31:10
**connection** [9] - 3:24, 5:7, 8:3, 8:6, 15:22, 23:8, 23:15, 30:19, 31:2
**consent** [2] - 20:16, 38:5, 38:9
**considering** [1] - 14:5
**construction** [1] - 29:8
**contain** [1] - 18:1
**contains** [1] - 28:2
**contemplates** [2] - 30:12, 31:24
**contemplating** [1] - 32:5
**contends** [2] - 9:9, 10:21
**content** [2] - 28:9, 28:11
**contention** [1] - 25:15
**context** [5] - 4:11, 5:25, 12:16, 14:24, 19:25
**continued** [1] - 2:1
**continuing** [1] - 6:7
**contract** [15] - 5:23, 13:4, 20:11, 26:8, 26:11, 26:12, 26:14,

26:16, 26:19, 26:23, 29:9, 34:23, 35:3, 35:6, 36:16
**contractual** [8] - 6:25, 7:7, 10:5, 17:9, 32:17, 42:10, 42:11, 45:25
**contrary** [2] - 26:4, 33:8
**contrast** [1] - 19:19
**control** [12] - 4:2, 4:25, 9:25, 11:22, 12:6, 24:1, 24:15, 25:15, 25:17, 26:13, 31:18, 36:21
**conversation** [1] - 41:10
**conversations** [1] - 41:17
**cooperate** [12] - 5:6, 5:7, 6:3, 8:5, 10:11, 19:1, 19:4, 30:19, 30:23, 31:1, 43:20, 43:21
**cooperation** [25] - 5:1, 5:2, 10:7, 10:9, 10:18, 10:23, 18:25, 28:18, 28:23, 29:4, 29:9, 29:14, 29:18, 30:5, 30:11, 31:9, 42:21, 42:24, 43:4, 43:11, 43:15, 45:23, 46:4, 46:9, 46:15
**cooperative** [2] - 39:14, 40:3
**coordinate** [3] - 10:25, 15:18, 20:11
**coordinating** [3] - 6:1, 19:24, 20:4
**coordination** [8] - 5:14, 10:19, 10:23, 11:4, 20:13, 20:16, 33:4, 46:11
**coparty** [2] - 6:2, 20:25
**corporate** [4] - 11:6, 11:17, 12:9, 40:5
**correct** [4] - 23:4, 27:20, 38:6, 40:17
**corrected** [2] - 27:20, 27:24
**correspondence** [1] - 18:4
**cost** [1] - 39:24
**costs** [3] - 23:8, 23:14, 39:20
**Counsel** [1] - 1:22, 2:10
**counsel** [4] - 16:19, 42:14, 42:23, 44:4
**counsel's** [1] - 42:18

counterclaim [2] - 32:23, 33:25
counterclaims [10] - 4:19, 5:11, 6:14, 7:17, 9:15, 23:9, 23:15, 35:15, 43:6, 43:9
countries [1] - 30:15
couple [7] - 4:8, 11:25, 17:15, 39:1, 42:7
course [11] - 5:8, 5:21, 7:1, 11:13, 13:20, 15:18, 16:19, 18:2, 19:7, 42:18, 44:23
court [4] - 3:14, 12:18, 13:14
COURT [45] - 1:1, 3:1, 3:7, 3:13, 13:10, 14:1, 15:2, 15:20, 17:8, 19:6, 19:8, 20:20, 21:23, 23:2, 23:7, 23:13, 23:20, 29:16, 30:4, 30:18, 31:21, 31:23, 32:12, 34:5, 34:21, 35:11, 35:19, 37:2, 37:25, 38:13, 38:19, 38:22, 40:15, 40:23, 41:18, 41:24, 42:1, 45:3, 45:22, 46:16, 46:24, 47:4, 47:10, 47:15, 47:17
Court [18] - 1:25, 6:3, 20:24, 21:8, 21:18, 21:20, 21:21, 21:22, 26:11, 27:16, 28:20, 31:13, 31:25, 32:14, 37:22, 40:12, 48:14, 48:15
Court's [5] - 10:1, 21:21, 24:22, 26:7, 39:12
courts [2] - 32:18, 42:16
cover [1] - 18:22
coverage [2] - 23:8, 23:14
covered [1] - 23:18
CPA [1] - 9:3
crafting [1] - 32:17
create [3] - 26:8, 35:24, 37:8
critical [1] - 26:12
critically [1] - 27:10
crux [1] - 4:21
curious [1] - 21:24
current [2] - 15:3, 47:25
custody [1] - 36:21
customer's [1] - 19:23

customers [3] - 19:22, 34:15, 34:19
cut [1] - 47:11
cutoff [1] - 15:10

D

Dallas [1] - 1:18
data [2] - 17:20, 18:1
date [2] - 17:4, 43:10
dated [1] - 17:1
dates [1] - 15:17
David [1] - 25:10
De [1] - 3:11
DE [1] - 2:9
deadline [1] - 24:25
deadlines [2] - 15:9, 15:11
deal [3] - 19:11, 28:21, 33:3
December [2] - 9:13, 43:10
decide [5] - 20:5, 36:1, 37:9, 39:11, 48:5
decision [5] - 9:24, 10:2, 17:22, 25:17, 47:20
declaration [1] - 12:25
default [1] - 24:22
defend [3] - 6:13, 6:19, 11:21
Defendants [1] - 1:7
defense [5] - 6:11, 11:15, 21:8, 22:25, 23:14
definitely [1] - 14:22
definitively [1] - 44:5
DELAWARE [1] - 1:2
Delaware [1] - 1:9
delete [2] - 43:23
deliver [1] - 36:19
demand [12] - 7:11, 18:23, 25:19, 25:22, 29:5, 29:10, 30:2, 30:16, 30:23, 31:9, 34:20, 34:21
demanded [1] - 11:19
demands [2] - 26:3, 31:6
deny [1] - 22:14
deponent [1] - 12:9
deposition [7] - 22:6, 23:12, 25:10, 28:17, 33:8, 33:9, 37:14
depositions [2] - 6:7, 11:17
described [5] - 26:11, 27:12, 31:4, 31:13, 33:12
describes [1] - 28:9

describing [1] - 33:3
designee [2] - 11:6, 11:17
detail [6] - 9:5, 16:8, 17:1, 28:5, 41:6, 44:9
determining [1] - 26:13
dictate [1] - 40:12
difference [1] - 43:17
different [10] - 8:11, 17:15, 19:20, 20:1, 20:2, 41:8, 43:14, 46:17, 46:20, 46:21
direct [4] - 14:10, 18:16, 31:17, 47:24
directed [2] - 14:10, 18:21
direction [1] - 33:4
directly [4] - 16:22, 18:20, 24:11, 41:9
disagree [1] - 12:8
disagreed [1] - 12:21
disclose [3] - 8:22, 27:18
discovery [36] - 3:18, 6:4, 6:6, 7:12, 7:13, 10:13, 10:14, 13:13, 13:20, 14:18, 15:4, 15:10, 15:15, 15:17, 15:19, 23:24, 24:11, 25:7, 25:13, 32:19, 34:4, 35:6, 35:8, 35:14, 35:17, 36:1, 41:12, 41:14, 42:16, 43:24, 44:1, 44:21, 44:22, 44:23, 45:19, 47:21
discuss [3] - 13:5, 22:16, 27:1
discussed [3] - 17:21, 23:12, 41:7
discusses [3] - 5:13, 28:19, 44:8
discussion [2] - 22:18, 44:3
discussions [3] - 20:10, 33:25, 42:18
dispute [7] - 13:15, 15:7, 17:13, 24:12, 40:1, 46:18, 48:5
disputes [1] - 3:18
disregarded [1] - 13:8
distinction [3] - 12:8, 12:11, 44:24
DISTRICT [2] - 1:1, 1:2
District [2] - 2:15, 48:15
document [6] - 36:25, 37:15, 44:8, 44:10, 44:14, 46:1

document-related [1] - 46:1
documentation [2] - 30:13, 32:10
documents [53] - 6:16, 6:18, 7:1, 7:3, 7:11, 8:14, 9:2, 10:16, 11:8, 12:6, 12:19, 15:21, 17:11, 18:24, 21:6, 23:25, 24:2, 24:4, 24:7, 24:14, 24:19, 25:7, 25:16, 25:19, 25:22, 25:24, 26:2, 26:6, 28:15, 29:3, 30:3, 30:16, 31:11, 34:19, 35:4, 35:9, 35:21, 35:22, 36:7, 36:8, 36:15, 36:20, 37:1, 37:11, 39:15, 39:18, 39:22, 40:4, 43:8, 44:10, 44:16, 44:23, 46:14
Dollar [2] - 26:18, 26:19, 29:7
done [4] - 12:2, 20:19, 35:7, 38:2
door [1] - 19:22
DUFFY [6] - 2:15, 39:3, 40:18, 41:6, 41:21, 41:25
Duffy [6] - 3:6, 37:19, 38:3, 38:22, 40:15, 43:21
during [4] - 22:5, 22:6, 29:20, 29:23

E

earliest [1] - 9:11
eat [1] - 33:13
edits [1] - 45:18
effect [5] - 29:20, 29:23, 29:24, 43:5, 43:7
effort [1] - 19:3
efforts [2] - 5:6, 31:1
either [2] - 20:25, 22:14
Ellis [1] - 3:10
ELLIS [2] - 2:5, 2:8
emphasizes [1] - 17:9
employee [2] - 25:10, 25:16
end [4] - 15:4, 15:10, 24:12, 40:1
ended [2] - 9:10, 9:11
ends [2] - 16:14, 48:10
enforce [3] - 30:7, 32:15, 38:5
enforced [1] - 20:8

enforcement [11] - 5:10, 5:15, 16:7, 16:12, 16:13, 20:10, 20:14, 30:21, 31:24, 32:4, 32:5
enforcing [1] - 42:13
engage [3] - 13:3, 41:11, 41:17
entered [2] - 20:3, 30:6, 33:13, 33:15
entertain [1] - 15:5
entertained [1] - 41:21
entire [1] - 25:14
entirely [4] - 21:4, 32:19, 35:18, 37:4
entities [22] - 4:22, 6:22, 12:7, 12:9, 12:11, 12:13, 12:20, 12:21, 14:6, 14:11, 14:12, 14:14, 14:22, 21:5, 35:12, 40:17, 44:25, 45:1, 46:6, 46:18, 46:21, 47:13
entitled [2] - 16:3, 28:8
entity [11] - 6:23, 6:24, 12:13, 12:17, 14:12, 21:4, 32:14, 44:25, 46:18, 46:19, 46:23
enumerated [1] - 31:10
enumerates [1] - 27:14
ERIC [1] - 2:6
Eric [1] - 3:11
ESI [3] - 24:21, 24:22, 39:18
ESQ [8] - 1:15, 1:18, 1:21, 2:3, 2:5, 2:6, 2:9, 2:15
essentially [2] - 13:2, 29:5
establish [1] - 4:2
established [1] - 4:24
establishing [1] - 11:22
et [1] - 3:16
Euro [4] - 24:16, 24:23, 26:14, 28:1
Europe [2] - 12:20, 13:19
European [7] - 6:22, 12:7, 12:12, 12:21, 13:14, 14:21, 17:4
evade [3] - 34:4, 35:7, 44:1
eve [1] - 35:17
evidence [8] - 10:6, 10:22, 11:12, 15:21, 33:6, 34:15, 36:14, 43:19

**exactly** [3] - 8:8, 35:6, 41:10
**example** [6] - 16:5, 16:8, 30:10, 34:10, 44:6, 44:9
**examples** [2] - 15:25, 42:17
**exclusively** [1] - 46:15
**excuse** [1] - 11:19
**exercise** [1] - 8:9
**Exhibit** [9] - 5:4, 5:12, 6:12, 8:1, 8:11, 16:4, 20:8, 43:13, 44:7
**Exhibits** [1] - 11:5
**exists** [1] - 9:18
**expect** [2] - 30:5, 48:3
**expedition** [1] - 41:16
**expert** [1] - 15:11
**expired** [1] - 29:25
**explain** [1] - 30:9
**explained** [2] - 24:17, 25:19
**explicitly** [1] - 8:2
**expressly** [2] - 26:5, 31:24
**extent** [5] - 9:8, 9:9, 29:24, 39:10, 40:18
**extraneous** [2] - 41:13

**F**

**face** [1] - 44:14
**facie** [1] - 36:14
**fact** [14] - 8:4, 11:18, 12:15, 13:6, 14:9, 15:4, 18:8, 18:13, 20:18, 35:14, 35:17, 40:6, 43:20, 46:16
**facts** [4] - 4:14, 13:5, 33:1, 34:2
**fails** [1] - 28:22
**fair** [1] - 42:1
**far** [4] - 22:23, 26:10, 32:6, 45:2
**Farnan** [1] - 3:4
**FARNAN** [3] - 1:15, 1:15, 3:3
**fast** [1] - 11:24
**Federal** [1] - 13:24
**few** [6] - 13:11, 20:23, 21:17, 33:1, 42:4, 45:3
**figuring** [1] - 48:4
**file** [5] - 21:11, 21:15, 38:10, 44:11, 44:16
**filed** [4] - 9:15, 21:12, 24:11, 43:6
**filings** [1] - 30:14
**final** [1] - 39:5
**finally** [2] - 21:10,

44:20
**financial** [1] - 17:20, 32:16, 34:25, 36:3, 36:13, 36:17, 39:6, 39:8
**findings** [2] - 8:23, 27:19
**fine** [1] - 22:3
**first** [14] - 3:19, 3:25, 7:21, 8:18, 10:24, 23:24, 24:13, 24:16, 24:22, 29:8, 35:15, 39:5, 42:21, 45:5
**fishing** [1] - 41:16
**five** [5] - 6:2, 16:14, 16:18, 20:25, 21:3
**focal** [1] - 11:16
**focus** [2] - 3:23, 41:14
**focusing** [2] - 7:24, 17:16
**follow** [1] - 15:12
**following** [1] - 2:24
**FOR** [1] - 1:2
**force** [1] - 6:17
**foregoing** [1] - 48:12
**foreign** [6] - 14:5, 21:15, 21:18, 28:16, 44:25, 45:1
**foreseeable** [1] - 32:19
**form** [1] - 43:14
**formal** [1] - 35:6
**format** [1] - 29:13
**forth** [3] - 11:11, 18:5, 46:11
**Francisco** [1] - 2:6
**FRAND** [1] - 7:17
**frankly** [1] - 24:17
**free** [1] - 33:17
**freestanding** [1] - 30:16
**frequently** [1] - 29:12
**front** [4] - 13:15, 15:5, 39:12, 45:6
**fully** [6] - 5:6, 5:7, 25:3, 30:19, 30:23, 43:5
**future** [1] - 48:5

**G**

**Gaffigan** [2] - 1:25, 48:14
**general** [1] - 4:20
**generalized** [1] - 35:3
**given** [2] - 7:15, 19:13
**Godfrey** [1] - 3:5
**GODFREY** [2] - 1:17, 1:20
**good-bye** [1] - 48:8

**government** [2] - 21:15, 21:18
**granted** [3] - 31:16, 38:9, 38:17
**great** [4] - 3:13, 16:8, 19:11, 33:3

**H**

**Hague** [5] - 12:19, 13:13, 13:17, 14:19, 21:10
**Hague-related** [1] - 13:13
**half** [1] - 35:16
**hand** [1] - 42:13
**handicapped** [1] - 32:20
**haven** [1] - 18:9
**HEALY** [1] - 1:18
**Healy** [1] - 3:5
**hear** [5] - 3:19, 19:9, 20:21, 37:22, 47:1
**heard** [2] - 42:3, 43:21
**hearing** [1] - 42:20
**heart** [1] - 4:19
**held** [1] - 2:25
**help** [7] - 14:2, 15:6, 30:7, 31:2, 32:15, 39:20, 47:18
**helpful** [5] - 13:6, 21:22, 47:1, 47:2, 47:7
**hereby** [1] - 48:12
**Hertz** [4] - 26:16, 26:17, 29:7
**highlight** [1] - 42:19
**highly** [2] - 7:15, 37:5
**hiring** [1] - 32:14
**hits** [1] - 25:4
**hold** [2] - 31:23
**holds** [1] - 33:19
**HOLLINGSWORTH** [1] - 2:14
**Hollingsworth** [1] - 3:6
**Honor** [51] - 3:3, 3:8, 3:20, 3:24, 4:18, 6:6, 6:20, 7:13, 10:8, 11:10, 11:24, 12:17, 12:25, 13:9, 14:7, 14:18, 15:24, 16:13, 16:15, 16:17, 19:18, 22:4, 22:21, 23:5, 26:9, 30:2, 30:9, 30:24, 31:8, 32:3, 32:22, 33:2, 34:3, 34:12, 35:2, 35:14, 36:5, 37:10, 38:8, 38:15, 38:21, 39:3, 41:22, 42:5, 42:6,

42:20, 44:4, 44:20, 45:12, 46:4, 47:3
**Honor's** [1] - 7:22
**HONORABLE** [1] - 1:12
**hours** [3] - 24:8, 37:12, 37:16
**Houston** [1] - 1:21
**Hunter** [2] - 3:5, 20:22
**HUNTER** [1] - 1:21

**I**

**i.e** [1] - 11:21
**identification** [1] - 21:24
**ignores** [1] - 26:15
**important** [7] - 7:12, 10:21, 12:4, 14:9, 17:1, 17:3, 20:7
**impute** [1] - 34:1
**IN** [2] - 1:1, 1:2
**Inc** [3] - 2:10, 2:11, 3:15
**INC** [2] - 1:6, 1:6
**include** [2] - 21:17, 21:19
**included** [1] - 28:10
**including** [14] - 5:10, 7:8, 11:6, 16:17, 17:21, 18:24, 20:17, 21:18, 24:19, 27:19, 30:19, 31:25, 36:20, 45:25
**incorrect** [1] - 8:17
**incredibly** [1] - 39:7
**indeed** [1] - 37:11



**independence** [2] - 19:11, 31:14
**independent** [2] - 27:11, 27:12
**info** [1] - 27:4
**inform** [1] - 5:19
**information** [16] - 4:3, 4:7, 5:20, 5:21, 7:6, 8:23, 11:3, 11:4, 16:21, 21:20, 21:22, 26:17, 27:18, 27:22, 28:5, 32:25
**infringer** [1] - 34:11
**infringing** [1] - 34:8
**initiated** [1] - 17:2

**inspect** [3] - 8:3, 17:18, 18:16
**inspecting** [1] - 27:2
**inspection** [8] - 4:24, 7:8, 7:21, 7:23, 8:6, 9:23, 18:17, 27:3
**inspections** [2] - 3:25, 4:1
**instance** [1] - 27:15
**instead** [2] - 24:10, 26:23
**instructive** [1] - 26:7
**insurance** [3] - 19:21, 19:23, 19:25
**intended** [1] - 17:20
**intent** [1] - 13:7
**Intentionally** [2] - 43:16, 43:17
**inter** [1] - 14:11
**interacts** [1] - 14:15
**interest** [3] - 34:25, 36:3, 39:8
**interests** [2] - 32:16, 39:6
**internal** [8] - 18:4, 25:8, 25:16, 26:2, 28:12, 28:15, 29:2, 31:6
**International** [6] - 21:5, 27:4, 39:22, 40:21, 46:22, 47:8
**interpretation** [1] - 29:9
**interrupt** [1] - 29:17
**intertwined** [1] - 14:23
**intro** [1] - 7:18
**invalidated** [1] - 4:18
**involved** [4] - 8:14, 9:3, 14:13, 35:15
**irrelevant** [3] - 9:19, 26:24, 27:16
**issue** [5] - 4:4, 5:11, 7:14, 15:5, 15:7
**issued** [1] - 43:7
**issues** [2] - 37:5, 38:25
**Item** [1] - 16:14
**itself** [1] - 7:20

**J**

**JEREMY** [1] - 2:3
**Jeremy** [1] - 3:8
**join** [1] - 30:10
**joined** [3] - 3:10, 14:3, 41:19
**joint** [1] - 32:5
**Judge** [2] - 1:12, 3:2
**July** [1] - 17:2
**jurisdictional** [1] -

40:19

## K

**keep** [1] - 42:5
**key** [2] - 7:15, 7:16
**kind** [12] - 4:20, 4:21, 6:15, 17:10, 19:19, 26:8, 30:11, 32:5, 40:25, 41:4, 43:3, 44:17
**Kirkland** [2] - 3:10, 3:21
**KIRKLAND** [2] - 2:5, 2:8
**knows** [2] - 7:13, 12:17
**Koenraad** [1] - 22:5
**KONINKLIJKE** [1] - 1:3
**KPN** [189] - 1:3, 3:15, 4:2, 4:5, 4:12, 4:19, 5:10, 5:16, 5:18, 5:19, 5:20, 5:24, 6:2, 6:8, 6:13, 6:21, 6:22, 7:2, 7:4, 7:6, 7:10, 8:2, 8:6, 8:9, 8:10, 8:15, 8:18, 8:22, 9:2, 9:6, 9:7, 9:9, 9:21, 10:2, 10:3, 10:13, 10:14, 10:15, 11:7, 11:11, 11:19, 12:2, 12:10, 12:13, 12:20, 13:24, 14:2, 14:13, 14:23, 15:18, 15:21, 16:2, 16:18, 16:23, 17:9, 17:12, 17:17, 18:11, 18:16, 18:23, 19:1, 19:9, 19:11, 19:13, 20:17, 20:21, 20:22, 21:2, 21:3, 21:6, 21:9, 21:11, 21:13, 21:14, 21:16, 22:6, 22:22, 22:25, 23:3, 23:7, 23:13, 23:18, 23:24, 24:3, 24:12, 24:13, 24:18, 24:20, 24:21, 24:23, 25:1, 25:3, 25:5, 25:8, 25:12, 25:15, 25:19, 25:21, 25:24, 26:2, 26:6, 26:11, 27:5, 27:9, 27:18, 27:20, 27:23, 28:4, 28:5, 28:16, 29:2, 29:5, 29:10, 29:12, 29:13, 29:25, 30:2, 30:4, 30:8, 30:10, 30:22, 31:9, 31:15, 31:16, 31:17, 31:20, 32:2, 32:6, 32:7,

## L

**L.L.P** [2] - 1:17, 1:20
**labeled** [1] - 5:2
**lack** [1] - 7:10
**language** [20] - 5:6, 5:7, 8:21, 17:9, 17:10, 23:17, 26:8, 26:10, 26:12, 26:15, 26:16, 26:22, 27:2, 27:3, 27:17, 28:2, 29:6, 30:25, 32:13
**largely** [1] - 26:15
**last** [7] - 6:8, 11:5, 11:17, 12:9, 14:8, 22:5, 35:14
**lastly** [3] - 11:24, 12:25, 18:19
**law** [1] - 17:21
**learn** [1] - 37:9
**learned** [2] - 6:6, 6:10
**least** [1] - 26:24
**leaves** [1] - 47:19
**Left** [2] - 43:16, 43:18
**legal** [14] - 7:10, 10:24, 11:1, 11:13, 25:18, 25:22, 26:6, 30:22, 35:3, 36:9, 36:16, 36:22, 38:11, 38:16
**length** [1] - 36:12
**LEONARD** [1] - 1:12
**letter** [11] - 5:4, 5:13, 12:18, 13:12, 21:10, 23:23, 24:17, 33:2,

33:3, 33:12, 44:8
**letters** [3] - 14:9, 45:6, 47:24
**level** [1] - 9:5
**levels** [1] - 17:15
**license** [17] - 4:15, 5:3, 6:11, 7:24, 8:12, 8:25, 10:10, 11:18, 30:7, 31:19, 32:8, 32:15, 33:17, 33:18, 34:7, 42:22, 42:23
**licensed** [1] - 26:20
**licensee's** [1] - 26:18
**licensees** [1] - 16:11
**licenses** [2] - 33:24, 38:16
**licensing** [27] - 4:16, 5:9, 5:15, 5:20, 5:25, 7:16, 8:4, 10:25, 11:10, 11:11, 16:6, 16:11, 16:23, 18:3, 19:3, 19:12, 20:6, 29:6, 30:12, 30:17, 33:14, 33:19, 38:8, 42:12, 44:8
**Licensing** [2] - 21:3, 46:18
**light** [1] - 48:1
**limit** [2] - 39:19, 41:14
**limitations** [1] - 29:11
**limited** [2] - 33:19, 38:17
**line** [2] - 3:6, 37:19
**litigation** [17] - 6:19, 9:14, 10:8, 11:21, 15:23, 17:2, 17:5, 23:4, 23:6, 29:21, 29:23, 31:25, 32:18, 37:6, 39:8, 39:13, 43:5
**litigations** [1] - 11:9
**LLP** [6] - 1:15, 2:2, 2:5, 2:8, 2:14, 3:6
**look** [10] - 4:13, 9:16, 9:25, 17:12, 20:8, 26:14, 28:3, 30:24, 43:3, 44:12
**looking** [1] - 18:3
**Los** [1] - 2:9
**lottery** [1] - 32:8
**Luxemburg** [2] - 14:11, 47:9

## M

**March** [1] - 17:4
**MARIE** [1] - 2:15
**Marie** [1] - 3:6
**material** [6] - 9:21, 9:22, 10:3, 10:7, 15:1, 19:2

**materials** [12] - 4:12, 10:4, 11:23, 12:12, 12:19, 12:22, 13:20, 14:14, 16:22, 18:12, 41:2, 46:5
**matter** [9] - 5:8, 5:9, 22:16, 30:20, 30:21, 31:2, 31:5, 31:24, 33:13
**mean** [4] - 10:12, 11:11, 30:8, 32:22
**meaning** [1] - 46:8
**meaningful** [1] - 19:13
**means** [2] - 18:7, 44:15
**meantime** [1] - 47:23, 48:4
**mechanisms** [1] - 40:14
**meeting** [1] - 36:12
**meetings** [7] - 5:18, 5:19, 11:3, 11:4, 11:8, 20:5, 46:11
**mention** [1] - 28:23
**mentioned** [3] - 11:15, 18:10, 35:20
**Mercy** [1] - 25:17
**merge** [1] - 34:1
**MICHAEL** [2] - 1:15, 2:9
**might** [5] - 14:4, 19:16, 19:20, 32:3, 35:4
**Mike** [1] - 3:11
**mindful** [1] - 42:19
**minimum** [2] - 10:7, 13:22
**minutes** [3] - 39:1, 42:4
**moment** [6] - 7:9, 26:9, 34:6, 37:22, 38:1, 47:20
**money** [1] - 42:12
**months** [1] - 24:24
**moot** [1] - 13:15
**Moretti** [10] - 7:22, 8:16, 9:24, 10:1, 17:9, 17:10, 17:22, 25:23, 26:7, 26:14
**MORRIS** [1] - 2:2
**Morris** [1] - 3:9
**most** [1] - 26:15
**motion** [8] - 4:4, 5:22, 6:9, 8:9, 14:13, 15:5, 21:22, 46:3
**move** [2] - 21:24, 24:12
**moving** [1] - 22:11
**MR** [38] - 3:3, 3:8, 3:20, 13:16, 14:7, 15:9, 15:24, 17:14,

19:7, 19:18, 20:22, 22:4, 23:5, 23:10, 23:16, 23:22, 29:22, 30:9, 30:24, 31:22, 32:2, 32:21, 34:12, 35:2, 35:13, 36:5, 37:10, 38:7, 38:14, 38:21, 42:5, 45:12, 46:2, 46:19, 47:3, 47:5, 47:12, 47:16
**MS** [5] - 39:3, 40:18, 41:6, 41:21, 41:25
**must** [3] - 28:10, 30:19, 36:18
**Muus** [2] - 22:9, 25:10

## N

**N.V** [1] - 1:3
**name** [1] - 46:20
**narrow** [2] - 13:18, 28:12
**narrower** [1] - 17:13
**narrowly** [1] - 39:23
**national** [1] - 14:12
**nature** [1] - 30:15
**near** [2] - 15:4, 48:5
**nearly** [2] - 24:18, 29:15
**need** [10] - 9:25, 10:16, 15:6, 18:4, 19:2, 37:25, 38:9, 47:21, 48:6
**needed** [1] - 41:15
**needs** [2] - 19:24, 38:5
**negotiation** [1] - 33:10
**negotiations** [2] - 33:5, 33:22
**new** [3] - 4:22, 35:18, 47:23
**newest** [1] - 45:6
**next** [4] - 15:11, 15:14, 28:18, 36:24
**NICHOLS** [1] - 2:2
**Nichols** [1] - 3:9
**nine** [2] - 24:8, 37:12, 37:16
**NO** [1] - 1:7
**nonresponsive** [1] - 25:4
**note** [4] - 28:20, 32:3, 33:1, 34:13
**NOTE** [1] - 2:24
**noted** [2] - 31:8, 33:2
**notes** [1] - 48:12
**nothing** [7] - 9:1, 28:11, 28:14, 28:15, 29:2, 33:10, 35:3
**notice** [6] - 6:13, 11:20, 22:12, 22:13, 22:22, 23:3

noticed [1] - 37:17
notification [3] - 22:7, 22:10, 22:19
notified [1] - 37:20
nowhere [1] - 29:15
nullify [1] - 46:10
nullity [1] - 29:14
number [3] - 16:13, 44:13, 46:21
numbering [1] - 44:13

**O**

object [1] - 21:13
objected [1] - 7:14
objectively [1] - 6:1
obligation [8] - 5:17, 5:19, 10:24, 11:1, 31:3, 31:4, 34:4, 40:19
obligations [5] - 23:25, 34:4, 35:8, 42:15, 42:16
obstructed [2] - 12:22, 21:11
obtain [21] - 4:6, 4:12, 10:4, 12:22, 13:21, 13:23, 14:19, 20:16, 24:4, 25:6, 25:12, 25:18, 26:2, 33:17, 35:4, 35:9, 36:10, 36:22, 36:25, 42:12, 46:14
obtained [2] - 36:11, 36:23
obtaining [1] - 10:7
occur [1] - 15:19
occurred [1] - 6:8
October [1] - 1:9
OF [1] - 1:2
offered [2] - 39:17, 39:21
Offices [1] - 30:15
Official [2] - 1:25, 48:14
omitted [1] - 14:9
omitting [1] - 14:16
once [1] - 10:9
one [30] - 3:18, 10:22, 11:2, 12:23, 14:9, 14:11, 16:5, 16:8, 16:19, 16:25, 17:1, 19:8, 20:24, 27:6, 27:11, 27:15, 28:24, 30:10, 32:3, 32:22, 36:24, 37:16, 40:25, 42:13, 43:11, 44:2, 44:3, 46:22, 47:5, 47:9
ones [1] - 16:15
ongoing [2] - 17:3,

17:7
oOo [1] - 2:22
opening [2] - 8:12, 33:2
opportunity [1] - 37:21
oppose [3] - 35:11, 35:13, 41:23
option [1] - 45:11
order [7] - 15:16, 15:19, 18:6, 24:22, 41:1, 42:11, 46:5
ordering [2] - 10:2, 46:14
original [2] - 5:4, 43:14
otherwise [2] - 19:14, 19:15
outset [1] - 20:5
overall [3] - 7:16, 19:3, 42:8
overarching [1] - 44:18
own [3] - 20:15, 20:18, 32:8
owner [3] - 5:19, 32:14, 34:3
owners [5] - 5:18, 20:16, 27:9, 30:11, 33:15, 33:20, 36:20, 40:9

**P**

p.m [2] - 2:25, 48:10
page [3] - 16:9, 16:13, 16:16
pages [1] - 24:19
parallel [4] - 12:16, 16:1, 33:18, 38:15
parent [3] - 47:8, 47:11, 47:12, 47:13
part [4] - 12:10, 14:22, 19:2, 30:21
participate [2] - 6:19, 11:21
particular [1] - 3:23
particularly [3] - 13:6, 20:7, 44:1
parties [12] - 5:14, 8:25, 10:23, 16:19, 20:3, 25:9, 25:18, 28:13, 30:18, 32:15, 43:22, 45:21
party [16] - 14:4, 14:6, 15:6, 16:16, 21:2, 21:3, 24:5, 30:6, 30:25, 31:7, 35:18, 39:13, 40:3, 40:13, 41:20, 46:17
past [2] - 15:22, 17:6

patent [34] - 4:17, 5:10, 5:18, 6:2, 6:14, 16:18, 20:16, 20:25, 21:3, 30:7, 30:11, 30:14, 30:21, 32:1, 32:14, 32:15, 32:16, 33:14, 33:15, 33:16, 33:20, 34:3, 34:7, 34:8, 34:11, 36:19, 38:5, 38:9, 38:16, 38:17, 40:8
Patent [1] - 30:15
patentee [1] - 36:2
patenting [1] - 30:17
patents [16] - 4:15, 5:10, 5:15, 19:12, 19:14, 20:8, 32:3, 32:7, 32:8, 33:20, 33:24, 42:13
Payment [1] - 28:8
pendency [1] - 29:20
performing [1] - 18:3
performs [1] - 18:9
period [2] - 13:20, 42:19
permit [1] - 29:10
perspective [4] - 40:2, 46:3, 46:7, 46:14
phone [2] - 16:20, 41:7
picking [1] - 37:13
place [1] - 19:23
Plaintiff [1] - 1:4
plaintiff [2] - 3:4, 14:3
Plaintiffs [1] - 1:22
plenty [1] - 15:14
point [17] - 8:10, 10:21, 11:16, 12:15, 21:7, 22:15, 24:13, 25:5, 26:22, 30:1, 33:7, 37:3, 37:10, 38:15, 44:2, 44:21, 45:9
pointed [1] - 26:9
points [9] - 11:25, 20:23, 23:21, 23:23, 26:11, 26:23, 31:15, 33:1, 42:7
pool [8] - 16:12, 16:13, 30:12, 33:14, 33:15, 33:19, 33:21, 38:17
portfolio [1] - 16:9
position [4] - 12:5, 45:9, 47:19, 48:5
possession [3] - 24:1, 24:14, 36:21
possibility [1] - 32:2
possible [2] - 43:22, 47:21
possibly [2] - 7:10,

15:22
potentially [2] - 17:19, 31:25
practical [2] - 4:6, 10:3
practice [2] - 15:5, 20:19
precise [1] - 35:2
prejudice [1] - 35:16
prepare [2] - 18:6, 36:19
prepared [1] - 27:20
prepares [2] - 18:13, 18:14
present [1] - 8:24
PRESENT [1] - 2:13
PricewaterhouseCoopers [1] - 27:15
prima [1] - 36:14
principal [1] - 19:19
principles [1] - 29:8
probative [1] - 26:15
problem [5] - 42:8, 43:2, 44:18, 45:19, 45:20
Procedure [1] - 13:24
procedures [1] - 13:17
proceeding [1] - 48:12
proceedings [1] - 38:24
process [2] - 12:22, 13:22
produce [9] - 4:3, 25:8, 25:13, 35:21, 35:22, 39:15, 39:16, 41:2, 44:17
produced [1] - 23:25, 24:6, 24:14, 24:18, 25:4, 36:7, 36:20, 36:23, 37:11, 44:10, 44:12
producing [1] - 44:16
Production [1] - 43:8
production [1] - 44:4
program [8] - 5:12, 10:20, 11:1, 16:10, 16:23, 20:6, 20:12, 42:12
prohibits [1] - 9:2
promise [1] - 7:9
proper [2] - 24:5, 40:14
propose [1] - 45:7
proposed [1] - 45:10
proposes [1] - 45:13
proposing [1] - 45:16
provide [18] - 5:20, 6:25, 7:3, 7:6, 7:12, 8:5, 10:17, 11:3, 13:19, 18:23, 19:2, 25:10, 25:24, 28:17,

32:9, 39:17, 39:25, 40:4
provided [17] - 9:6, 16:8, 21:8, 21:17, 22:7, 22:22, 24:9, 26:16, 27:9, 28:5, 33:8, 33:9, 37:11, 39:18, 39:22, 41:11, 44:6
provides [4] - 10:2, 12:15, 28:3, 36:18
providing [3] - 22:18, 22:25, 29:2
Provision [1] - 18:24
provision [4] - 4:24, 5:1, 5:2, 5:7, 6:11, 7:8, 8:13, 8:16, 8:18, 8:24, 9:1, 9:4, 9:12, 9:23, 10:10, 10:18, 10:20, 17:17, 17:25, 18:9, 18:11, 18:18, 18:21, 19:4, 20:12, 28:18, 28:21, 28:23, 28:24, 29:1, 29:9, 29:15, 29:19, 42:22, 42:24, 43:5, 43:12, 43:23, 45:23, 46:4, 46:9, 46:15
provisions [17] - 4:1, 4:23, 5:24, 7:7, 10:5, 11:16, 12:24, 13:4, 18:22, 26:24, 26:25, 28:24, 45:15, 45:25, 46:1, 46:8, 46:10
Public [1] - 27:12
pulled [1] - 32:23
purchased [1] - 31:18
purpose [4] - 10:16, 17:23, 26:24, 27:7
purposes [1] - 17:20, 46:12
pursuant [8] - 6:10, 6:24, 7:3, 7:7, 9:12, 10:5, 11:18, 28:6
pursuing [1] - 12:16
push [1] - 15:17
put [6] - 6:13, 10:14, 11:4, 11:19, 24:7, 33:5, 34:5, 45:21
putting [2] - 9:15, 12:11

**Q**

quarterly [4] - 9:5, 28:6, 28:10, 28:11
questioning [1] - 37:17
questions [6] - 3:23, 13:11, 29:17, 38:2, 40:24, 45:3

**quite** [1] - 42:22
**quote** [5] - 18:18, 26:17, 26:20, 27:18, 28:4

# R

**raised** [3] - 3:24, 9:9, 42:14
**rather** [2] - 9:21, 41:15
**read** [3] - 22:7, 29:5, 31:13
**reading** [1] - 46:9
**reads** [1] - 29:6
**real** [2] - 11:24, 12:8
**really** [26] - 4:13, 6:5, 7:14, 12:10, 17:23, 17:24, 19:24, 20:17, 23:23, 30:17, 31:9, 31:11, 31:14, 32:4, 32:10, 32:20, 35:16, 38:7, 38:14, 40:1, 40:4, 40:12, 41:14, 42:8, 43:2, 45:1
**reason** [6] - 13:17, 14:17, 23:3, 43:22, 43:25, 44:1
**reasonable** [4] - 5:5, 31:1, 41:12
**reasonably** [3] - 8:7, 18:17, 39:15
**reasons** [1] - 8:17
**receive** [7] - 16:3, 16:5, 16:24, 27:23, 36:17
**received** [1] - 41:8
**recently** [3] - 21:14, 22:2, 48:1
**recollection** [1] - 14:2
**record** [5] - 3:14, 11:14, 20:23, 37:4, 43:20
**records** [8] - 8:3, 17:18, 17:25, 18:1, 18:2, 18:16, 26:20, 27:3
**reference** [3] - 16:12, 32:4, 45:5
**referenced** [1] - 14:1
**refers** [2] - 16:14, 16:18
**refresh** [1] - 14:2
**refused** [1] - 21:19
**refuses** [1] - 19:4
**refusing** [1] - 44:16
**regarding** [2] - 33:4, 38:25
**regular** [2] - 16:24, 20:5
**rejected** [2] - 21:16, 21:19

**relate** [2] - 16:23, 26:20
**related** [10] - 13:13, 17:11, 23:25, 24:14, 30:16, 32:10, 36:8, 40:6, 46:1, 46:21
**relating** [2] - 29:6, 43:8
**relationship** [7] - 4:22, 19:19, 19:20, 40:5, 40:8, 46:8, 46:13
**relevant** [7] - 7:15, 18:14, 30:1, 32:24, 37:5, 41:15
**relief** [1] - 3:18
**rely** [2] - 46:5, 46:15
**relying** [2] - 8:19, 29:24
**remainder** [1] - 31:12
**remaining** [3] - 24:2, 25:6, 45:24
**remarks** [1] - 35:20
**renting** [1] - 26:18
**repeatedly** [1] - 25:19
**report** [6] - 18:6, 18:13, 18:14, 27:21, 27:24, 27:25
**Report** [1] - 28:9
**reported** [1] - 28:4
**reporter** [1] - 3:14
**Reporter** [2] - 1:25, 48:14
**REPORTER'S** [1] - 2:24
**reports** [6] - 9:6, 16:3, 16:6, 27:20, 36:12, 36:19
**represent** [4] - 40:16, 40:20, 41:16
**representation** [1] - 40:18
**representatives** [1] - 6:8
**request** [32] - 4:3, 4:6, 6:21, 6:24, 7:4, 7:7, 12:18, 13:12, 13:18, 14:10, 19:5, 21:6, 21:10, 21:16, 21:19, 23:7, 24:6, 24:18, 25:3, 26:25, 28:14, 28:16, 29:12, 31:18, 33:18, 36:15, 37:20, 39:21, 45:6, 47:20, 47:24, 47:25
**requested** [8] - 4:7, 4:12, 7:6, 10:3, 21:6, 23:18, 25:19, 36:9
**requests** [12] - 21:12, 21:13, 21:14, 21:15, 28:12, 39:23, 39:25, 41:7, 41:8, 45:13,

45:18, 45:19
**Requests** [1] - 43:8
**require** [6] - 4:3, 5:17, 8:7, 18:17, 18:23, 29:19
**required** [5] - 6:2, 6:3, 20:11, 26:17, 27:8
**requirement** [3] - 9:3, 18:8, 18:15
**requirements** [1] - 46:12
**requires** [2] - 10:11, 20:14
**resolving** [1] - 15:6
**respect** [8] - 4:17, 6:14, 10:25, 13:12, 19:14, 19:16, 26:17, 37:5
**respecting** [1] - 40:5
**respond** [2] - 42:4, 45:22
**responded** [1] - 37:18
**response** [12] - 7:2, 7:6, 21:21, 21:25, 22:10, 22:11, 22:19, 22:24, 33:6, 40:25, 41:4, 45:7
**responsive** [1] - 18:20
**restrict** [1] - 40:4
**restriction** [2] - 17:24, 18:7
**result** [2] - 27:23, 32:20
**results** [3] - 9:4, 28:4, 29:13
**retained** [1] - 33:16
**retains** [2] - 31:16, 32:7
**review** [3] - 9:7, 10:1, 47:25
**revisions** [3] - 45:8, 45:11, 45:13
**rights** [22] - 6:25, 7:23, 9:17, 11:18, 14:15, 17:23, 18:15, 18:22, 19:13, 19:15, 26:2, 26:9, 29:11, 30:1, 31:15, 31:16, 31:19, 34:6, 35:5, 38:10, 38:16, 42:11
**rogatory** [1] - 47:24
**role** [2] - 7:15, 7:16
**roll** [1] - 42:8
**rules** [1] - 32:19
**Rules** [1] - 13:24
**run** [5] - 23:22, 25:1, 26:25, 38:1, 38:23
**running** [1] - 25:2
**runs** [1] - 33:14

# S

**SA** [2] - 46:22, 47:8
**San** [1] - 2:6
**sat** [1] - 37:16
**schedule** [2] - 15:3, 15:15
**scheme** [1] - 7:16
**scope** [8] - 8:16, 13:23, 14:18, 17:12, 45:15, 45:16
**search** [6] - 24:24, 25:1, 25:2, 39:18, 39:19, 41:12
**searches** [1] - 24:21
**second** [6] - 6:16, 21:7, 24:2, 24:23, 25:5, 27:10, 41:11, 44:3
**secondly** [3] - 4:5, 10:19, 18:8
**Section** [16] - 5:3, 5:16, 6:12, 7:24, 9:1, 9:16, 10:10, 11:1, 11:19, 17:17, 28:1, 28:3, 28:6, 28:8, 28:19, 43:12
**section** [2] - 9:17, 28:9
**sections** [1] - 29:10
**see** [10] - 16:7, 18:4, 19:17, 20:9, 29:13, 34:12, 43:12, 43:14, 44:5, 44:13
**seeking** [5] - 3:18, 5:22, 12:12, 24:3, 25:25
**seeks** [4] - 24:16, 25:7, 25:22, 30:3
**seem** [1] - 19:3
**selective** [1] - 44:4
**sell** [1] - 33:24
**sense** [2] - 15:2, 38:24
**sent** [2] - 12:18, 39:13
**separate** [5] - 6:23, 21:4, 38:15, 46:12
**separately** [3] - 33:23, 36:18, 45:21
**September** [2] - 15:14, 43:7
**serve** [2] - 34:18, 35:6
**served** [1] - 35:8
**set** [2] - 3:17, 16:17
**settlement** [1] - 28:6
**several** [1] - 8:17
**shall** [6] - 8:5, 8:14, 8:19, 9:5, 27:8, 28:4
**share** [2] - 8:14, 9:20
**sharing** [1] - 42:2

**short** [2] - 13:16, 48:1
**show** [1] - 26:5
**shown** [1] - 11:8
**shows** [2] - 10:6, 26:8
**side** [1] - 42:9
**Sierra** [63] - 2:10, 2:11, 3:9, 3:15, 3:18, 3:19, 3:21, 4:18, 11:11, 12:21, 20:24, 21:6, 21:11, 21:12, 21:14, 21:17, 21:19, 22:6, 22:9, 23:17, 24:2, 24:7, 24:9, 24:11, 25:2, 25:7, 25:20, 25:21, 25:22, 25:23, 25:25, 26:10, 27:16, 28:19, 28:20, 29:4, 29:15, 29:24, 30:3, 32:22, 32:25, 33:5, 33:6, 33:11, 33:23, 33:25, 34:6, 34:13, 34:19, 35:15, 36:24, 37:1, 37:13, 37:17, 39:9, 39:19, 39:24, 41:3, 41:9, 47:25
**SIERRA** [2] - 1:6
**Sierra's** [14] - 4:19, 6:14, 21:16, 24:5, 25:14, 26:25, 28:14, 28:16, 33:2, 33:25, 34:15, 37:16, 37:20, 45:9
**sign** [5] - 13:13, 45:10, 47:23, 48:2, 48:3
**signed** [1] - 34:23
**significant** [2] - 14:17, 28:21
**significantly** [1] - 46:25
**similar** [1] - 28:2
**similarly** [1] - 25:21
**simple** [2] - 16:2, 33:13
**simply** [18] - 21:1, 21:12, 26:22, 28:2, 28:14, 29:1, 29:14, 29:25, 31:17, 32:10, 32:21, 33:7, 34:2, 36:2, 37:13, 37:15, 38:8
**single** [3] - 6:21, 6:23, 7:1
**Sisvel** [171] - 2:16, 3:6, 4:1, 4:3, 4:15, 4:16, 5:5, 5:17, 6:2, 6:3, 6:13, 6:17, 6:22, 7:2, 7:5, 7:11, 8:3, 8:5, 10:11, 10:12, 10:14, 10:15, 10:17, 10:21, 10:25, 11:19, 11:20, 12:4, 12:5, 12:6,

12:17, 13:1, 13:18, 13:19, 14:3, 14:6, 14:12, 14:21, 15:22, 16:3, 16:6, 16:15, 16:24, 18:5, 18:23, 19:4, 19:11, 19:16, 20:14, 20:17, 20:24, 21:4, 21:5, 21:8, 22:7, 22:13, 22:18, 22:25, 23:3, 23:19, 23:25, 24:5, 24:6, 24:8, 24:11, 24:14, 24:17, 24:20, 24:23, 25:6, 25:8, 25:10, 25:21, 26:1, 26:5, 27:4, 27:5, 28:13, 29:19, 30:10, 30:19, 30:23, 31:6, 31:14, 31:16, 31:18, 32:6, 32:9, 32:23, 32:24, 33:8, 33:11, 33:14, 33:15, 33:23, 34:2, 34:7, 34:10, 34:14, 34:20, 34:24, 35:1, 35:8, 35:11, 35:12, 35:15, 35:21, 35:23, 35:25, 36:2, 36:8, 36:17, 36:18, 37:3, 37:9, 37:11, 37:13, 37:14, 37:16, 37:17, 37:20, 37:21, 37:23, 38:5, 38:8, 38:10, 38:11, 38:18, 39:6, 39:7, 39:11, 39:13, 39:20, 39:21, 39:22, 39:24, 40:2, 40:6, 40:16, 40:17, 40:21, 41:1, 41:2, 41:5, 42:9, 43:20, 44:9, 44:15, 44:23, 44:24, 46:6, 46:7, 46:13, 46:17, 46:19, 46:22, 47:8, 47:12

**Sisvel's** [8] - 7:15, 10:7, 25:8, 25:15, 28:15, 29:2, 31:6, 33:4

**Sisvel-related** [2] - 23:25, 24:14

**situation** [6] - 4:14, 20:1, 20:17, 21:24, 34:6, 42:9

**situations** [1] - 40:9

**slightly** [1] - 46:20

**smaller** [1] - 13:22

**someone** [2] - 34:7, 34:8

**soon** [1] - 47:25

**sorry** [4] - 9:21, 17:3, 47:5, 47:10

**sort** [4] - 17:3, 31:10, 40:19, 45:24

**sought** [3] - 41:3, 41:10, 43:8

**speaking** [1] - 3:12

**specific** [12] - 3:25, 4:1, 4:23, 18:21, 26:12, 36:16, 36:18, 38:10, 42:17, 45:13, 45:16, 45:25

**specifically** [16] - 4:17, 5:4, 5:16, 9:6, 9:16, 14:8, 16:16, 16:18, 18:11, 23:16, 23:19, 25:2, 25:7, 27:8, 28:3, 28:9

**spends** [1] - 33:3

**standard** [1] - 25:17

**Stark** [1] - 3:2

**STARK** [1] - 1:12

**start** [2] - 20:23, 27:2

**starting** [1] - 24:13

**state** [2] - 16:9

**statement** [3] - 11:22, 28:11, 39:6

**statements** [6] - 27:8, 28:6, 28:10, 36:13, 36:17

**STATES** [1] - 1:1

**States** [3] - 12:4, 13:25, 42:17

**status** [3] - 16:10, 22:21, 30:14

**stenographic** [1] - 48:12

**step** [4] - 6:15, 27:13, 36:24, 43:19

**steps** [1] - 38:11

**stop** [2] - 6:5, 32:17

**strict** [1] - 29:11

**stronger** [1] - 11:22

**stuff** [2] - 20:11, 35:1

**style** [1] - 17:4

**subject** [8] - 5:8, 5:9, 30:20, 30:21, 31:2, 31:5, 31:23, 32:19

**sublicensing** [3] - 33:19, 38:10, 38:17

**submit** [1] - 48:2

**submitted** [1] - 13:1

**subpoena** [2] - 12:13, 35:8

**subpoenaed** [1] - 12:17

**subpoenaing** [1] - 12:4

**subpoenas** [1] - 34:18

**subsequent** [1] - 14:20

**substantial** [4] - 5:13, 20:10, 24:24, 31:14

**substantially** [1] - 13:18

**sufficient** [2] - 4:2, 46:4

**suggested** [1] - 15:3

**suggestion** [2] - 15:16, 15:17

**suit** [1] - 32:8

**summary** [3] - 8:23, 27:19, 27:24

**superfluous** [1] - 45:25

**supplemental** [5] - 3:24, 13:1, 16:4, 20:9, 44:7

**supplementary** [1] - 44:6

**support** [3] - 14:21, 34:2, 43:25

**supported** [1] - 22:2

**survive** [4] - 9:17, 28:22, 28:23, 42:24

**SUSMAN** [2] - 1:17, 1:20

**Susman** [1] - 3:5

## T

**talks** [7] - 8:19, 16:8, 16:9, 16:10, 16:11, 16:16, 17:17

**targeted** [1] - 39:23

**targets** [1] - 20:7

**Telephone** [1] - 1:10

**telephone** [2] - 2:24, 48:10

**tend** [1] - 17:22

**terminated** [2] - 9:10, 9:12

**termination** [3] - 9:12, 28:22, 42:24

**terminations** [1] - 9:17

**terms** [11] - 15:8, 20:2, 25:1, 25:3, 25:4, 33:16, 39:18, 39:19, 41:12, 44:21, 45:15

**test** [1] - 25:18

**testified** [1] - 22:12

**testimony** [11] - 11:5, 22:2, 22:5, 24:8, 25:11, 28:17, 33:9, 37:12

**Texas** [2] - 1:18, 1:21

**THE** [46] - 1:1, 1:2, 3:1, 3:7, 3:13, 13:10, 14:1, 15:2, 15:20, 17:8, 19:6, 19:8, 20:20, 21:23, 23:2, 23:7, 23:13, 23:20, 29:16, 30:4, 30:18, 31:21, 31:23, 32:12, 34:5, 34:21, 35:11,

35:19, 37:2, 37:25, 38:13, 38:19, 38:22, 40:15, 40:23, 41:18, 41:24, 42:1, 45:3, 45:22, 46:16, 46:24, 47:4, 47:10, 47:15, 47:17

**themselves** [1] - 45:18

**therefore** [2] - 7:16, 19:15

**third** [8] - 4:8, 24:5, 25:9, 28:13, 39:13, 40:2, 40:13, 45:11

**Third** [1] - 25:16

**three** [5] - 3:10, 3:22, 23:23, 39:1, 47:1

**Thrifty** [3] - 26:18, 26:19, 29:7

**throughout** [1] - 31:14

**TIGAN** [2] - 2:3, 3:8

**Tigan** [1] - 3:9

**timing** [2] - 15:8, 43:3

**title** [1] - 32:7

**today** [2] - 3:12, 48:6

**today's** [1] - 15:6

**together** [3] - 5:24, 34:1, 43:23

**took** [2] - 7:19, 11:5

**topics** [2] - 11:7, 37:17

**totally** [1] - 33:23

**track** [1] - 23:23

**transcript** [2] - 22:8, 48:12

**tremendous** [1] - 11:12

**trial** [1] - 15:13

**tried** [1] - 39:14

**tries** [2] - 27:17, 33:25

**troubling** [1] - 32:13

**true** [5] - 21:12, 22:2, 28:3, 29:19, 48:12

**truly** [1] - 38:23

**try** [1] - 34:7

**trying** [6] - 33:12, 34:4, 35:7, 40:3, 40:12

**tuning** [1] - 22:3

**TUNNELL** [1] - 2:2

**turn** [5] - 7:9, 7:18, 7:19, 28:8, 28:18

**turns** [1] - 34:8

**two** [6] - 6:7, 24:21, 32:15, 38:15, 39:1, 42:17

**types** [1] - 16:22

## U

**U.K** [12] - 21:4, 25:10,

27:5, 35:12, 39:22, 40:17, 40:21, 41:1, 41:2, 41:5, 46:23, 47:14

**U.S** [20] - 6:23, 6:24, 12:5, 12:13, 12:17, 14:5, 21:5, 24:6, 31:25, 32:18, 32:19, 35:8, 35:11, 37:14, 39:21, 40:16, 40:22, 44:24, 44:25, 48:15

**U.S.'s** [1] - 40:2

**ultimate** [1] - 17:23

**unbridled** [1] - 31:9

**under** [13] - 9:24, 13:23, 15:3, 25:16, 25:17, 27:22, 33:16, 34:23, 35:9, 36:10, 36:22, 37:8

**underlying** [4] - 9:20, 9:22, 17:23, 18:12

**underscores** [1] - 43:2

**undisputed** [1] - 4:14

**unenumerated** [1] - 31:10

**unfortunately** [1] - 47:18

**United** [3] - 12:4, 13:24, 42:16

**UNITED** [1] - 1:1

**unlike** [1] - 25:23

**up** [8] - 11:25, 12:15, 15:10, 19:13, 24:7, 34:14, 42:8, 42:17

**urgent** [2] - 15:4, 15:7

## V

**valid** [1] - 18:6

**VANCE** [21] - 1:21, 20:22, 22:4, 23:5, 23:10, 23:16, 23:22, 29:22, 30:9, 30:24, 31:22, 32:2, 32:21, 34:12, 35:2, 35:13, 36:5, 37:10, 38:7, 38:14, 38:21

**Vance** [6] - 3:5, 20:22, 21:23, 29:16, 38:4, 38:19

**various** [7] - 4:23, 14:14, 16:10, 16:11, 30:14, 39:18, 46:6

**verify** [1] - 27:7

**versus** [3] - 3:15, 17:9, 46:7

**view** [2] - 15:7, 29:18

**violate** [1] - 10:18

**violates** [1] - 29:8

**violation** [1] - 19:4

**vis-à-vis** [1] - 46:12

**voluntarily** [1] - 30:6
**VRIES** [1] - 2:9
**Vries** [1] - 3:11
**vulnerability** [1] - 35:24

## W

**waiting** [1] - 19:22
**wants** [6] - 32:25, 34:24, 35:5, 36:24, 37:22, 38:10
**Washington** [1] - 2:15
**Wednesday** [1] - 1:9
**week** [7] - 6:9, 11:5, 11:17, 12:10, 15:11, 22:5, 35:14
**whatsoever** [1] - 34:9
**whereas** [1] - 14:13
**wholeheartedly** [1] - 14:21
**wholesale** [1] - 43:23
**willing** [5] - 21:16, 24:9, 41:3, 41:17, 41:19
**willingly** [1] - 8:5
**Wilmington** [1] - 1:9
**Wireless** [3] - 2:10, 2:11, 3:15
**WIRELESS** [2] - 1:6, 1:6
**witness** [7] - 10:16, 13:6, 22:3, 22:11, 24:7, 28:16, 37:11
**witnesses** [1] - 11:6
**wonder** [1] - 40:25
**wording** [1] - 40:10
**works** [1] - 39:24
**wrongdoing** [1] - 34:1
**wrote** [1] - 10:15
**Wuyts** [1] - 22:24
**Wuyts'** [1] - 22:5

## Y

**year** [3] - 15:14, 21:13, 35:16

# EXHIBIT B

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                   IN AND FOR THE DISTRICT OF DELAWARE

 3                             - - -
       KONINKLIJKE KPN N.V.,
 4                                     :     CIVIL ACTION
                 Plaintiff,           :
 5     v                              :
                                      :
 6     SIERRA WIRELESS, INC. and SIERRA    :
       WIRELESS AMERICA, INC.,            :
 7                                      :
                 Defendants.             NO. 17-90-LPS
 8                             - - -

 9                        Wilmington, Delaware
                        Wednesday, October 24, 2018
10                        Telephone Conference

11                             - - -

12     BEFORE:      HONORABLE LEONARD P. STARK, Chief Judge

13                             - - -
       APPEARANCES:
14

15               FARNAN, LLP
                 BY:  MICHAEL J. FARNAN, ESQ.
16
                       and
17
                 SUSMAN GODFREY, L.L.P.
18               BY:  ANDRES C. HEALY, ESQ.
                     (Dallas, Texas)
19
                       and
20
                 SUSMAN GODFREY, L.L.P.
21               By:  HUNTER VANCE, ESQ.
                     (Houston, Texas)
22
                          Counsel for Plaintiffs
23

24

25                             Brian P. Gaffigan
                               Official Court Reporter
```

1   APPEARANCES:  Continued)

2

3            MORRIS NICHOLS ARSHT & TUNNELL, LLP
             BY:  JEREMY A. TIGAN, ESQ.

4                and

5            KIRKLAND & ELLIS, LLP
             BY:  ADAM R. ALPER, ESQ., and
6                 ERIC CHENG, ESQ.
                  (San Francisco, California)

7                and

8            KIRKLAND & ELLIS, LLP
9            BY:  MICHAEL W. DE VRIES, ESQ.
                  (Los Angeles, California)

10

11                     Counsel for Sierra Wireless, Inc.
                       and Sierra Wireless America, Inc.

12

13   ALSO PRESENT:

14

15           HOLLINGSWORTH, LLP
             BY:  ANN MARIE DUFFY, ESQ.
                  (Washington, District of Columbia)

16

17                     Appearing on behalf of Sisvel

18

19

20

21

22                      - oOo -

23             P R O C E E D I N G S

24            (REPORTER'S NOTE:  The following telephone

25   conference was held in chambers, beginning at 2:32 p.m.)

1          THE COURT:  Good afternoon, everyone.  This is

2     Judge Stark.  Who is there, please?

3          MR. FARNAN:  Good afternoon, Your Honor.  This

4     is Brian Farnan for the plaintiff.  And with me is Andre

5     Healy and Hunter Vance from Susman Godfrey.  And on the

6     line is Ann Marie Duffy of Hollingsworth, LLP for Sisvel.

7          THE COURT:  Okay.  Thank you.

8          MR. TIGAN:  And, Your Honor, you have Jeremy

9     Tigan with Morris Nichols as well on behalf of Sierra; and

10    I'm joined by three of my colleagues from Kirkland & Ellis.

11    I have Adam Alper, Eric Cheng, and Mike De Vries.  Mr. Alper

12    will be speaking for us today.

13          THE COURT:  Okay.  Great.  Thank you.  I have my

14    court reporter here with me.  And for the record, it is the

15    case that I'm just calling KPN versus Sierra Wireless, Inc.,

16    et al, Civil Action No. 17-90-LPS.

17          This is the time we set to talk about the

18    discovery disputes.  Sierra is the one seeking relief, so

19    we'll hear from Sierra first.

20          MR. ALPER:  Thank you, Your Honor.  This is Adam

21    Alper from Kirkland for Sierra.

22          In my time, I'd like to address three things and

23    focus them in particular on some of the questions that Your

24    Honor raised in connection with the supplemental briefing.

25          The first is why there are specific inspections,

1    why the ███████████████████████████ in the Sisvel and

2    KPN agreements establish that KPN has sufficient control to

3    request and require Sisvel to produce the information that

4    is at issue in our motion.

5              Then, secondly, I'd like to talk about why KPN

6    has the practical ability to obtain that request and

7    requested information.  And,

8              Then, third, briefly address a couple of KPN's

9    arguments that won't have been addressed along the way.

10              But before I do that, just by way of a little

11   bit of background and some context.  There is certainly an

12   ability by KPN to obtain the requested materials.

13              If you just take a look at what are really

14   undisputed facts in this situation, you have got agreements

15   by which Sisvel is to license KPN's patents on KPN's behalf.

16   And that makes Sisvel KPN's licensing agent.  That is

17   specifically with respect to the patent that was asserted

18   until Your Honor invalidated it against Sierra and is at the

19   heart of Sierra's counterclaims against KPN.

20              Then in addition to that kind of general

21   backbone, which is kind of at the crux of the agreements

22   between and the relationship between the new entities, you

23   have got various other specific provisions even before we

24   get to the ████████████████ that established KPN's

25   control.



1

2

3

4

5

6

7

8

9

10

11          And it goes on from there.

12

13

14

15

16

17

18

19

20

21

22

23          It's not just that they have these contract

24   provisions together.  They, KPN acted on them.  And we know

25   that not just in the licensing context, because they have

1    been coordinating closely there, but also just objectively

2    KPN required Sisvel to be a coparty in the five patent cases

3    before this Court and has required Sisvel to cooperate in

4    discovery in those cases, which it is.

5         And it doesn't really even stop there.  We just

6    learned this, Your Honor.  As you may know, discovery has

7    been continuing in this action, and the two depositions

8    that we have taken of KPN representatives occurred last

9    week right as the briefing was going in on this motion.

10         There, we learned that ███████████████████████

11    ████████████████████████████████████████████████████████

12    ████████████████████████████████████████████████████████

13    ██████████████████████████████████████████████████████████

14    ██████████████████████████████████████

15         If you kind of step back and think about that

16    for a second, that goes beyond just asking for documents.

17    That is saying, hey, we have the right to force you, Sisvel,

18    to come in and not just give us documents, to actually

19    participate in the litigation and defend it.

20         Against all of that backdrop, Your Honor, what

21    do we not have?  We don't have a single request by KPN to

22    the Sisvel European entities which KPN and Sisvel say are

23    separate from the U.S. entity.  We don't have a single

24    request to the U.S. entity saying, hey, pursuant to these

25    contractual rights that we have, can you provide the

1    documents?  And then you don't, of course, have a single

2    response from Sisvel to KPN saying that they will or will

3    not provide the documents pursuant to the agreement and

4    even if KPN had made the request, here is the thing.

5              If Sisvel said that they were not going to

6    provide the requested information in response to a KPN

7    request pursuant to these contractual provisions that we're

8    talking about, including the inspection provision which I

9    promise I will turn to in just a moment, it could not

10   possibly be based on the lack of a legal right by KPN to

11   demand those documents.  It would only be because Sisvel

12   just doesn't want to provide the discovery.  It is important

13   discovery, as Your Honor knows from our briefing.  It is

14   not really at issue.  It hasn't been objected to, but it's

15   highly relevant to our claims given Sisvel's key role in

16   KPN's overall licensing scheme and, therefore, key role in

17   our briefs of FRAND counterclaims.

18             Now, let me turn now -- I know that little intro

19   took a little bit longer than I anticipated, but let me turn

20   to the agreement itself.

21             First, let's talk about the ███████████████ and

22   Your Honor's *Moretti* case.

23             ███████████████████████████████████

24   █████████████████████████████████████████████████████████

25   █████████████████████████████████████████  That is

1    Exhibit 5 again to our brief. ███████████████

2    ███████████████████████████████████

3    ████████████████████████████████████████

4    █████████████████████████████████████████

5    ████████████████████████████████████████

6    ████████████████████████████████████████

7    ████████████████████

8            And that is exactly the right that we're asking

9    KPN to exercise in this motion.

10           Now, what does KPN say about this?  They point

11   to a different agreement.  This is Exhibit 12 to KPN's

12   opening brief.  ███████████████████████████

13   ████████████████████████████████████████

14   ████████████████████████████████████████

15   ████████   And they say that that takes this agreement or

16   this provision out of the scope of the *Moretti* case.

17           That is incorrect for several reasons:

18           First of all, the provision that KPN is

19   relying on which talks about ███████████████████

20   ███████████████████████████████████

21   █████████████████████████████████████████

22   ████████████████████████████████████████

23   █████████████████████████████████

24           ████████████████████████████████

25   ███████████████████████████████████



8          By the way, to the extent that -- this hasn't

9     been raised, but to the extent that KPN contends that the

10    2012 agreement has been terminated or it ended,

11

12

13                                              That is after

14    the commencement of this litigation.  That is after our

15    counterclaims were filed.

16

17

18

19

20

21

22

23          That is the                            So based

24    on that, under your *Moretti* decision, we think there is a

25    clear case of control, and that you don't need to look

1    further, but if you were, a review of the Court's *Moretti*

2    decision provides another avenue for ordering KPN to collect

3    the requested material, and that is if KPN has the practical

4    ability to obtain the materials.  Here, they certainly do

5    pursuant to many of their contractual provisions as well

6    as the evidence that shows that they have been collecting

7    material and at a minimum obtaining Sisvel's cooperation in

8    litigation before Your Honor.

9              So, once again, that is the ████████████

10   █████████████████████████████████████████████████████

11   █████████████████████████████████████████████████████

12   You couldn't have a broader right that Sisvel, or I mean

13   that KPN can act on to get the discovery.  You can bet that

14   if it was discovery that Sisvel and KPN both wanted to put

15   out there, that if KPN wrote to Sisvel and said, hey, we

16   need a witness for this purpose or we need these documents

17   that Sisvel certainly would provide it and would not

18   violate, breach the ████████████████████████

19             Secondly, I talked about the ████████████████

20   ███████████████████████████████████████████████ I

21   think it is a very important point because Sisvel contends,

22   in one of their briefs they say that there is no evidence of

23   any cooperation or coordination between the parties.

24             Well, first of all, █████████████████████████████

25   █████████████████████████████████████████████████████

1   ████████████████████████████████████

2   ███████████████████████████████████

3   ██████████████████████████████████████

4   ████████████████████████████████████████

5   ██████████████████████████████████████

6   █████████████████████████████████████

7   ██████████████████████████████████████

8   ██████████████████████████████████████

9   ███████████████████████████████████████

10  ████████████████████████████████████████

11  ████████████████████████████████████████

12  ██████████████████████████████████

13  ███████████████████████████████████████

14  █████████████████

15          Then as I mentioned, ███████████████

16  ████████████████████████████████████

17  ███████████████████████████████████████

18  ██████████████████████████████████████

19  ██████████████████████████████████████

20  ██████████████████████████████████████

21  ███████████████████████████████████████

22  ██████████████████████████████████████

23  █████████████

24          Just lastly, Your Honor, real fast, just a

25  couple points to clear up a couple things, a couple

1    arguments being made.

2            They, KPN said that they have done everything

3    that they should have to do or have the right to do by

4    subpoenaing Sisvel in the United States.  It's important to

5    understand that Sisvel U.S. is taking the position that it

6    doesn't have control over the documents with the Sisvel

7    European entities.

8            We disagree that there is a real distinction

9    between the corporate entities, that the deponent last

10   week says █████████████████████████████████████████████

11   ████████████████████████████████████ but putting that

12   aside, the materials we are seeking are with the European

13   entities, and a subpoena to the U.S. entity by KPN doesn't,

14   just doesn't answer that question.

15           In fact, it provides, brings up a broader point

16   of context because we are pursuing all of this in parallel.

17   We subpoenaed the Sisvel U.S. entity.  As Your Honor knows,

18   we sent letter of request through this court, your court to

19   go through the Hague to collect documents from the materials

20   from the entities in Europe.  And all through that, KPN and

21   the European entities have disagreed that Sierra should be

22   able to obtain those materials and obstructed the process,

23   but one thing is for sure.  They haven't acted upon the

24   provisions that we're talking about in the agreement.

25           Lastly, Your Honor, there was a declaration from

1    an attorney for Sisvel that was submitted in the supplemental

2    brief.  This probably without saying, but it's essentially

3    additional attorney argument.  It doesn't engage with any of

4    the contract provisions we're talking about, and it doesn't,

5    it doesn't discuss any of the facts.  So we don't think it

6    is particularly helpful, and it is not a fact witness.  It

7    is not bearing on the intent of the agreement.  That's why

8    we think that should be disregarded.

9                    Thank you, Your Honor.

10                   THE COURT:  All right.  Thank you, Mr. Alper.

11   Let me ask you a few questions.

12                   With respect to the letter request that is

13   before me for the Hague-related discovery, if I were to sign

14   that and if the European court were to give you what you

15   want, would that moot this dispute in front of me?

16                   MR. ALPER:  The short answer to that is no.

17   And the reason for that is because of the Hague procedures,

18   we've had to substantially narrow our request to Sisvel in

19   Europe.  Sisvel in Europe is not agreeing to provide the

20   materials.  The discovery period, of course, is closing; and

21   we think that whatever we're able to obtain through that

22   process would be at a minimum, if anything, a much smaller

23   scope than what we should be allowed to obtain under the

24   Federal Rules of Civil Procedure for KPN in the United

25   States.

1            THE COURT:  All right.  You have referenced the

2   other KPN case.  Help further refresh my recollection, if

3   you would.  You tell me that Sisvel is joined as a plaintiff

4   there.  They're not a party here.  Might that be something I

5   should be considering whether or not the U.S. or foreign

6   Sisvel entities should be added as a party here?

7            MR. ALPER:  So, Your Honor, let me answer that

8   very specifically, but if I could go back to the last question.

9   I omitted one very important fact.  That is, the letters of

10  request are not only direct.  They're only directed to the

11  Luxemburg -- to one of the entities, I think it is the inter-

12  national Sisvel entity, it is not all the Sisvel entities

13  that are involved whereas as our motion here would cause KPN

14  to go collect the materials from the various entities that

15  it interacts with and has rights to collect from.

16            So I apologize for omitting that from my prior

17  answer, but that is a significant additional reason why

18  discovery from Your Honor will be of a broader scope than

19  what we can obtain through the Hague.

20            To answer your subsequent question, we would

21  wholeheartedly agree or support bringing the Sisvel European

22  entities into our claims here.  They are definitely a part

23  of it all and are very much closely intertwined with KPN in

24  the context of our allegations.  So that is something that

25  we think would assist and be another avenue to make that

1    material available to us.

2                    THE COURT:  And give me a sense then of I think

3    you have already suggested, but under the current schedule

4    you are near the end of fact discovery.  How urgent is the

5    issue in front of me if I were to entertain motion practice

6    on adding a party or if I need more help resolving today's

7    dispute?  How urgent of an issue should I view this as in

8    terms of timing?

9                    MR. ALPER:  So there are deadlines that are

10   coming up.  The discovery cutoff I think is at the end of

11   the next week, and then there are some expert deadlines that

12   follow that.

13                   However, we don't have a trial until I think

14   September of next year, so there is plenty of time in the

15   schedule to allow for this discovery to happen.

16                   Our suggestion would be -- if you order the

17   discovery, our suggestion would be that we push the dates

18   back; and, of course, we can coordinate with KPN on that in

19   order to allow for enough time for this discovery to occur.

20                   THE COURT:  Is there -- Mr. Alper, do you believe

21   you have evidence that KPN has been able to get documents from

22   Sisvel in the past or possibly even in connection with this

23   very litigation?

24                   MR. ALPER:  The answer is yes, Your Honor.  And

25   I'm not sure if we attached examples of these to our briefing,

1    but we're checking in parallel as I answer this question.

2              The simple answer is absolutely, yes.  KPN is

3    entitled to receive and receive reports from Sisvel.

4              It's Exhibit C to our supplemental brief is an

5    example of one of these; and it is very telling.

25              The one that we have attached, by the way, just

1    because it is one additional important detail, ███████████

2    ████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████

4    ██████████████████████████████████████████████

5    ██████████████████████████████████████████████████████

6    This is something that has not only happened in the past but

7    it is ongoing.

8              THE COURT:  All right.  Mr. Alper, in comparing

9    the contractual language here versus *Moretti*, as KPN emphasizes,

10   in *Moretti*, the language talked about very broadly kind of

11   an access to all documents related to the business.  It

12   seems here the scope of what KPN has a right to look at is

13   narrower.  Do you dispute that?  And, if so, how?

14             MR. ALPER:  So my answer to that is, yes, on a

15   couple of different levels.

16             So if we're just focusing on the ███████████

17   ████████████████████████████████████████████

18   ████████████████████████████          We think that that is

19   very broad, although you could potentially argue that that

20   is intended to be for purposes of analyzing financial data.

21   The case law, including the cases that I think you discussed

22   in the *Moretti* decision tend to not care so much about the

23   ultimate purpose, it is really just the underlying rights.

24             And there really isn't any restriction on ██████

25   ████████████████████████████████████████████████████

1 ███████████████████████████████████████

2 ████████████████████████ And, of course, if you have an

3 auditor who is looking at, he is performing a licensing

4 audit, he may need to see correspondence and internal

5 communications and so forth about what Sisvel was attempting

6 to do in order to prepare a valid report.  There isn't any

7 restriction on what that means.

8            Secondly, the fact there is a requirement in

9 this ██████████████████████████████████

10 ███████████████████████████████████████████

11 ███████████████████████████████

12 ███████████████████████████████████████

13 ████████████████████████████████████

14 ███████████████████████████████████████████

15 █████████████████████████████████

16 ███████████████████████████████████████

17 ███████████████████████████ And that's a

18 quote from the provision.

19            Then, lastly, I think, you know, I know this

20 isn't directly responsive to your question, which I think

21 was directed to this specific provision, but there are many

22 other provisions, many other rights that would cover the

23 ability for KPN to demand and require that Sisvel provide

24 the documents including, like I said, ██████████████

25 ████████████████████████████████████

1   ███████████████████████████████   And certainly if KPN said,

2   hey, I need you to provide me this material as part of this

3   overall licensing effort, then that would seem to be a

4   violation of that provision if Sisvel refuses to cooperate

5   with that request.

6              THE COURT:  All right.

7              MR. ALPER:  And then, of course, in the ...

8              THE COURT:  I was just going to ask you one more

9   question, and then we'll hear from KPN.

10             It does appear, analyzing the agreement between

11  KPN and Sisvel, that Sisvel has a great deal of independence

12  in licensing and maybe even assertion of the patents.  That

13  is, it appears that KPN has given up some meaningful rights

14  that it would otherwise have with respect to the patents and

15  maybe, therefore, some rights that it would otherwise you

16  might think have with respect to Sisvel.  Why should I not

17  see it that way?

18             MR. ALPER:  Yes.  So, Your Honor, maybe I'll

19  contrast this relationship with kind of a common principal

20  agency relationship, it might be a little different.  So

21  you have insurance agencies, and they're out there, and

22  they're waiting for customers to come in the door, and

23  they'll place insurance depending on what the customer's

24  needs are, and they may not be coordinating really at all

25  with the insurance company in that context.

1           This is a very different situation.  It is very

2    different by the terms of the agreement, and it is certainly

3    how the parties have acted since they have entered into these

4    agreements where they're actually coordinating.  They're

5    having regular meetings from the outset to decide how the

6    licensing program is going to be administered, what licensing

7    targets to go after, how important, particularly how the

8    patents are going to be enforced.  If you look at that Exhibit

9    C to our supplemental brief, you will see

10

11

12

13

14

15

16

17                     It really isn't a situation where Sisvel can

18   go off and do things on its own; and, in fact, they haven't

19   done that in practice.

20           THE COURT:  All right.  Thank you very much.

21           Let me hear now from KPN, please.

22           MR. VANCE:  This is Hunter Vance for KPN.  I'd

23   like to start by just clarifying a few points in the record.

24           One, Sierra told the Court that Sisvel is a

25   coparty in either this case or the five patent case.  He

1   said both.  That is simply not accurate.

2            In this case, KPN is the only party.  In the

3   five patent cases, KPN is a party along with 3G Licensing

4   which is an entirely separate entity from Sisvel U.K. or

5   Sisvel International or Sisvel U.S., The entities that

6   Sierra requested KPN to request documents from.

7            Second, on the █████████████████████

8   ████████████████████████████████████████████████████████

9   ████████████████████████

10           And, finally, on the Hague letter request,

11  Sierra said that KPN had obstructed its ability to file

12  these requests.  That is simply not true.  Sierra filed

13  requests earlier this year, and KPN did not object to those

14  requests.  When Sierra recently asked KPN again whether it

15  could file amended requests because the foreign government

16  had rejected Sierra's request, KPN said it was willing to,

17  provided that Sierra would include a few clarifications,

18  including to tell this Court that the foreign government

19  rejected the request.  It was Sierra who refused to include

20  this additional clarifying information for the Court.  As

21  the Court has seen from out the response to the Court's

22  motion, that information is accurate and helpful to the Court.

23           THE COURT:  All right.  Mr. Vance, before you

24  move on, I was curious about this ███████████████████████

25  Should I understand your response to what I was told by

1    Mr. Alper to be that basically everything he told me is not

2    true and is not supported by the testimony recently of the

3    witness or are you fine tuning what it is he told me?

4               MR. VANCE:  Sure.  I will clarify, Your Honor.

5               During Koenraad Wuyts' testimony last week

6    during a deposition, Sierra asked whether KPN had ever

7    provided any notification to Sisvel?

1

2          THE COURT:  All right.  So you can confirm

3     that KPN, for whatever reason,

4

5          MR. VANCE:  Yes, Your Honor.

6

7          THE COURT:  Right.  And did KPN request

8

9

10         MR. VANCE:  I don't know the answer to that

11    question.  I don't believe that -- I don't believe it was

12    discussed in the deposition.

13         THE COURT:  Does KPN believe that

14

15

16         MR. VANCE:

17

18

19

20         THE COURT:  Okay.  You can go on to your other

21    points.

22         MR. VANCE:  All right.  So I'll run through

23    really three big points that will track our letter.

24         First, KPN has already complied with discovery

25    obligations and has produced Sisvel-related documents that

1    are in its possession and control.

2            Second, the remaining documents that Sierra is

3    seeking, KPN does not have, and does not have the ability to

4    obtain, those documents.  And,

5            Third, Sisvel is the proper party for Sierra's

6    request.  Although Sisvel U.S. has already produced

7    documents to Sierra and put a 30(b)(6) witness up for more

8    than nine hours of testimony, Sisvel has also said that it

9    is willing to do more, provided that Sierra agreed to work

10   with it and agreed to certain conditions.  But instead of

11   working directly with Sisvel, Sierra filed this discovery

12   dispute in an end around to move on KPN.

13           Starting with the first point.  KPN has already

14   produced Sisvel-related documents that are in its possession

15   or control.

16           Euro first seeks KPN's communications with

17   Sisvel.  As we explained in our letter, we frankly don't

18   understand this request.  KPN has produced nearly 400,000

19   pages of documents in this case, including communications

20   between Sisvel and KPN.

21           KPN has also conducted two ESI searches, the

22   first in 2018 in accord with this Court's default ESI order.

23           Sisvel Euro then asked KPN to conduct a second

24   search months after the close of substantial completion

25   deadline.

1              KPN agreed to run those additional search terms.

2     Sierra also specifically confirmed that running those search

3     terms would conclude its request.   KPN fully complied with

4     the terms of that agreement and produced nonresponsive hits.

5              On the second point, KPN does not have, and

6     does not have the ability to obtain, the remaining Sisvel

7     documents in discovery that Sierra seeks.   Sierra specifically

8     asked KPN to produce Sisvel's internal communication, Sisvel

9     communications with third parties, and to somehow compel

10    David Muus, a Sisvel U.K. employee, to provide deposition

11    testimony.

12              KPN does not have the right to obtain and

13    produce any of this discovery.

14              Sierra's entire argument depends on its

15    contention that KPN somehow has control over Sisvel's

16    internal documents and its employee; but under the Third

17    Circuit standard for control under the *Mercy* decision, the

18    test is whether the parties have legal right to obtain the

19    requested documents on demand.   KPN has repeatedly explained

20    to Sierra that it has no such right.

21              Sisvel has similarly told Sierra KPN has no

22    legal right to demand the documents that Sierra seeks.   And

23    unlike in the *Moretti* case, Sierra has further told Sierra

24    that it will not provide KPN with any of the documents that

25    Sierra is seeking.

1          And why?  Because KPN's agreements with Sisvel

2     do not give KPN any rights to obtain the internal documents

3     it demands.

4          To the contrary, the agreements not only say

5     expressly ████████████████████████ but they also show

6     that KPN has no legal right to these documents.

7          This Court's *Moretti* case is instructive because

8     it shows what kind of contract language could create such

9     access rights.  And as Your Honor pointed just a moment ago,

10    the language there is far broader than the language Sierra

11    points to in its KPN contract.  As this Court has described,

12    the specific language of the contract is critical in

13    determining control.

14         When you look at the *Moretti* contract, Euro

15    largely ignores the most probative language, the broadest

16    language.  The Hertz contract had provided Hertz access to,

17    quote, "any other information required by Hertz with respect

18    to the licensee's renting business."  And the Dollar Thrifty

19    contract gave Dollar Thrifty the right to get books and

20    records that, quote, "relate in any way to the licensed

21    business."

22         Here, I simply can not point to any language

23    like that in KPN's contract.  Instead, it points to other

24    irrelevant provisions at least for the purpose of the

25    Sierra's request.  I'll run through each of those provisions

1    and discuss some of them.

2         I'll start with some language about ███████

3    ████████████████████████████████████████████

4    ████████████████████████████████████████

5    ███████████████████████████████████████

6    ███████████████████████████████████████████████

7    ██████████████████████████████████████████

8    ███████████████████████████████████████████

9    █████████████████████████████████████

10        Second, and more critically, ████████████████

11   ████████████████████████████████████████████

12   ██████████████████████████████████████

13       ████████████████████████████████████████████

14   █████████████████████████████████████████████████

15   ████████████████████████████████████████████

16   ███████████████████████████████████████████████

17   ██████████████████████████████████████████

18   ███████████████████████████████████████████

19   ████████████████████████████████████████████

20   ████████████████████████████████████████████████

21   ██████████

22        ████████████████████████████████████████████

23   ███████████████████████████████████████

24   ██████████████████████████████████████████

25   ███████████████████████

1    ████████████████████████████████████████

2    ████████████████████████████████████████

3    ████████████████████████████████████████

4    ████████████████████████████████████████

5    ████████████████████████████████████████

6    ████████████████████████████████████████

7    ████████████

8    ████████████████████████████████

9    ████████████████████████████████████

10   ████████████████████████████████████████

11   ████████████████████████████████

12   ████████████████████████████████

13   ████████████████████████████████████████

14   ████████████████████████████████████

15   ████████████████████████████████████

16   ████████████████████████████████████████

17   ██████████████

18          I'll turn next to the ████████████████ that

19   Sierra discusses. ████████████████████████

20          I'll note for the Court that Sierra made a

21   significant deal in saying that the ████████████

22   ████████████████████████████████████████

23   ████████████████████████████████████████

24   ████████████████████████████████████████

25   ████████████

1          But even so, this provision simply says

2    nothing about providing KPN with access to Sisvel's internal

3    documents.

4          Sierra says the cooperation is so broad, it

5    should be read to allow KPN to demand essentially anything

6    relating to licensing.  It reads in the language from the

7    *Hertz* and *Dollar Thrifty* case.

8          But that construction violates first principles

9    of contract interpretation.  If the ████████████████████

10   would permit KPN to demand anything, then the sections on

11   ████████████████████████████████████████

12   ████████████████████████████████████████

13   ██████████████████████████████████ all of

14   that would simply be a nullity, but simply the ██████████

15   ██████████ goes nowhere nearly as broad as Sierra asks it to.

16          THE COURT:  All right.  Mr. Vance, let me

17   interrupt you because I do have some questions.

18          So, in your view, what does the ████████████

19   ██████████ require Sisvel to do? ████████████████████████

20   ██████████████████████████████████████

21   ██████████

22          MR. VANCE:  ████████████████████████████

23   ████████████████████████████████████████████

24   ████████████████████████████████████████████

25   ████████████████████████████████████████

1 ██████████████████████████████████████████

2 ████████████████████████████████████████████

3 ███████████████████

4          THE COURT:  Okay.  What does it give KPN the

5 right to -- ████████████████████████████████

6 ████████████████████████████████████████████

7 ██████████████████████████████████ what did

8 KPN get for that?  What does that mean?

9          MR. VANCE:  Sure.  I can explain, Your Honor.

10 For example, if Sisvel had asked KPN to join a call for one

11 of the patent owners, that is the kind of cooperation that

12 this pool and licensing agreement contemplates.

13          Asking for assistance in documentation on the

14 status of the patent, on filings of the patent with various

15 countries Patent Offices, things of that nature, it is not a

16 freestanding right to demand any documents related to the

17 patenting or to licensing or really to anything.

18          THE COURT:  It says that ██████████████

19 ████████████████████████████████████████████

20 ████████████████████████████████████

21 ███████████████████████████████████████████████

22 ████████████████████████████████████████████████

23 █████████████████████████████

24          MR. VANCE:  Yes, Your Honor.  You should look at

25 the language of the clause, as you say.  █████████████████

1
2
3
4
5
6
7

8    As I noted, Your Honor, if this were so broad as

9    to say that KPN can demand unbridled cooperation really of

10   any sort, enumerated, unenumerated, conflicting with other

11   documents or not, then it would really be in conflict with

12   the remainder of the agreement.

13   As the Court described, you read the agreements,

14   Sisvel has really substantial independence throughout the

15   agreement on many of the points.  There are rights that KPN

16   granted to Sisvel.  There are many rights that KPN retains,

17   and there are many things that KPN simply cannot direct or

18   request or control and Sisvel purchased in autonomy by

19   buying these license rights or getting into this arrangement

20   with KPN.

21   THE COURT:  But the --

22   MR. VANCE:  I don't --

23   THE COURT:  Hold on.  Hold on.

24
25

1

2          MR. VANCE:

3

4

5

6

7

8

9

10

11

12          THE COURT:  Okay.  Tell me why, even if you are

13  right about the language, why shouldn't this be troubling to

14  the Court?  You have a patent owner hiring another entity to

15  help it enforce and license its patent.  Those two parties

16  now have financial interests in asserting the patent.  What

17  is to stop them from carefully crafting these contractual

18  arrangements in a way that when litigation in U.S. courts,

19  subject to U.S. discovery rules, is entirely foreseeable

20  could be really handicapped as a result?

21          MR. VANCE:  I think that is simply not this

22  case, Your Honor.  I mean in this case, Sierra is one who

23  has pulled Sisvel into this case.  It is their counterclaim

24  alleging conduct of Sisvel that has made Sisvel relevant,

25  and it is Sierra who wants the information.

1    I'll further note a few points of the facts,

2    Your Honor.  As we noted in our letter, Sierra's opening

3    letter spends a great deal of time describing some alleged

4    direction and coordination from KPN regarding Sisvel's

5    communication and negotiations with Sierra.  We put no

6    response.  Sierra cites absolutely no evidence for that

7    point.  It is simply allegation.

8    To the contrary, Sisvel has provided deposition

9    testimony, and KPN has provided deposition testimony. ███

10   ███████████████████████████████████████████████████████

11   ███████████████████████████   This is not a case where as Sierra

12   described in this letter, KPN is trying to have its cake

13   and eat it, too.  This is a simple matter where KPN entered a

14   licensing agreement with Sisvel who runs a patent pool.  Many

15   other patent owners also entered the patent pool with Sisvel.

16   Under the terms of that arrangement, KPN retained its patent

17   and can license them bilaterally.  Anyone is free to obtain or

18   request a bilateral license from KPN.  In parallel, there is

19   a pool which holds a limited licensing and sublicensing right

20   to KPN's patents and the patents of other patent owners in the

21   pool.

22   What happened here is KPN had certain negotiations

23   with Sierra.  Totally separately, Sisvel, who has a right to

24   sell licenses of KPN patents along with other patents, had

25   certain discussions with Sierra.  Sierra's counterclaim tries

1    to merge those together and impute some alleged wrongdoing by

2    Sisvel onto KPN; and the facts simply don't support that, Your

3    Honor.  This is not a circumstance where a patent owner is

4    trying to evade any obligations or any discovery obligation.

5              THE COURT:  All right.  Let's put aside for

6    the moment the Sierra situation.  What are KPN's rights if

7    Sisvel did try to license your patent to someone and then

8    that someone turns around and is infringing the patent?  Are

9    you telling me that KPN has no right whatsoever to access

10   the communications between Sisvel and that, in my example,

11   infringer of KPN's patent?

12             MR. VANCE:  Your Honor, I do not see any right

13   in this agreement for that.  And I will note that Sierra has

14   brought up alleged communications between Sisvel and some

15   of Sierra's customers.  They say this is evidence of their

16   claims.

17             KPN does not have access to those agreements --

18   or to those communications.  KPN had to serve subpoenas on

19   to Sierra customers to get those documents because KPN has

20   no right to demand them from Sisvel.

21             THE COURT:  All right.  And besides demand,

22   are you here to say that your client accepts that it

23   signed a contract under which it just, it can't get these

24   communications from Sisvel?  That is, even if it wants it,

25   even if it's in its financial interest to get them, they

1    just can't get this stuff from Sisvel?

2              MR. VANCE:  To be precise, Your Honor, there is

3    nothing in the contract that gives KPN a generalized legal

4    right to obtain the documents that KPN might want.  What KPN

5    can do, if it wants to go beyond the rights afforded in the

6    contract, is serve formal discovery.  And that is exactly

7    what KPN has done in this case.  KPN is not trying to evade

8    discovery obligations.  KPN served a subpoena on Sisvel U.S.

9    to obtain those documents that KPN has no right to under

10   the agreement.

11             THE COURT:  Does KPN oppose adding Sisvel U.S.

12   and Sisvel U.K. and maybe other Sisvel entities to this case?

13             MR. VANCE:  Yes, KPN would oppose that, Your

14   Honor.  We are in the last week or so of fact discovery.

15   Sierra first involved Sisvel through its counterclaims over

16   a year and-a-half ago, and it's really a prejudice to KPN,

17   at the very eve of fact discovery closing, to say that now

18   we're going to add an entirely new party.

19             THE COURT:  All right.  Talk to me about another

20   concern I have.  As you mentioned earlier in your remarks,

21   you say we can't produce Sisvel documents that we don't

22   have.  We did produce 4,000 or whatever it was documents

23   because we have them from Sisvel, I assume.

24             Doesn't that also create a vulnerability that

25   I should be concerned with that Sisvel, in your analysis,

1    basically can decide what comes into my case in discovery

2    by simply choosing what to give the patentee?  And Sisvel

3    has a financial interest, I would think, in how this case

4    comes out.  Shouldn't I be concerned about all that?

5              MR. VANCE:  No, Your Honor.  Let me clarify

6    something.

7              When we said that we have produced documents

8    related to Sisvel, let me be clear, the documents that we

9    have requested are those that KPN has a legal right to

10   obtain under the agreement, and those that they have

11   obtained.  That is the category we are talking about.  We

12   are talking at length about these ████████████████████

13   ████████████████████████████████████████████

14   ███████████████████████████████████████

15   ████████████████████

16        Not so.  ██████████████████████████████

17   █████████████████████████████████

18   ████████████████████████████████████

19   ██████████████████████████████████

20   ████████████████████████████████████████████

21   What KPN has in its possession, custody, and control, what

22   it has a legal right to obtain under this agreement, under

23   the authority obtained, is what KPN has produced.

24             The next step, the one that Sierra wants, is the

25   document that KPN just doesn't a right to obtain.  Those are

 1    documents we cannot give Sierra.

 2              THE COURT:  Right.  But that is my question,

 3    that is my point, that is my concern is now Sisvel, on your

 4    telling, is entirely in charge of what record gets made

 5    with respect to issues that may be highly relevant to this

 6    litigation.  So you may be right KPN has no right to it, and

 7    you only can give what you have, but why shouldn't that

 8    create a concern under the circumstances here that that just

 9    allows Sisvel to decide what we all get to learn?

10              MR. VANCE:  I would point out to Your Honor that

11    Sisvel has indeed produced documents and provided a witness

12    for nine hours of testimony.  So this is not a case where

13    Sisvel is simply picking and choosing.  It was Sierra who

14    asked for a deposition of Sisvel U.S.  Sisvel does not

15    simply say let's give that document.  Let's now give that

16    one.  Sisvel sat and answered nine hours of Sierra's

17    questioning on the topics that Sierra noticed.  So Sisvel

18    has responded.

19              Ms. Duffy I understand is on the line.  We

20    notified Sisvel of Sierra's request, and she had asked if

21    Sisvel also have an opportunity to speak.  I don't know if

22    the Court wants to hear from her at this moment or another.

23    But this is certainly something I would think that Sisvel

24    may have something to say about as well.

25              THE COURT:  Right.  I will need to think about

1    that for a moment, because we also are about to run out of

2    time, and I'm not done with asking you questions.

3              I appreciate that Ms. Duffy is here.

4              So, Mr. Vance, what Mr. Alper also told me is

5    that Sisvel needs KPN's consent to enforce the patent.  Is

6    that correct?

7              MR. VANCE:  It really depends on the

8    circumstances, Your Honor.

9

10

11

12

13              THE COURT:  All right.

14              MR. VANCE:  And that really goes back to the

15   point, Your Honor, that these are two separate and parallel

16   legal rights and licenses.  KPN has the '662 patent.  It

17   granted a limited sublicensing right to the patent pool of

18   Sisvel.

19              THE COURT:  All right.  Mr. Vance, is there

20   anything you want to add?

21              MR. VANCE:  No, Your Honor.  Thank you.

22              THE COURT:  All right.  Ms. Duffy, I appreciate

23   that you are there.  I am truly about to run out of time,

24   and my sense is there may well be further proceedings

25   regarding the issues we're talking about, but if you want

1    just a couple of minutes, like two or three minutes, to add

2    something, you may go ahead and do so.

3            MS. DUFFY:  Thank you, Your Honor.  I will be

4    very brief.

5            I think to answer your final question first or

6    statement, whether Sisvel has financial interests in this

7    case, I just want to make it incredibly clear that Sisvel

8    does not have any financial interest in the litigation

9    between KPN and Sierra.

10           Also, to the extent that you have concern that

11   Sisvel gets to decide what comes into this case, I believe

12   that you have the Court's assignment in front of you that

13   Sisvel sent to KPN.  As a third party to this litigation,

14   we have been very -- and tried to be very cooperative to

15   produce the documents that we can, that are reasonably

16   available for us to produce.

17           We have also offered to provide additional

18   documents through various ESI search terms, provided that

19   Sierra would work with us to limit the search terms and to

20   help compensate for Sisvel costs.

21           Sisvel U.S. has also offered to request

22   documents from Sisvel U.K. and Sisvel International provided

23   that those requests are narrowly targeted, and also that

24   Sierra works with Sisvel to again address the cost of any of

25   these requests, and to agree that what we provide will

1   really end this dispute.

2           So from Sisvel U.S.'s perspective, as a third

3   party, we are trying to be very cooperative.  We are trying to

4   provide documents and not really restrict what is happening.

5   We just believe that respecting the corporate relationship

6   and the fact that KPN and Sisvel are not related, ███████

7   ████████████████████████████████████████████████████████████

8   ████████████████████████████   and we made it clear with the patent

9   owners to make sure in situations like this there was clear

10  wording on that.

11          So we do want to address those concerns for the

12  Court.  That we really are not trying to dictate what comes

13  into this case as a third party.  We just like to work

14  through the proper mechanisms.

15          THE COURT:  And to be clear, Ms. Duffy, you

16  represent Sisvel U.S.  You are not here to represent Sisvel

17  U.K. or any other Sisvel entities; correct?

18          MS. DUFFY:  To the extent that the representation

19  of them wouldn't confer any sort of jurisdictional obligation,

20  I do represent them as their attorney.  And so I do work both

21  with Sisvel U.K. and Sisvel International as well as Sisvel

22  U.S.

23          THE COURT:  You don't have to answer any of my

24  questions.  I appreciate what you have already said.  But

25  one of the things I wonder about is what kind of response

```
 1    Sisvel U.K. will give if I order, let's say, KPN, or if you

 2    agreed to ask Sisvel U.K. to produce the materials that are

 3    sought by Sierra, are you able to or willing to give us an

 4    answer to what kind of response we're going to get from

 5    Sisvel U.K.?

 6              MS. DUFFY:  Without going into too much detail,

 7    the requests that have been discussed on the phone are a

 8    little bit different than the requests that we have received

 9    from Sierra directly.  So I would like there to be some

10    conversation about what exactly is being sought.  And then,

11              Second, I think provided that we can engage in

12    reasonable discovery with reasonable search terms, some

13    compensation for any extraneous -- or not extraneous but any

14    burdensome discovery and really limit and focus this to what

15    is absolutely relevant and needed rather than it being a

16    fishing expedition, I can represent that my clients are

17    willing to engage in those conversations.

18              THE COURT:  What, if anything, can you say about

19    whether any of your clients would be willing to be joined as

20    party to this case?

21              MS. DUFFY:  I have not entertained this with my

22    that, Your Honor, but I anticipate their answer would be

23    that they would oppose.

24              THE COURT:  Okay.

25              MS. DUFFY:  But, again, I have not asked them.
```

1          THE COURT:  Fair enough.  I appreciate you being

2     here and sharing that with us.

3          Mr. Alper, you heard a lot.  Go ahead and take a

4     few minutes to respond if you want.

5          MR. ALPER:  Thank you, Your Honor.  I will keep

6     this very brief, Your Honor.

7          There are just a couple of points.  And they

8     really roll up to an overall I think problem that we have

9     with the situation on the KPN and Sisvel side; and that is,

10    there are contractual agreements between them.  There are

11    contractual rights that KPN has in order to further its

12    licensing program, to obtain money for licensing its

13    patents, and for enforcing its patents, on the one hand.

14         But then there are things that counsel raised

15    that they have attempted to do, to avoid obligations in

16    discovery and obligations in the courts of the United

17    States; and there are two specific examples that came up in

18    the course of counsel's discussions here that I wanted to

19    highlight here, being mindful for the long period that Your

20    Honor has already taken for this hearing.

21         The first has to do with the ███████████

22    ████████████████████████████████████████████████████████

23    ██████████████████████████████████████████████████

24    ████████████████████████████████████████████████████████

25    ████████████████████████████████████████████████

1         **I just wanted to comment on that because I think**

2 **it really underscores the problem here.**

3         **So if you look kind of the way the timing of**

4 **this worked out,**

5         **when this litigation was**

6 **commenced by KPN and when our counterclaims were filed and**

7 **was also in effect when, in September of 2017, we issued**

8 **Requests For Production that sought documents relating to**

9 **our counterclaims.**

10

11

12

13

14

15

16

17

18

19         **When you take a step back, there is no evidence**

20 **in the record that Sisvel will no longer cooperate.  In fact,**

21 **we just heard Ms. Duffy say that they will cooperate.  And**

22 **the only possible reason that the parties would have gotten**

23 **together**

24 **is to avoid discovery, and that is very concerning to us.**

25 **And it shouldn't be a reason to support -- it shouldn't be a**

1    reason for them to evade discovery in this case, particularly

2    on the basis of the agreements.  That is point one.

3         The second one is that the discussion that Your

4    Honor was having with counsel on selective production; and

5    we definitely see that that is what is going on.  And we

6    provided an example of that in our supplementary brief.

7         Again, I will go to Exhibit C to our supplemental

8    letter brief.  ████████████████████████████████

9    ███████████████████████████████  It is only an example

10   of those documents.  And that is a document that was produced

11   by KPN from KPN's file.  You know that because, we know it

12   because they produced it to us, but it's also, if you look at

13   the Bates numbering, it's a KPN Bates number, so you can see

14   it from the face of the document.

15        So what that means is that KPN has some Sisvel

16   documents in its file that it is producing but is refusing

17   to collect and produce others; and that is another kind of

18   overarching problem that we have with the arrangements that

19   they have.

20        Then, finally, very briefly, Your Honor.  In

21   terms of the discovery, I think this point was very

22   apparent.  But the discovery, when KPN is talking about

23   collecting discovery from Sisvel, of course, documents from

24   Sisvel U.S., I think there is a clear distinction that we're

25   now making between the U.S. entity and the foreign entities,

1    and it is really the foreign entities that we're talking

2    about here.  But I think that was clear thus far.

3                    THE COURT:  All right.  A few more questions for

4    you, Mr. Alper.

5                    First, we did reference I think earlier I have

6    the newest request for the letters in front of me.  I'm

7    sure you have seen KPN's response, and they propose some

8    revisions.

9                    What is Sierra's position at this point?  Do you

10   want me to sign what you proposed or are you agreeable to

11   the revisions or some third option?

12                   MR. ALPER:  Yes, Your Honor.  I think the

13   specific revisions to the requests that KPN proposes are

14   okay.  The colloquy that accompanied them we don't think is

15   appropriate.  But in terms of the scope of the provisions,

16   or the specific scope of what they were proposing, if there

17   were any -- actually, I'm not sure.  If there were any

18   edits that they had to the actual requests themselves, the

19   discovery requests, those probably aren't a problem.  It's

20   the colloquy that we were having a problem with, and that is

21   what caused the parties to put in briefs separately.

22                   THE COURT:  Okay.  And respond to this argument

23   that if you are right about █████████████████████

24   it sort of makes much, if not all, of the remaining

25   contractual provisions superfluous, including the ██████

1    ████████████████████████████████████

2              MR. ALPER:  Yes.  So the answer is from the

3    perspective of this motion to compel, we agree with that.

4    The ████████████████████████ would be sufficient for Your Honor

5    to rely on to order KPN to collect the materials from the

6    various Sisvel entities.

7              From a KPN versus Sisvel perspective and their

8    relationship, the other provisions have meaning.  So I don't

9    think we're reading the cooperation provision so broadly

10   as to nullify the other provisions, ██████████████████████

11   ████████████████████████████████████████ all of those

12   are separate requirements, separate purposes vis-à-vis

13   the relationship between Sisvel and KPN.  But from the

14   perspective of ordering KPN to obtain the documents, you

15   could exclusively rely on the cooperation provision.

16             THE COURT:  All right.  I was told that in fact

17   Sisvel is not a party in the other case.  It's a different

18   entities than the 3G Licensing entity.  Do you dispute that?

19             MR. ALPER:  That is a Sisvel entity.  It has a

20   slightly different name.  It has 3G in it.  There is a --

21   they have a number of different related affiliate entities.

22   One is called Sisvel International, SA, another is Sisvel,

23   U.K.  There is the 3G entity, among others.

24             THE COURT:  All right.  Thank you.  So we're

25   significantly over the time that I had allotted for the

```
 1    call, but it's been very helpful to hear from all three of

 2    you, but not helpful in a way that --

 3                  MR. ALPER:  Your Honor?

 4                  THE COURT:  Yes.

 5                  MR. ALBER:  I'm sorry.  This is Adam Alper, one

 6    more time just to complete the answer.  This probably is

 7    helpful.

 8                  Sisvel International, SA is the parent of, and

 9    that is the one in Luxemburg.

10                  THE COURT:  I'm sorry.  Say it again.  You got

11    cut off.  Is the parent of?

12                  MR. ALPER:  They're the parent of all the Sisvel

13    entities.  So they're the parent to 3G, they're the parent

14    to U.K. and the others.

15                  THE COURT:  Got you.  Okay.

16                  MR. ALPER:  Just to give you a little bit more.

17                  THE COURT:  Okay.  Thank you.

18                  So thank you again for the help.  Unfortunately,

19    it leaves me in a position where I'm not able to make a

20    decision just at the moment on the request to compel the

21    discovery from KPN.  It's possible I'll need some further

22    assistance from you all.  If so, I will let you know.

23                  But in the meantime, I do want to sign a new

24    request for the letters rogatory, so I do direct that

25    Sierra, as soon as you can, review your current request in
```

1    light of this short brief that we recently got from KPN and

2    submit to me what it is that you want me to sign and I

3    expect that I will sign that.

4              But in the meantime, I'll be figuring out if I'm

5    in a position in the near future to decide the dispute that

6    was argued today and, if not, what further I need from you

7    all.

8              Thank you all very much for your time.  Good-bye.

9

10            (Telephone conferences ends at 3:44 p.m.)

11

12        I hereby certify the foregoing is a true and accurate
     transcript from my stenographic notes in the proceeding.

13

14                        /s/ Brian P. Gaffigan
                        Official Court Reporter
15                        U.S. District Court

16

17

18

19

20

21

22

23

24

25

**'**

**'662** [1] - 38:16

**/**

**/s** [1] - 48:14

**1**

**12** [2] - 8:11,

**17-90-LPS** [2] - 1:7, 3:16

**2**

**2012** [19] - 5:3, 5:12, 6:11, 7:24, 8:24, 9:1, 9:10, 10:10, 11:18, 18:25, 27:5, 28:1, 28:19, 28:22, 29:20, 29:22, 42:23, 42:25, 43:4
**2017** [14] - 8:12, 9:13, 9:19, 17:2, 17:4, 17:5, 27:4, 27:13, 27:16, 27:22, 42:25, 43:7, 43:10, 43:11
**2018** [2] - 1:9, 24:22

**24** [1] - 1:9
**2:32** [1] - 2:25

**3**

**3:44** [1] - 48:10
**3G** [5] - 21:3, 46:18, 46:20, 46:23, 47:13

**4**

4
**4,000** [1] - 35:22

**400,000** [1] - 24:18

**A**

**ability** [8] - 4:6, 4:12, 10:4, 18:23, 20:15, 21:11, 24:3, 25:6
**able** [5] - 12:22, 13:21, 15:21, 41:3, 47:19
**absolutely** [3] - 16:2, 33:6, 41:15
**accept** [1] - 22:14
**accepted** [1] - 28:24
**accepts** [1] - 34:22
**access** [8] - 9:21, 17:11, 18:12, 26:9, 26:16, 29:2, 34:9, 34:17
**accessing** [1] - 9:2
**accompanied** [1] - 45:14
**accord** [1] - 24:22
**Accountant** [1] - 27:12
**accounting** [1] - 18:1
**accuracy** [1] - 27:7
**accurate** [3] - 21:1, 21:22, 48:12
**act** [1] - 10:13
**acted** [3] - 5:24, 12:23, 20:3
**acting** [1] - 11:14
**Action** [1] - 3:16
**ACTION** [1] - 1:4
**action** [2] - 6:7, 38:11

**actions** [2] - 16:17, 16:18
**active** [1] - 28:25
**activities** [6] - 5:20, 8:4, 10:11, 16:6, 16:7, 16:11
**actual** [1] - 45:18
**Adam** [3] - 3:11, 3:20, 47:5
**ADAM** [1] - 2:5
**add** [3] - 35:18, 38:20, 39:1
**added** [1] - 14:6
**adding** [2] - 15:6, 35:11
**addition** [1] - 4:20
**additional** [7] - 13:3, 14:17, 17:1, 21:20, 25:1, 38:11, 39:17
**address** [4] - 3:22, 4:8, 39:24, 40:11
**addressed** [1] - 4:9
**administered** [1] - 20:6
**admit** [1] - 29:23
**affiliate** [1] - 46:21
**afforded** [1] - 35:5
**afternoon** [2] - 3:1, 3:3
**agencies** [1] - 19:21
**agency** [3] - 19:20, 40:7, 40:8
**agent** [2] - 4:16, 26:5
**ago** [2] - 26:9, 35:16
**agree** [3] - 14:21, 39:25, 46:3
**agreeable** [1] - 45:10
**agreed** [4] - 24:9, 24:10, 25:1, 41:2
**agreeing** [1] - 13:19
**agreement** [68] - 5:3, 5:8, 5:9, 5:12, 6:11, 7:3, 7:20, 7:24, 8:11, 8:12, 8:15, 8:25, 9:7, 9:10, 9:13, 9:16, 9:19, 10:10, 10:20, 11:1, 11:18, 12:24, 13:7, 18:25, 19:10, 20:2, 20:12, 25:4, 27:4, 27:5, 27:7, 27:8, 27:11, 27:13, 27:16, 27:22, 28:1, 28:7, 28:19, 28:22, 29:20, 29:22, 29:25, 30:2, 30:6, 30:12, 30:20, 30:22, 31:5, 31:12, 31:15, 31:24, 32:4, 32:6, 33:14, 34:13, 35:10, 36:10, 36:22, 42:23, 42:25, 43:1, 43:4, 43:11,

43:13, 43:15
**agreements** [13] - 4:2, 4:14, 4:21, 20:4, 26:1, 26:4, 27:6, 31:5, 31:13, 34:17, 40:7, 42:10, 44:2
**agrees** [2] - 5:5, 30:25
**ahead** [2] - 39:2, 42:3
**al** [1] - 3:16
**ALBER** [1] - 47:5
**allegation** [1] - 33:7
**allegations** [1] - 14:24
**alleged** [3] - 33:3, 34:1, 34:14
**alleging** [1] - 32:24
**allotted** [1] - 46:25
**allow** [3] - 15:15, 15:19, 29:5
**allowed** [1] - 13:23
**allows** [1] - 37:9
**ALPER** [16] - 2:5, 3:20, 13:16, 14:7, 15:9, 15:24, 17:14, 19:7, 19:18, 42:5, 45:12, 46:2, 46:19, 47:3, 47:12, 47:16
**Alper** [11] - 3:11, 3:21, 13:10, 15:20, 17:8, 22:1, 38:4, 42:3, 44:5, 47:5
**ALSO** [1] - 2:13
**amended** [1] - 21:15
**AMERICA** [1] - 1:6
**America** [1] - 2:11
**amount** [3] - 5:14, 11:12, 20:10
**analysis** [2] - 18:10, 35:25
**analyzing** [2] - 17:20, 19:10
**AND** [1] - 1:2
**and-a-half** [1] - 35:16
**Andre** [1] - 3:4
**ANDRES** [1] - 1:18
**Angeles** [1] - 2:9
**ANN** [1] - 2:15
**Ann** [1] - 3:6
**answer** [18] - 12:14, 13:16, 14:7, 14:17, 14:20, 15:24, 16:1, 16:2, 17:14, 22:16, 23:10, 27:24, 39:5, 40:23, 41:4, 41:22, 46:2, 47:6
**Answer** [1] - 22:20
**answered** [1] - 37:16
**anticipate** [1] - 41:22
**anticipated** [1] - 7:19
**apologize** [1] - 14:16
**apparent** [1] - 44:22
**appear** [1] - 19:10

**APPEARANCES** [2] - 1:13, 2:1
**Appearing** [1] - 2:16
**appreciate** [4] - 38:3, 38:22, 40:24, 42:1
**appropriate** [1] - 45:15
**argue** [1] - 17:19
**argued** [1] - 48:6
**argument** [3] - 13:3, 25:14, 45:22
**arguments** [2] - 4:9, 12:1
**arrangement** [2] - 31:19, 33:16
**arrangements** [2] - 32:18, 44:18
**ARSHT** [1] - 2:2
**Article** [3] - 5:13, 10:20, 20:13
**aside** [3] - 9:15, 12:12, 34:5
**asserted** [1] - 4:17
**asserting** [1] - 32:16
**assertion** [1] - 19:12
**assignment** [1] - 39:12
**assist** [2] - 9:3, 14:25
**assistance** [3] - 8:6, 30:13, 47:22
**assume** [1] - 35:23
**attached** [2] - 15:25, 16:25
**attempted** [1] - 42:15
**attempting** [1] - 18:5
**attorney** [3] - 13:1, 13:3, 40:20
**audit** [12] - 9:4, 9:5, 17:16, 18:4, 27:14, 28:4, 28:13, 28:21, 29:11, 29:12, 29:13, 46:1
**auditor** [12] - 8:13, 8:14, 8:19, 8:21, 9:20, 18:3, 18:9, 18:13, 18:14, 27:11, 27:18, 27:23
**audits** [1] - 27:10
**authority** [1] - 36:23
**autonomy** [1] - 31:18
**available** [2] - 15:1, 39:16
**avenue** [2] - 10:2, 14:25
**avoid** [2] - 42:15, 43:24
**aware** [4] - 7:25, 22:18, 22:24, 23:5



## B

backbone [1] - 4:21
backdrop [1] - 6:20
background [1] - 4:11
based [2] - 7:10, 9:23
basis [2] - 16:24, 44:2
Bates [3] - 16:13,
44:13
bearing [1] - 13:7
BEFORE [1] - 1:12
beginning [2] - 2:25,
11:2
behalf [3] - 2:16, 3:9,
4:15
bet [1] - 10:13
between [21] - 4:22,
5:14, 8:25, 10:23,
12:9, 12:11, 19:10,
24:20, 27:4, 27:5,
28:13, 32:5, 33:11,
34:10, 34:14, 39:9,
42:10, 44:9, 44:25,
46:13
beyond [2] - 6:16,
35:5
big [1] - 23:23
bilateral [1] - 33:18
bilaterally [1] - 33:17
bit [5] - 4:11, 7:19,
41:8, 42:22, 47:16
Blank [2] - 43:16,
43:18
books [8] - 8:3, 17:18,
17:25, 18:1, 18:2,
18:16, 26:19, 27:3
bought [1] - 30:22
bracketed [1] - 43:15
breach [1] - 10:18
Brian [3] - 1:25, 3:4,
48:14
brief [14] - 5:4, 5:13,
6:12, 8:1, 8:12, 13:2,
16:4, 20:9, 39:4,
42:6, 43:14, 44:6,
44:8, 48:1
briefing [5] - 3:24, 6:9,
7:13, 7:25, 15:25
briefly [2] - 4:8, 44:20
briefs [4] - 7:17,
10:22, 11:3, 45:21
bring [2] - 32:3, 32:8
bringing [1] - 14:21
brings [1] - 12:15
broad [4] - 17:19,
29:4, 29:15, 31:8
broader [6] - 8:4,
10:12, 12:15, 14:18,
16:17, 26:10
broadest [1] - 26:15

broadly [3] - 17:10,
32:11, 46:9
brought [1] - 34:14
brush [1] - 27:17
bunch [1] - 16:21
burdensome [1] -
41:14
business [3] - 17:11,
26:18, 26:21
buy [1] - 32:8
buying [1] - 31:19
BY [6] - 1:15, 1:18,
2:3, 2:5, 2:9, 2:15
bye [1] - 48:8

## C

cabinet [1] - 27:9
cake [1] - 33:12
California [2] - 2:6,
2:9
cannot [3] - 9:21,
31:17, 37:1
care [1] - 17:22
carefully [1] - 32:17
carry [1] - 31:2
case [32] - 3:15, 6:14,
7:22, 8:16, 9:25,
14:2, 17:21, 20:25,
21:2, 21:9, 23:1,
24:19, 25:23, 26:7,
29:7, 31:7, 32:22,
32:23, 33:11, 35:7,
35:12, 36:1, 36:3,
37:12, 39:7, 39:11,
40:13, 41:20, 44:1,
46:17
cases [5] - 6:2, 6:4,
16:15, 17:21, 21:3
category [1] - 36:11
caused [1] - 45:21
certain [3] - 24:10,
33:22, 33:25
certainly [8] - 4:11,
10:4, 10:17, 18:15,
19:1, 20:2, 28:15,
37:23
Certified [1] - 27:12
certify [1] - 48:12
chambers [1] - 2:25
change [1] - 18:15
charge [1] - 37:4
checking [1] - 16:1
CHENG [1] - 2:6
Cheng [1] - 3:11
Chief [1] - 1:12
choosing [2] - 36:2,
37:13
Circuit [1] - 25:17
circumstance [1] -

34:3
circumstances [2] -
37:8, 38:8
Cisco [1] - 22:22
cites [1] - 33:6
Civil [2] - 3:16, 13:24
CIVIL [1] - 1:4
claims [6] - 7:15,
14:22, 22:22, 23:17,
23:19, 34:16
clarifications [1] -
21:17
clarify [1] - 21:8, 22:4,
36:5
clarifying [2] - 20:23,
21:20
clause [1] - 30:25
clear [12] - 8:1, 9:25,
11:25, 27:6, 36:8,
39:7, 40:7, 40:8,
40:9, 40:15, 44:24,
45:2
client [1] - 34:22
clients [2] - 41:16,
41:19
close [1] - 24:24
closely [2] - 6:1, 14:23
closing [2] - 13:20,
35:17
co [1] - 16:16
co-party [1] - 16:16
colleagues [1] - 3:10
collect [6] - 10:2,
12:19, 14:14, 14:15,
44:17, 46:5
collecting [1] - 10:6,
44:23
colloquy [2] - 45:14,
45:20
Columbia [1] - 2:15
coming [1] - 15:10
commenced [2] -
17:5, 43:6
commencement [1] -
9:14
comment [1] - 43:1
commercially [2] -
5:5, 31:1
committee [2] - 36:12,
36:19
common [1] - 19:19
communication [4] -
25:8, 28:12, 28:13,
33:5
communications [9] -
18:5, 24:16, 24:19,
25:9, 31:6, 34:10,
34:14, 34:18, 34:24
companies [1] - 27:14
company [1] - 19:25
comparing [1] - 17:8

compel [4] - 25:9,
28:16, 46:3, 47:20
compensate [1] -
39:20
compensation [1] -
41:13
complete [1] - 47:6
completion [1] - 24:24
complied [2] - 23:24,
25:3
concern [4] - 35:20,
37:3, 37:8, 39:10
concerned [2] - 35:25,
36:4
concerning [1] - 43:24
concerns [1] - 40:11
conclude [1] - 25:3
conditions [1] - 24:10
conduct [4] - 24:23,
27:14, 29:12, 32:24
conducted [2] - 24:21,
27:11
confer [1] - 40:19
conference [1] - 2:25
Conference [1] - 1:10
conferences [1] -
48:10
confirm [2] - 22:13,
23:2
confirmed [2] - 11:7,
25:2
conflict [1] - 31:11
conflicting [1] - 31:10
connection [9] - 3:24,
5:7, 8:3, 8:6, 15:22,
23:8, 23:15, 30:19,
31:2
consent [2] - 20:16,
38:5, 38:9
considering [1] - 14:5
construction [1] -
29:8
contain [1] - 18:1
contains [1] - 28:2
contemplates [2] -
30:12, 31:24
contemplating [1] -
32:5
contends [2] - 9:9,
10:21
content [2] - 28:9,
28:11
contention [1] - 25:15
context [5] - 4:11,
5:25, 12:16, 14:24,
19:25
continued [2] - 2:1
continuing [1] - 6:7
contract [15] - 5:23,
13:4, 20:11, 26:8,
26:11, 26:12, 26:14,

26:16, 26:19, 26:23,
29:9, 34:23, 35:3,
35:6, 36:16
contractual [8] - 6:25,
7:7, 10:5, 17:9,
32:17, 42:10, 42:11,
45:25
contrary [2] - 26:4,
33:8
contrast [1] - 19:19
control [12] - 4:2,
4:25, 9:25, 11:22,
12:6, 24:1, 24:15,
25:15, 25:17, 26:13,
31:18, 36:21
conversation [1] -
41:10
conversations [1] -
41:17
cooperate [12] - 5:6,
5:7, 6:3, 8:5, 10:11,
19:1, 19:4, 30:19,
30:23, 31:1, 43:20,
43:21
cooperation [25] - 5:1,
5:2, 10:7, 10:9,
10:18, 10:23, 18:25,
28:18, 28:23, 29:4,
29:9, 29:14, 29:18,
30:5, 30:11, 31:9,
42:21, 42:24, 43:4,
43:11, 43:15, 45:23,
46:4, 46:9, 46:15
cooperative [2] -
39:14, 40:3
coordinate [3] - 10:25,
15:18, 20:11
coordinating [3] - 6:1,
19:24, 20:4
coordination [8] -
5:14, 10:19, 10:23,
11:4, 20:13, 20:16,
33:4, 46:11
coparty [2] - 6:2,
20:25
corporate [4] - 11:6,
11:17, 12:9, 40:5
correct [4] - 23:4,
27:20, 38:6, 40:17
corrected [2] - 27:20,
27:24
correspondence [1] -
18:4
cost [1] - 39:24
costs [3] - 23:8, 23:14,
39:20
Counsel [1] - 1:22,
2:10
counsel [4] - 16:19,
42:14, 42:23, 44:4
counsel's [1] - 42:18

**counterclaim** [2] - 32:23, 33:25
**counterclaims** [10] - 4:19, 5:11, 6:14, 7:17, 9:15, 23:9, 23:15, 35:15, 43:6, 43:9
**countries** [1] - 30:15
**couple** [7] - 4:8, 11:25, 17:15, 39:1, 42:7
**course** [11] - 5:8, 5:21, 7:1, 11:13, 13:20, 15:18, 16:19, 18:2, 19:7, 42:18, 44:23
**court** [4] - 3:14, 12:18, 13:14
**COURT** [45] - 1:1, 3:1, 3:7, 3:13, 13:10, 14:1, 15:2, 15:20, 17:8, 19:6, 19:8, 20:20, 21:23, 23:2, 23:7, 23:13, 23:20, 29:16, 30:4, 30:18, 31:21, 31:23, 32:12, 34:5, 34:21, 35:11, 35:19, 37:2, 37:25, 38:13, 38:19, 38:22, 40:15, 40:23, 41:18, 41:24, 42:1, 45:3, 45:22, 46:16, 46:24, 47:4, 47:10, 47:15, 47:17
**Court** [18] - 1:25, 6:3, 20:24, 21:8, 21:18, 21:20, 21:21, 21:22, 26:11, 27:16, 28:20, 31:13, 31:25, 32:14, 37:22, 40:12, 48:14, 48:15
**Court's** [5] - 10:1, 21:21, 24:22, 26:7, 39:12
**courts** [2] - 32:18, 42:16
**cover** [1] - 18:22
**coverage** [2] - 23:8, 23:14
**covered** [1] - 23:18
**CPA** [1] - 9:3
**crafting** [1] - 32:17
**create** [3] - 26:8, 35:24, 37:8
**critical** [1] - 26:12
**critically** [1] - 27:10
**crux** [1] - 4:21
**curious** [1] - 21:24
**current** [2] - 15:3, 47:25
**custody** [1] - 36:21
**customer's** [1] - 19:23

**customers** [3] - 19:22, 34:15, 34:19
**cut** [1] - 47:11
**cutoff** [1] - 15:10

## D

**Dallas** [1] - 1:18
**data** [2] - 17:20, 18:1
**date** [2] - 17:4, 43:10
**dated** [1] - 17:1
**dates** [1] - 15:17
**David** [1] - 25:10
**De** [1] - 3:11
**DE** [1] - 2:9
**deadline** [1] - 24:25
**deadlines** [2] - 15:9, 15:11
**deal** [3] - 19:11, 28:21, 33:3
**December** [2] - 9:13, 43:10
**decide** [5] - 20:5, 36:1, 37:9, 39:11, 48:5
**decision** [5] - 9:24, 10:2, 17:22, 25:17, 47:20
**declaration** [1] - 12:25
**default** [1] - 24:22
**defend** [3] - 6:13, 6:19, 11:21
**Defendants** [1] - 1:7
**defense** [5] - 6:11, 11:15, 21:8, 22:25, 23:14
**definitely** [1] - 14:22
**definitively** [1] - 44:5
**DELAWARE** [1] - 1:2
**Delaware** [1] - 1:9
**delete** [2] - 43:23
**deliver** [1] - 36:19
**demand** [12] - 7:11, 18:23, 25:19, 25:22, 29:5, 29:10, 30:2, 30:16, 30:23, 31:9, 34:20, 34:21
**demanded** [1] - 11:19
**demands** [2] - 26:3, 31:6
**deny** [1] - 22:14
**deponent** [1] - 12:9
**deposition** [7] - 22:6, 23:12, 25:10, 28:17, 33:8, 33:9, 37:14
**depositions** [2] - 6:7, 11:17
**described** [5] - 26:11, 27:12, 31:4, 31:13, 33:12
**describes** [1] - 28:9

**describing** [1] - 33:3
**designee** [2] - 11:6, 11:17
**detail** [6] - 9:5, 16:8, 17:1, 28:5, 41:6, 44:9
**determining** [1] - 26:13
**dictate** [1] - 40:12
**difference** [1] - 43:17
**different** [10] - 8:11, 17:15, 19:20, 20:1, 20:2, 41:8, 43:14, 46:17, 46:20, 46:21
**direct** [4] - 14:10, 18:16, 31:17, 47:24
**directed** [2] - 14:10, 18:21
**direction** [1] - 33:4
**directly** [4] - 16:22, 18:20, 24:11, 41:9
**disagree** [1] - 12:8
**disagreed** [1] - 12:21
**disclose** [3] - 8:22, 27:18
**discovery** [36] - 3:18, 6:4, 6:6, 7:12, 7:13, 10:13, 10:14, 13:13, 13:20, 14:18, 15:4, 15:10, 15:15, 15:17, 15:19, 23:24, 24:11, 25:7, 25:13, 32:19, 34:4, 35:6, 35:8, 35:14, 35:17, 36:1, 41:12, 41:14, 42:16, 43:24, 44:1, 44:21, 44:22, 44:23, 45:19, 47:21
**discuss** [3] - 13:5, 22:16, 27:1
**discussed** [3] - 17:21, 23:12, 41:7
**discusses** [3] - 5:13, 28:19, 44:8
**discussion** [2] - 22:18, 44:3
**discussions** [3] - 20:10, 33:25, 42:18
**dispute** [7] - 13:15, 15:7, 17:13, 24:12, 40:1, 46:18, 48:5
**disputes** [1] - 3:18
**disregarded** [1] - 13:8
**distinction** [3] - 12:8, 12:11, 44:24
**DISTRICT** [2] - 1:1, 1:2
**District** [2] - 2:15, 48:15
**document** [6] - 36:25, 37:15, 44:8, 44:10, 44:14, 46:1

**document-related** [1] - 46:1
**documentation** [2] - 30:13, 32:10
**documents** [53] - 6:16, 6:18, 7:1, 7:3, 7:11, 8:14, 9:2, 10:16, 11:8, 12:6, 12:19, 15:21, 17:11, 18:24, 21:6, 23:25, 24:2, 24:4, 24:7, 24:14, 24:19, 25:7, 25:16, 25:19, 25:22, 25:24, 26:2, 26:6, 28:15, 29:3, 30:3, 30:16, 31:11, 34:19, 35:4, 35:9, 35:21, 35:22, 36:7, 36:8, 36:15, 36:20, 37:1, 37:11, 39:15, 39:18, 39:22, 40:4, 43:8, 44:10, 44:16, 44:23, 46:14
**Dollar** [2] - 26:18, 26:19, 29:7
**done** [4] - 12:2, 20:19, 35:7, 38:2
**door** [1] - 19:22
**DUFFY** [6] - 2:15, 39:3, 40:18, 41:6, 41:21, 41:25
**Duffy** [6] - 3:6, 37:19, 38:3, 38:22, 40:15, 43:21
**during** [4] - 22:5, 22:6, 29:20, 29:23

## E

**earliest** [1] - 9:11
**eat** [1] - 33:13
**edits** [1] - 45:18
**effect** [5] - 29:20, 29:23, 29:24, 43:5, 43:7
**effort** [1] - 19:3
**efforts** [2] - 5:6, 31:1
**either** [2] - 20:25, 22:14
**Ellis** [1] - 3:10
**ELLIS** [2] - 2:5, 2:8
**emphasizes** [1] - 17:9
**employee** [2] - 25:10, 25:16
**end** [4] - 15:4, 15:10, 24:12, 40:1
**ended** [2] - 9:10, 9:11
**ends** [2] - 16:14, 48:10
**enforce** [3] - 30:7, 32:15, 38:5
**enforced** [1] - 20:8

**enforcement** [11] - 5:10, 5:15, 16:7, 16:12, 16:13, 20:10, 20:14, 30:21, 31:24, 32:4, 32:5
**enforcing** [1] - 42:13
**engage** [3] - 13:3, 41:11, 41:17
**entered** [2] - 20:3, 30:6, 33:13, 33:15
**entertain** [1] - 15:5
**entertained** [1] - 41:21
**entire** [1] - 25:14
**entirely** [4] - 21:4, 32:19, 35:18, 37:4
**entities** [22] - 4:22, 6:22, 12:7, 12:9, 12:11, 12:13, 12:20, 12:21, 14:6, 14:11, 14:12, 14:14, 14:22, 21:5, 35:12, 40:17, 44:25, 45:1, 46:6, 46:18, 46:21, 47:13
**entitled** [2] - 16:3, 28:8
**entity** [11] - 6:23, 6:24, 12:13, 12:17, 14:12, 21:4, 32:14, 44:25, 46:18, 46:19, 46:23
**enumerated** [1] - 31:10
**enumerates** [1] - 27:14
**ERIC** [1] - 2:6
**Eric** [1] - 3:11
**ESI** [3] - 24:21, 24:22, 39:18
**ESQ** [8] - 1:15, 1:18, 1:21, 2:3, 2:5, 2:6, 2:9, 2:15
**essentially** [2] - 13:2, 29:5
**establish** [1] - 4:2
**established** [1] - 4:24
**establishing** [1] - 11:22
**et** [1] - 3:16
**Euro** [4] - 24:16, 24:23, 26:14, 28:1
**Europe** [2] - 12:20, 13:19
**European** [7] - 6:22, 12:7, 12:12, 12:21, 13:14, 14:21, 17:4
**evade** [3] - 34:4, 35:7, 44:1
**eve** [1] - 35:17
**evidence** [8] - 10:6, 10:22, 11:12, 15:21, 33:6, 34:15, 36:14, 43:19

**exactly** [3] - 8:8, 35:6, 41:10
**example** [6] - 16:5, 16:8, 30:10, 34:10, 44:6, 44:9
**examples** [2] - 15:25, 42:17
**exclusively** [1] - 46:15
**excuse** [1] - 11:19
**exercise** [1] - 8:9
**Exhibit** [9] - 5:4, 5:12, 6:12, 8:1, 8:11, 16:4, 20:8, 43:13, 44:7
**Exhibits** [1] - 11:5
**exists** [1] - 9:18
**expect** [2] - 30:5, 48:3
**expedition** [1] - 41:16
**expert** [1] - 15:11
**expired** [1] - 29:25
**explain** [1] - 30:9
**explained** [2] - 24:17, 25:19
**explicitly** [1] - 8:2
**expressly** [2] - 26:5, 31:24
**extent** [5] - 9:8, 9:9, 29:24, 39:10, 40:18
**extraneous** [1] - 41:13

### F

**face** [1] - 44:14
**facie** [1] - 36:14
**fact** [14] - 8:4, 11:18, 12:15, 13:6, 14:9, 15:4, 18:8, 18:13, 20:18, 35:14, 35:17, 40:6, 43:20, 46:16
**facts** [4] - 4:14, 13:5, 33:1, 34:2
**fails** [1] - 28:22
**fair** [1] - 42:1
**far** [4] - 22:23, 26:10, 32:6, 45:2
**Farnan** [1] - 3:4
**FARNAN** [3] - 1:15, 1:15, 3:3
**fast** [1] - 11:24
**Federal** [1] - 13:24
**few** [6] - 13:11, 20:23, 21:17, 33:1, 42:4, 45:3
**figuring** [1] - 48:4
**file** [5] - 21:11, 21:15, 38:10, 44:11, 44:16
**filed** [4] - 9:15, 21:12, 24:11, 43:6
**filings** [1] - 30:14
**final** [1] - 39:5
**finally** [2] - 21:10,

44:20
**financial** [1] - 17:20, 32:16, 34:25, 36:3, 36:13, 36:17, 39:6, 39:8
**findings** [2] - 8:23, 27:19
**fine** [1] - 22:3
**first** [14] - 3:19, 3:25, 7:21, 8:18, 10:24, 23:24, 24:13, 24:16, 24:22, 29:8, 35:15, 39:5, 42:21, 45:5
**fishing** [1] - 41:16
**five** [5] - 6:2, 16:14, 16:18, 20:25, 21:3
**focal** [1] - 11:16
**focus** [2] - 3:23, 41:14
**focusing** [2] - 7:24, 7:16
**follow** [1] - 15:12
**following** [1] - 2:24
**FOR** [1] - 1:2
**force** [1] - 6:17
**foregoing** [1] - 48:12
**foreign** [6] - 14:5, 21:15, 21:18, 28:16, 44:25, 45:1
**foreseeable** [1] - 32:19
**form** [1] - 43:14
**formal** [1] - 35:6
**format** [1] - 29:13
**forth** [3] - 11:11, 18:5, 46:11
**Francisco** [1] - 2:6
**FRAND** [1] - 7:17
**frankly** [1] - 24:17
**free** [1] - 33:17
**freestanding** [1] - 30:16
**frequently** [1] - 29:12
**front** [4] - 13:15, 15:5, 39:12, 45:6
**fully** [6] - 5:6, 5:7, 25:3, 30:19, 30:23, 43:5
**future** [1] - 48:5

### G

**Gaffigan** [2] - 1:25, 48:14
**general** [1] - 4:20
**generalized** [1] - 35:3
**given** [2] - 7:15, 19:13
**Godfrey** [1] - 3:5
**GODFREY** [2] - 1:17, 1:20
**good-bye** [1] - 48:8

**government** [2] - 21:15, 21:18
**granted** [3] - 31:16, 38:9, 38:17
**great** [4] - 3:13, 16:8, 19:11, 33:3

### H

**Hague** [5] - 12:19, 13:13, 13:17, 14:19, 21:10
**Hague-related** [1] - 13:13
**half** [1] - 35:16
**hand** [1] - 42:13
**handicapped** [1] - 32:20
**haven** [1] - 18:9
**HEALY** [1] - 1:18
**Healy** [1] - 3:5
**hear** [5] - 3:19, 19:9, 20:21, 37:22, 47:1
**heard** [2] - 42:3, 43:21
**hearing** [1] - 42:20
**heart** [1] - 4:19
**held** [1] - 2:25
**help** [7] - 14:2, 15:6, 30:7, 31:2, 32:15, 39:20, 47:18
**helpful** [5] - 13:6, 21:22, 47:1, 47:2, 47:7
**hereby** [1] - 48:12
**Hertz** [4] - 26:16, 26:17, 29:7
**highlight** [1] - 42:19
**highly** [2] - 7:15, 37:5
**hiring** [1] - 32:14
**hits** [1] - 25:4
**hold** [2] - 31:23
**holds** [1] - 33:19
**HOLLINGSWORTH** [1] - 2:14
**Hollingsworth** [1] - 3:6
**Honor** [51] - 3:3, 3:8, 3:20, 3:24, 4:18, 6:6, 6:20, 7:13, 10:8, 11:10, 11:24, 12:17, 12:25, 13:9, 14:7, 14:18, 15:24, 16:13, 16:15, 16:17, 19:18, 22:4, 22:21, 23:5, 26:9, 30:2, 30:9, 30:24, 31:8, 32:3, 32:22, 33:2, 34:3, 34:12, 35:2, 35:14, 36:5, 37:10, 38:8, 38:15, 38:21, 39:3, 41:22, 42:5, 42:6,

42:20, 44:4, 44:20, 45:12, 46:4, 47:3
**Honor's** [1] - 7:22
**HONORABLE** [1] - 1:12
**hours** [3] - 24:8, 37:12, 37:16
**Houston** [1] - 1:21
**Hunter** [2] - 3:5, 20:22
**HUNTER** [1] - 1:21

### I

**i.e** [1] - 11:21
**identification** [1] - 21:24
**ignores** [1] - 26:15
**important** [7] - 7:12, 10:21, 12:4, 14:9, 17:1, 17:3, 20:7
**impute** [1] - 34:1
**IN** [2] - 1:1, 1:2
**Inc** [3] - 2:10, 2:11, 3:15
**INC** [2] - 1:6, 1:6
**include** [2] - 21:17, 21:19
**included** [1] - 28:10
**including** [14] - 5:10, 7:8, 11:6, 16:17, 17:21, 18:24, 20:17, 21:18, 24:19, 27:19, 30:19, 31:25, 36:20, 45:25
**incorrect** [1] - 8:17
**incredibly** [1] - 39:7
**indeed** [1] - 37:11



**independence** [2] - 19:11, 31:14
**independent** [2] - 27:11, 27:12
**info** [1] - 27:4
**inform** [1] - 5:19
**information** [16] - 4:3, 4:7, 5:20, 5:21, 7:6, 8:23, 11:3, 11:4, 16:21, 21:20, 21:22, 26:17, 27:18, 27:22, 28:5, 32:25
**infringer** [1] - 34:11
**infringing** [1] - 34:8
**initiated** [1] - 17:2

**inspect** [3] - 8:3, 17:18, 18:16
**inspecting** [1] - 27:2
**inspection** [8] - 4:24, 7:8, 7:21, 7:23, 8:6, 9:23, 18:17, 27:3
**inspections** [2] - 3:25, 4:1
**instance** [1] - 27:15
**instead** [2] - 24:10, 26:23
**instructive** [1] - 26:7
**insurance** [3] - 19:21, 19:23, 19:25
**intended** [1] - 17:20
**intent** [1] - 13:7
**Intentionally** [2] - 43:16, 43:17
**inter** [1] - 14:11
**interacts** [1] - 14:15
**interest** [3] - 34:25, 36:3, 39:8
**interests** [2] - 32:16, 39:6
**internal** [8] - 18:4, 25:8, 25:16, 26:2, 28:12, 28:15, 29:2, 31:6
**International** [6] - 21:5, 27:4, 39:22, 40:21, 46:22, 47:8
**interpretation** [1] - 29:9
**interrupt** [1] - 29:17
**intertwined** [1] - 14:23
**intro** [1] - 7:18
**invalidated** [1] - 4:18
**involved** [4] - 8:14, 9:3, 14:13, 35:15
**irrelevant** [3] - 9:19, 26:24, 27:16
**issue** [5] - 4:4, 5:11, 7:14, 15:5, 15:7
**issued** [1] - 43:7
**issues** [2] - 37:5, 38:25
**Item** [1] - 16:14
**itself** [1] - 7:20

### J

**JEREMY** [1] - 2:3
**Jeremy** [1] - 3:8
**join** [1] - 30:10
**joined** [3] - 3:10, 14:3, 41:19
**joint** [1] - 32:5
**Judge** [2] - 1:12, 3:2
**July** [1] - 17:2
**jurisdictional** [1] -

40:19

## K

**keep** [1] - 42:5
**key** [2] - 7:15, 7:16
**kind** [12] - 4:20, 4:21, 6:15, 17:10, 19:19, 26:8, 30:11, 32:5, 40:25, 41:4, 43:3, 44:17
**Kirkland** [2] - 3:10, 3:21
**KIRKLAND** [2] - 2:5, 2:8
**knows** [2] - 7:13, 12:17
**Koenraad** [1] - 22:5
**KONINKLIJKE** [1] - 1:3
**KPN** [189] - 1:3, 3:15, 4:2, 4:5, 4:12, 4:19, 5:10, 5:16, 5:18, 5:19, 5:20, 5:24, 6:2, 6:8, 6:13, 6:21, 6:22, 7:2, 7:4, 7:6, 7:10, 8:2, 8:6, 8:9, 8:10, 8:15, 8:18, 8:22, 9:2, 9:6, 9:7, 9:9, 9:21, 10:2, 10:3, 10:13, 10:14, 10:15, 11:7, 11:11, 11:19, 12:2, 12:10, 12:13, 12:20, 13:24, 14:2, 14:13, 14:23, 15:18, 15:21, 16:2, 16:18, 16:23, 17:9, 17:12, 17:17, 18:11, 18:16, 18:23, 19:1, 19:9, 19:11, 19:13, 20:17, 20:21, 20:22, 21:2, 21:3, 21:6, 21:9, 21:11, 21:13, 21:14, 21:16, 22:6, 22:22, 22:25, 23:3, 23:7, 23:13, 23:18, 23:24, 24:3, 24:12, 24:13, 24:18, 24:20, 24:21, 24:23, 25:1, 25:3, 25:5, 25:8, 25:12, 25:15, 25:19, 25:21, 25:24, 26:2, 26:6, 26:11, 27:5, 27:9, 27:18, 27:20, 27:23, 28:4, 28:5, 28:16, 29:2, 29:5, 29:10, 29:12, 29:13, 29:25, 30:2, 30:4, 30:8, 30:10, 30:22, 31:9, 31:15, 31:16, 31:17, 31:20, 32:2, 32:6, 32:7,

## L

**L.L.P** [2] - 1:17, 1:20
**labeled** [1] - 5:2
**lack** [1] - 7:10
**language** [20] - 5:6, 5:7, 8:21, 17:9, 17:10, 23:17, 26:8, 26:10, 26:12, 26:15, 26:16, 26:22, 27:2, 27:3, 27:17, 28:2, 29:6, 30:25, 32:13
**largely** [1] - 26:15
**last** [7] - 6:8, 11:5, 11:17, 12:9, 14:8, 22:5, 35:14
**lastly** [3] - 11:24, 12:25, 18:19
**law** [1] - 17:21
**learn** [1] - 37:9
**learned** [2] - 6:6, 6:10
**least** [1] - 26:24
**leaves** [1] - 47:19
**Left** [2] - 43:16, 43:18
**legal** [14] - 7:10, 10:24, 11:1, 11:13, 25:18, 25:22, 26:6, 30:22, 35:3, 36:9, 36:16, 36:22, 38:11, 38:16
**length** [1] - 36:12
**LEONARD** [1] - 1:12
**letter** [11] - 5:4, 5:13, 12:18, 13:12, 21:10, 23:23, 24:17, 33:2,

33:3, 33:12, 44:8
**letters** [3] - 14:9, 45:6, 47:24
**level** [1] - 9:5
**levels** [1] - 17:15
**license** [17] - 4:15, 5:3, 6:11, 7:24, 8:12, 8:25, 10:10, 11:18, 30:7, 31:19, 32:8, 32:15, 33:17, 33:18, 34:7, 42:22, 42:23
**licensed** [1] - 26:20
**licensee's** [1] - 26:18
**licensees** [1] - 16:11
**licenses** [2] - 33:24, 38:16
**licensing** [27] - 4:16, 5:9, 5:15, 5:20, 5:25, 7:16, 8:4, 10:25, 11:10, 11:11, 16:6, 16:11, 16:23, 18:3, 19:3, 19:12, 20:6, 29:6, 30:12, 30:17, 33:14, 33:19, 38:8, 42:12, 44:8
**Licensing** [2] - 21:3, 46:18
**light** [1] - 48:1
**limit** [2] - 39:19, 41:14
**limitations** [1] - 29:11
**limited** [2] - 33:19, 38:17
**line** [2] - 3:6, 37:19
**litigation** [17] - 6:19, 9:14, 10:8, 11:21, 15:23, 17:2, 17:5, 23:4, 23:6, 29:21, 29:23, 31:25, 32:18, 37:6, 39:8, 39:13, 43:5
**litigations** [1] - 11:9
**LLP** [6] - 1:15, 2:2, 2:5, 2:8, 2:14, 3:6
**look** [10] - 4:13, 9:16, 9:25, 17:12, 20:8, 26:14, 28:3, 30:24, 43:3, 44:12
**looking** [1] - 18:3
**Los** [1] - 2:9
**lottery** [1] - 32:8
**Luxemburg** [2] - 14:11, 47:9

## M

**March** [1] - 17:4
**MARIE** [1] - 2:15
**Marie** [1] - 3:6
**material** [6] - 9:21, 9:22, 10:3, 10:7, 15:1, 19:2

**materials** [12] - 4:12, 10:4, 11:23, 12:12, 12:19, 12:22, 13:20, 14:14, 16:22, 18:12, 41:2, 46:5
**matter** [9] - 5:8, 5:9, 22:16, 30:20, 30:21, 31:2, 31:5, 31:24, 33:13
**mean** [4] - 10:12, 11:11, 30:8, 32:22
**meaning** [1] - 46:8
**meaningful** [1] - 19:13
**means** [2] - 18:7, 44:15
**meantime** [1] - 47:23, 48:4
**mechanisms** [1] - 40:14
**meeting** [1] - 36:12
**meetings** [7] - 5:18, 5:19, 11:3, 11:4, 11:8, 20:5, 46:11
**mention** [1] - 28:23
**mentioned** [3] - 11:15, 18:10, 35:20
**Mercy** [1] - 25:17
**merge** [1] - 34:1
**MICHAEL** [2] - 1:15, 2:9
**might** [5] - 14:4, 19:16, 19:20, 32:3, 35:4
**Mike** [1] - 3:11
**mindful** [1] - 42:19
**minimum** [2] - 10:7, 13:22
**minutes** [3] - 39:1, 42:4
**moment** [6] - 7:9, 26:9, 34:6, 37:22, 38:1, 47:20
**money** [1] - 42:12
**months** [1] - 24:24
**moot** [1] - 13:15
**Moretti** [10] - 7:22, 8:16, 9:24, 10:1, 17:9, 17:10, 17:22, 25:23, 26:7, 26:14
**MORRIS** [1] - 2:2
**Morris** [1] - 3:9
**most** [1] - 26:15
**motion** [8] - 4:4, 5:22, 6:9, 8:9, 14:13, 15:5, 21:22, 46:3
**move** [2] - 21:24, 24:12
**moving** [1] - 22:11
**MR** [38] - 3:3, 3:8, 3:20, 13:16, 14:7, 15:9, 15:24, 17:14,

19:7, 19:18, 20:22, 22:4, 23:5, 23:10, 23:16, 23:22, 29:22, 30:9, 30:24, 31:22, 32:2, 32:21, 34:12, 35:2, 35:13, 36:5, 37:10, 38:7, 38:14, 38:21, 42:5, 45:12, 46:2, 46:19, 47:3, 47:5, 47:12, 47:16
**MS** [5] - 39:3, 40:18, 41:6, 41:21, 41:25
**must** [3] - 28:10, 30:19, 36:18
**Muus** [2] - 22:9, 25:10

## N

**N.V** [1] - 1:3
**name** [1] - 46:20
**narrow** [2] - 13:18, 28:12
**narrower** [1] - 17:13
**narrowly** [1] - 39:23
**national** [1] - 14:12
**nature** [1] - 30:15
**near** [2] - 15:4, 48:5
**nearly** [2] - 24:18, 29:15
**need** [10] - 9:25, 10:16, 15:6, 18:4, 19:2, 37:25, 38:9, 47:21, 48:6
**needed** [1] - 41:15
**needs** [2] - 19:24, 38:5
**negotiation** [1] - 33:10
**negotiations** [2] - 33:5, 33:22
**new** [3] - 4:22, 35:18, 47:23
**newest** [1] - 45:6
**next** [4] - 15:11, 15:14, 28:18, 36:24
**NICHOLS** [1] - 2:2
**Nichols** [1] - 3:9
**nine** [3] - 24:8, 37:12, 37:16
**NO** [1] - 1:7
**nonresponsive** [1] - 25:4
**note** [4] - 28:20, 32:3, 33:1, 34:13
**NOTE** [1] - 2:24
**noted** [2] - 31:8, 33:2
**notes** [1] - 48:12
**nothing** [7] - 9:1, 28:11, 28:14, 28:15, 29:2, 33:10, 35:3
**notice** [6] - 6:13, 11:20, 22:12, 22:13, 22:22, 23:3

noticed [1] - 37:17
notification [3] - 22:7, 22:10, 22:19
notified [1] - 37:20
nowhere [1] - 29:15
nullify [1] - 46:10
nullity [1] - 29:14
number [3] - 16:13, 44:13, 46:21
numbering [1] - 44:13

**O**

object [1] - 21:13
objected [1] - 7:14
objectively [1] - 6:1
obligation [8] - 5:17, 5:19, 10:24, 11:1, 31:3, 31:4, 34:4, 40:19
obligations [5] - 23:25, 34:4, 35:8, 42:15, 42:16
obstructed [2] - 12:22, 21:11
obtain [21] - 4:6, 4:12, 10:4, 12:22, 13:21, 13:23, 14:19, 20:16, 24:4, 25:6, 25:12, 25:18, 26:2, 33:17, 35:4, 35:9, 36:10, 36:22, 36:25, 42:12, 46:14
obtained [2] - 36:11, 36:23
obtaining [1] - 10:7
occur [1] - 15:19
occurred [1] - 6:8
October [1] - 1:9
OF [1] - 1:2
offered [2] - 39:17, 39:21
Offices [1] - 30:15
Official [2] - 1:25, 48:14
omitted [1] - 14:9
omitting [1] - 14:16
once [1] - 10:9
one [30] - 3:18, 10:22, 11:2, 12:23, 14:9, 14:11, 16:5, 16:8, 16:19, 16:25, 17:1, 19:8, 20:24, 27:6, 27:11, 27:15, 28:24, 30:10, 32:3, 32:22, 36:24, 37:16, 40:25, 42:13, 43:11, 44:2, 44:3, 46:22, 47:5, 47:9
ones [1] - 16:15
ongoing [2] - 17:3,

17:7
oOo [1] - 2:22
opening [2] - 8:12, 33:2
opportunity [1] - 37:21
oppose [3] - 35:11, 35:13, 41:23
option [1] - 45:11
order [7] - 15:16, 15:19, 18:6, 24:22, 41:1, 42:11, 46:5
ordering [2] - 10:2, 46:14
original [2] - 5:4, 43:14
otherwise [2] - 19:14, 19:15
outset [1] - 20:5
overall [3] - 7:16, 19:3, 42:8
overarching [1] - 44:18
own [3] - 20:15, 20:18, 32:8
owner [3] - 5:19, 32:14, 34:3
owners [5] - 5:18, 20:16, 27:9, 30:11, 33:15, 33:20, 36:20, 40:9

**P**

p.m [2] - 2:25, 48:10
page [3] - 16:9, 16:13, 16:16
pages [1] - 24:19
parallel [4] - 12:16, 16:1, 33:18, 38:15
parent [5] - 47:8, 47:11, 47:12, 47:13
part [4] - 12:10, 14:22, 19:2, 30:21
participate [2] - 6:19, 11:21
particular [1] - 3:23
particularly [3] - 13:6, 20:7, 44:1
parties [12] - 5:14, 8:25, 10:23, 16:19, 20:3, 25:9, 25:18, 28:13, 30:18, 32:15, 43:22, 45:21
party [16] - 14:4, 14:6, 15:6, 16:1, 21:2, 21:3, 24:5, 30:6, 30:25, 31:7, 35:18, 39:13, 40:3, 40:13, 41:20, 46:17
past [2] - 15:22, 17:6

patent [34] - 4:17, 5:10, 5:18, 6:2, 16:14, 16:18, 20:16, 20:25, 21:3, 30:7, 30:11, 30:14, 30:21, 32:1, 32:14, 32:15, 32:16, 33:14, 33:15, 33:16, 33:20, 34:3, 34:7, 34:8, 34:11, 36:19, 38:5, 38:9, 38:16, 38:17, 40:8
Patent [2] - 30:15
patentee [1] - 36:2
patenting [1] - 30:17
patents [16] - 4:15, 5:10, 5:15, 19:12, 19:14, 20:8, 32:3, 32:7, 32:8, 33:20, 33:24, 42:13
Payment [1] - 28:8
pendency [1] - 29:20
performing [1] - 18:3
performs [1] - 18:9
period [2] - 13:20, 42:19
permit [1] - 29:10
perspective [4] - 40:2, 46:3, 46:7, 46:14
phone [2] - 16:20, 41:7
picking [1] - 37:13
place [1] - 19:23
Plaintiff [1] - 1:4
plaintiff [2] - 3:4, 14:3
Plaintiffs [1] - 1:22
plenty [1] - 15:14
point [17] - 8:10, 10:21, 11:16, 12:15, 21:7, 22:15, 24:13, 25:5, 26:22, 30:1, 33:7, 37:3, 37:10, 38:15, 44:2, 44:21, 45:9
pointed [1] - 26:9
points [9] - 11:25, 20:23, 23:21, 23:23, 26:11, 26:23, 31:15, 33:1, 42:7
pool [8] - 16:12, 16:13, 30:12, 33:14, 33:15, 33:19, 33:21, 38:17
portfolio [1] - 16:9
position [4] - 12:5, 45:9, 47:19, 48:5
possession [3] - 24:1, 24:14, 36:21
possibility [1] - 32:2
possible [2] - 43:22, 47:21
possibly [2] - 7:10,

15:22
potentially [2] - 17:19, 31:25
practical [2] - 4:6, 10:3
practice [2] - 15:5, 20:19
precise [1] - 35:2
precise [1] - 35:2
prejudice [1] - 35:16
prepare [2] - 18:6, 36:19
prepared [1] - 27:20
prepares [2] - 18:13, 18:14
present [1] - 8:24
PRESENT [1] - 2:13
PricewaterhouseCo
opers [1] - 27:15
prima [1] - 36:14
principal [1] - 19:19
principles [1] - 29:8
probative [1] - 26:15
problem [5] - 42:8, 43:2, 44:18, 45:19, 45:20
Procedure [1] - 13:24
procedures [1] - 13:17
proceeding [1] - 48:12
proceedings [1] - 38:24
process [2] - 12:22, 13:22
produce [9] - 4:3, 25:8, 25:13, 35:21, 35:22, 39:15, 39:16, 41:2, 44:17
produced [7] - 23:25, 24:6, 24:14, 24:18, 25:4, 36:7, 36:20, 36:23, 37:11, 44:10, 44:12
producing [1] - 44:16
Production [1] - 43:8
production [1] - 44:4
program [8] - 5:12, 10:20, 11:1, 16:10, 16:23, 20:6, 20:12, 42:12
prohibits [1] - 9:2
promise [1] - 7:9
proper [2] - 24:5, 40:14
propose [1] - 45:7
proposed [1] - 45:10
proposes [1] - 45:13
proposing [1] - 45:16
provide [9] - 5:20, 6:25, 7:3, 7:6, 7:12, 8:5, 10:17, 11:3, 13:19, 18:23, 19:2, 25:10, 25:24, 28:17,

32:9, 39:17, 39:25, 40:4
provided [17] - 9:6, 16:8, 21:8, 21:17, 22:7, 22:22, 24:9, 26:16, 27:9, 28:5, 33:8, 33:9, 37:11, 39:18, 39:22, 41:11, 44:6
provides [4] - 10:2, 12:15, 28:3, 36:18
providing [3] - 22:18, 22:25, 29:2
Provision [1] - 18:24
provision [42] - 4:24, 5:1, 5:2, 5:7, 6:11, 7:8, 8:13, 8:16, 8:18, 8:24, 9:1, 9:4, 9:12, 9:23, 10:10, 10:18, 10:20, 17:17, 17:25, 18:9, 18:11, 18:18, 18:21, 19:4, 20:12, 28:18, 28:21, 28:23, 28:24, 29:1, 29:9, 29:15, 29:19, 42:22, 42:24, 43:5, 43:12, 43:23, 45:23, 46:4, 46:9, 46:15
provisions [17] - 4:1, 4:23, 5:24, 7:7, 10:5, 11:16, 12:24, 13:4, 18:22, 26:24, 26:25, 28:24, 45:15, 45:25, 46:1, 46:8, 46:10
Public [1] - 27:12
pulled [1] - 32:23
purchased [1] - 31:18
purpose [4] - 10:16, 17:23, 26:24, 27:7
purposes [1] - 17:20, 46:12
pursuant [8] - 6:10, 6:24, 7:3, 7:7, 9:12, 10:5, 11:18, 28:6
pursuing [1] - 12:16
push [1] - 15:17
put [6] - 6:13, 10:14, 11:4, 11:19, 24:7, 33:5, 34:5, 45:21
putting [2] - 9:15, 12:11

**Q**

quarterly [4] - 9:5, 28:6, 28:10, 28:11
questioning [1] - 37:17
questions [6] - 3:23, 13:11, 29:17, 38:2, 40:24, 45:3

## R

**quite** [1] - 42:22
**quote** [5] - 18:18, 26:17, 26:20, 27:18, 28:4

**raised** [3] - 3:24, 9:9, 42:14
**rather** [2] - 9:21, 41:15
**read** [3] - 22:7, 29:5, 31:13
**reading** [1] - 46:9
**reads** [1] - 29:6
**real** [2] - 11:24, 12:8
**really** [26] - 4:13, 6:5, 7:14, 12:10, 17:23, 17:24, 19:24, 20:17, 23:23, 30:17, 31:9, 31:11, 31:14, 32:4, 32:10, 32:20, 35:16, 38:7, 38:14, 40:1, 40:4, 40:12, 41:14, 42:8, 43:2, 45:1
**reason** [6] - 13:17, 14:17, 23:3, 43:22, 43:25, 44:1
**reasonable** [4] - 5:5, 31:1, 41:12
**reasonably** [3] - 8:7, 18:17, 39:15
**reasons** [1] - 8:17
**receive** [7] - 16:3, 16:5, 16:24, 27:23, 36:17
**received** [1] - 41:8
**recently** [3] - 21:14, 22:2, 48:1
**recollection** [1] - 14:2
**record** [5] - 3:14, 11:14, 20:23, 37:4, 43:20
**records** [8] - 8:3, 17:18, 17:25, 18:1, 18:2, 18:16, 26:20, 27:3
**reference** [3] - 16:12, 32:4, 45:5
**referenced** [1] - 14:1
**refers** [2] - 16:14, 16:18
**refresh** [1] - 14:2
**refused** [1] - 21:19
**refuses** [1] - 19:4
**refusing** [1] - 44:16
**regarding** [2] - 33:4, 38:25
**regular** [2] - 16:24, 20:5
**rejected** [2] - 21:16, 21:19

**relate** [2] - 16:23, 26:20
**related** [10] - 13:13, 17:11, 23:25, 24:14, 30:16, 32:10, 36:8, 40:6, 46:1, 46:21
**relating** [2] - 29:6, 43:8
**relationship** [7] - 4:22, 19:19, 19:20, 40:5, 40:8, 46:8, 46:13
**relevant** [7] - 7:15, 18:14, 30:1, 32:24, 37:5, 41:15
**relief** [1] - 3:18
**rely** [2] - 46:5, 46:15
**relying** [2] - 8:19, 29:24
**remainder** [1] - 31:12
**remaining** [3] - 24:2, 25:6, 45:24
**remarks** [1] - 35:20
**renting** [1] - 26:18
**repeatedly** [1] - 25:19
**report** [6] - 18:6, 18:13, 18:14, 27:21, 27:24, 27:25
**Report** [1] - 28:9
**reported** [1] - 28:4
**reporter** [1] - 3:14
**Reporter** [2] - 1:25, 48:14
**REPORTER'S** [1] - 2:24
**reports** [6] - 9:6, 16:3, 16:6, 27:20, 36:12, 36:19
**represent** [4] - 40:16, 40:20, 41:16
**representation** [1] - 40:18
**representatives** [1] - 6:8
**request** [32] - 4:3, 4:6, 6:21, 6:24, 7:4, 7:7, 12:18, 13:12, 13:18, 14:10, 19:5, 21:6, 21:10, 21:16, 21:19, 23:7, 24:6, 24:18, 25:3, 26:25, 28:14, 28:16, 29:12, 31:18, 33:18, 36:15, 37:20, 39:21, 45:6, 47:20, 47:24, 47:25
**requested** [8] - 4:7, 4:12, 7:6, 10:3, 21:6, 23:18, 25:19, 36:9
**requests** [12] - 21:12, 21:13, 21:14, 21:15, 28:12, 39:23, 39:25, 41:7, 41:8, 45:13,

45:18, 45:19
**Requests** [1] - 43:8
**require** [6] - 4:3, 5:17, 8:7, 18:17, 18:23, 29:19
**required** [5] - 6:2, 6:3, 20:11, 26:17, 27:8
**requirement** [3] - 9:3, 18:8, 18:15
**requirements** [1] - 46:12
**requires** [2] - 10:11, 20:14
**resolving** [1] - 15:6
**respect** [8] - 4:17, 6:14, 10:25, 13:12, 19:14, 19:16, 26:17, 37:5
**respecting** [1] - 40:5
**respond** [2] - 42:4, 45:22
**responded** [1] - 37:18
**response** [12] - 7:2, 7:6, 21:21, 21:25, 22:10, 22:11, 22:19, 22:24, 33:6, 40:25, 41:4, 45:7
**responsive** [1] - 18:20
**restrict** [1] - 40:4
**restriction** [2] - 17:24, 18:7
**result** [2] - 27:23, 32:20
**results** [3] - 9:4, 28:4, 29:13
**retained** [1] - 33:16
**retains** [2] - 31:16, 32:7
**review** [3] - 9:7, 10:1, 47:25
**revisions** [3] - 45:8, 45:11, 45:13
**rights** [22] - 6:25, 7:23, 9:17, 11:18, 14:15, 17:23, 18:15, 18:22, 19:13, 19:15, 26:2, 26:9, 29:11, 30:1, 31:15, 31:16, 31:19, 34:6, 35:5, 38:10, 38:16, 42:11
**rogatory** [1] - 47:24
**role** [2] - 7:15, 7:16
**roll** [1] - 42:8
**rules** [1] - 32:19
**Rules** [1] - 13:24
**run** [5] - 23:22, 25:1, 26:25, 38:1, 38:23
**running** [1] - 25:2
**runs** [1] - 33:14

## S

**SA** [2] - 46:22, 47:8
**San** [1] - 2:6
**sat** [1] - 37:16
**schedule** [2] - 15:3, 15:15
**scheme** [1] - 7:16
**scope** [6] - 8:16, 13:23, 14:18, 17:12, 45:15, 45:16
**search** [6] - 24:24, 25:1, 25:2, 39:18, 39:19, 41:12
**searches** [1] - 24:21
**second** [6] - 6:16, 21:7, 24:2, 24:23, 25:5, 27:10, 41:11, 44:3
**secondly** [3] - 4:5, 10:19, 18:8
**Section** [16] - 5:3, 5:16, 6:12, 7:24, 9:1, 9:16, 10:10, 11:1, 11:19, 17:17, 28:1, 28:3, 28:6, 28:8, 28:19, 43:12
**section** [2] - 9:17, 28:9
**sections** [1] - 29:10
**see** [10] - 16:7, 18:4, 19:17, 20:9, 29:13, 34:12, 43:12, 43:14, 44:5, 44:13
**seeking** [5] - 3:18, 5:22, 12:12, 24:3, 25:25
**seeks** [4] - 24:16, 25:7, 25:22, 30:3
**seem** [1] - 19:3
**selective** [1] - 44:4
**sell** [1] - 33:24
**sense** [2] - 15:2, 38:24
**sent** [2] - 12:18, 39:13
**separate** [5] - 6:23, 21:4, 38:15, 46:12
**separately** [5] - 33:23, 36:18, 45:21
**September** [2] - 15:14, 43:7
**serve** [2] - 34:18, 35:6
**served** [1] - 35:8
**set** [2] - 3:17, 16:17
**settlement** [1] - 28:6
**several** [1] - 8:17
**shall** [6] - 8:5, 8:14, 8:19, 9:5, 27:8, 28:4
**share** [2] - 8:14, 9:20
**sharing** [1] - 42:2

**short** [2] - 13:16, 48:1
**show** [1] - 26:5
**shown** [1] - 11:8
**shows** [2] - 10:6, 26:8
**side** [1] - 42:9
**Sierra** [63] - 2:10, 2:11, 3:9, 3:15, 3:18, 3:19, 3:21, 4:18, 11:11, 12:21, 20:24, 21:6, 21:11, 21:12, 21:14, 21:17, 21:19, 22:6, 22:9, 23:17, 24:2, 24:7, 24:9, 24:11, 25:2, 25:7, 25:20, 25:21, 25:22, 25:23, 25:25, 26:10, 27:16, 28:19, 28:20, 29:4, 29:15, 29:24, 30:3, 32:22, 32:25, 33:5, 33:6, 33:11, 33:23, 33:25, 34:6, 34:13, 34:19, 35:15, 36:24, 37:1, 37:13, 37:17, 39:9, 39:19, 39:24, 41:3, 41:9, 47:25
**SIERRA** [2] - 1:6
**Sierra's** [14] - 4:19, 6:14, 21:16, 24:5, 25:14, 26:25, 28:14, 28:16, 33:2, 33:25, 34:15, 37:16, 37:20, 45:9
**sign** [5] - 13:13, 45:10, 47:23, 48:2, 48:3
**signed** [1] - 34:23
**significant** [2] - 14:17, 28:21
**significantly** [1] - 46:25
**similar** [1] - 28:2
**similarly** [1] - 25:21
**simple** [2] - 16:2, 33:13
**simply** [18] - 21:1, 21:12, 26:22, 28:2, 28:14, 29:1, 29:14, 29:25, 31:17, 32:10, 32:21, 33:7, 34:2, 36:2, 37:13, 37:15, 38:8
**single** [3] - 6:21, 6:23, 7:1
**Sisvel** [171] - 2:16, 3:6, 4:1, 4:3, 4:15, 4:16, 5:5, 5:17, 6:2, 6:3, 6:13, 6:17, 6:22, 7:2, 7:5, 7:11, 8:3, 8:5, 10:11, 10:12, 10:14, 10:15, 10:17, 10:21, 10:25, 11:19, 11:20, 12:4, 12:5, 12:6,

12:17, 13:1, 13:18, 13:19, 14:3, 14:6, 14:12, 14:21, 15:22, 16:3, 16:6, 16:15, 16:24, 18:5, 18:23, 19:4, 19:11, 19:16, 20:14, 20:17, 20:24, 21:4, 21:5, 21:8, 22:7, 22:13, 22:18, 22:25, 23:3, 23:19, 23:25, 24:5, 24:6, 24:8, 24:11, 24:14, 24:17, 24:20, 24:23, 25:6, 25:8, 25:10, 25:21, 26:1, 26:5, 27:4, 27:5, 28:13, 29:19, 30:10, 30:19, 30:23, 31:6, 31:14, 31:16, 31:18, 32:6, 32:9, 32:23, 32:24, 33:8, 33:11, 33:14, 33:15, 33:23, 34:2, 34:7, 34:10, 34:14, 34:20, 34:24, 35:1, 35:8, 35:11, 35:12, 35:15, 35:21, 35:23, 35:25, 36:2, 36:8, 36:17, 36:18, 37:3, 37:9, 37:11, 37:13, 37:14, 37:16, 37:17, 37:20, 37:21, 37:23, 38:5, 38:8, 38:10, 38:11, 38:18, 39:6, 39:7, 39:11, 39:13, 39:20, 39:21, 39:22, 39:24, 40:2, 40:6, 40:16, 40:17, 40:21, 41:1, 41:2, 41:5, 42:9, 43:20, 44:9, 44:15, 44:23, 44:24, 46:6, 46:7, 46:13, 46:17, 46:19, 46:22, 47:8, 47:12

**Sisvel's** [8] - 7:15, 10:7, 25:8, 25:15, 28:15, 29:2, 31:6, 33:4

**Sisvel-related** [2] - 23:25, 24:14

**situation** [6] - 4:14, 20:1, 20:17, 21:24, 34:6, 42:9

**situations** [1] - 40:9

**slightly** [1] - 46:20

**smaller** [1] - 13:22

**someone** [2] - 34:7, 34:8

**soon** [1] - 47:25

**sorry** [4] - 9:21, 17:3, 47:5, 47:10

**sort** [4] - 17:3, 31:10, 40:19, 45:24

**sought** [3] - 41:3, 41:10, 43:8

**speaking** [1] - 3:12

**specific** [12] - 3:25, 4:1, 4:23, 18:21, 26:12, 36:16, 36:18, 38:10, 42:17, 45:13, 45:16, 45:25

**specifically** [16] - 4:17, 5:4, 5:16, 9:6, 9:16, 14:8, 16:16, 16:18, 18:11, 23:16, 23:19, 25:2, 25:7, 27:8, 28:3, 28:9

**spends** [1] - 33:3

**standard** [1] - 25:17

**Stark** [1] - 3:2

**STARK** [1] - 1:12

**start** [2] - 20:23, 27:2

**starting** [1] - 24:13

**state** [2] - 16:9

**statement** [3] - 11:22, 28:11, 39:6

**statements** [6] - 27:8, 28:6, 28:10, 36:13, 36:17

**STATES** [1] - 1:1

**States** [3] - 12:4, 13:25, 42:17

**status** [3] - 16:10, 22:21, 30:14

**stenographic** [1] - 48:12

**step** [4] - 6:15, 27:13, 36:24, 43:19

**steps** [1] - 38:11

**stop** [2] - 6:5, 32:17

**strict** [1] - 29:11

**stronger** [1] - 11:22

**stuff** [2] - 20:11, 35:1

**style** [1] - 17:4

**subject** [8] - 5:8, 5:9, 30:20, 30:21, 31:2, 31:5, 31:23, 32:19

**sublicensing** [3] - 33:19, 38:10, 38:17

**submit** [1] - 48:2

**submitted** [1] - 13:1

**subpoena** [2] - 12:13, 35:8

**subpoenaed** [1] - 12:17

**subpoenaing** [1] - 12:4

**subpoenas** [1] - 34:18

**subsequent** [1] - 14:20

**substantial** [4] - 5:13, 20:10, 24:24, 31:14

**substantially** [1] - 13:18

**sufficient** [2] - 4:2, 46:4

**suggested** [1] - 15:3

**suggestion** [2] - 15:16, 15:17

**suit** [1] - 32:8

**summary** [3] - 8:23, 27:19, 27:24

**superfluous** [1] - 45:25

**supplemental** [5] - 3:24, 13:1, 16:4, 20:9, 44:7

**supplementary** [1] - 44:6

**support** [3] - 14:21, 34:2, 43:25

**supported** [1] - 22:2

**survive** [4] - 9:17, 28:22, 28:23, 42:24

**SUSMAN** [2] - 1:17, 1:20

**Susman** [1] - 3:5

## T

**talks** [7] - 8:19, 16:8, 16:9, 16:10, 16:11, 16:16, 17:17

**targeted** [1] - 39:23

**targets** [1] - 20:7

**Telephone** [1] - 1:10

**telephone** [2] - 2:24, 48:10

**tend** [1] - 17:22

**terminated** [2] - 9:10, 9:12

**termination** [3] - 9:12, 28:22, 42:24

**terminations** [1] - 9:17

**terms** [11] - 15:8, 20:2, 25:1, 25:3, 25:4, 33:16, 39:18, 39:19, 41:12, 44:21, 45:15

**test** [1] - 25:18

**testified** [1] - 22:12

**testimony** [10] - 11:5, 22:2, 22:5, 24:8, 25:11, 28:17, 33:9, 37:12

**Texas** [2] - 1:18, 1:21

**THE** [46] - 1:1, 1:2, 3:1, 3:7, 3:13, 13:10, 14:1, 15:2, 15:20, 17:8, 19:6, 19:8, 20:20, 21:23, 23:2, 23:7, 23:13, 23:20, 29:16, 30:4, 30:18, 31:21, 31:23, 32:12, 34:5, 34:21, 35:11,

35:19, 37:2, 37:25, 38:13, 38:19, 38:22, 40:15, 40:23, 41:18, 41:24, 42:1, 45:3, 45:22, 46:16, 46:24, 47:4, 47:10, 47:15, 47:17

**themselves** [1] - 45:18

**therefore** [2] - 7:16, 19:15

**third** [8] - 4:8, 24:5, 25:9, 28:13, 39:13, 40:2, 40:13, 45:11

**Third** [1] - 25:16

**three** [5] - 3:10, 3:22, 23:23, 39:1, 47:1

**Thrifty** [3] - 26:18, 26:19, 29:7

**throughout** [1] - 31:14

**TIGAN** [2] - 2:3, 3:8

**Tigan** [1] - 3:9

**timing** [2] - 15:8, 43:3

**title** [1] - 32:7

**today** [2] - 3:12, 48:6

**today's** [1] - 15:6

**together** [3] - 5:24, 34:1, 43:23

**took** [2] - 7:19, 11:5

**topics** [2] - 11:7, 37:17

**totally** [1] - 33:23

**track** [1] - 23:23

**transcript** [2] - 22:8, 48:12

**tremendous** [1] - 11:12

**trial** [1] - 15:13

**tried** [1] - 39:14

**tries** [2] - 27:17, 33:25

**troubling** [1] - 32:13

**true** [5] - 21:12, 22:2, 28:3, 29:19, 48:12

**truly** [1] - 38:23

**try** [1] - 34:7

**trying** [6] - 33:12, 34:4, 35:7, 40:3, 40:12

**tuning** [1] - 22:3

**TUNNELL** [1] - 2:2

**turn** [5] - 7:9, 7:18, 7:19, 28:8, 28:18

**turns** [1] - 34:8

**two** [6] - 6:7, 24:21, 32:15, 38:15, 39:1, 42:17

**types** [1] - 16:22

## U

**U.K** [12] - 21:4, 25:10,

27:5, 35:12, 39:22, 40:17, 40:21, 41:1, 41:2, 41:5, 46:23, 47:14

**U.S** [20] - 6:23, 6:24, 12:5, 12:13, 12:17, 14:5, 21:5, 24:6, 31:25, 32:18, 32:19, 35:8, 35:11, 37:14, 39:21, 40:16, 40:22, 44:24, 44:25, 48:15

**U.S.'s** [1] - 40:2

**ultimate** [1] - 17:23

**unbridled** [1] - 31:9

**under** [13] - 9:24, 13:23, 15:3, 25:16, 25:17, 27:22, 33:16, 34:23, 35:9, 36:10, 36:22, 37:8

**underlying** [4] - 9:20, 9:22, 17:23, 18:12

**underscores** [1] - 43:2

**undisputed** [1] - 4:14

**unenumerated** [1] - 31:10

**unfortunately** [1] - 47:18

**United** [3] - 12:4, 13:24, 42:16

**UNITED** [1] - 1:1

**unlike** [1] - 25:23

**up** [8] - 11:25, 12:15, 15:10, 19:13, 24:7, 34:14, 42:8, 42:17

**urgent** [2] - 15:4, 15:7

## V

**valid** [1] - 18:6

**VANCE** [21] - 1:21, 20:22, 22:4, 23:5, 23:10, 23:16, 23:22, 29:22, 30:9, 30:24, 31:22, 32:2, 32:21, 34:12, 35:2, 35:13, 36:5, 37:10, 38:7, 38:14, 38:21

**Vance** [6] - 3:5, 20:22, 21:23, 29:16, 38:4, 38:19

**various** [7] - 4:23, 14:14, 16:10, 16:11, 30:14, 39:18, 46:6

**verify** [1] - 27:7

**versus** [3] - 3:15, 17:9, 46:7

**view** [2] - 15:7, 29:18

**violate** [1] - 10:18

**violates** [1] - 29:8

**violation** [1] - 19:4

**vis-à-vis** [1] - 46:12

**voluntarily** [1] - 30:6
**VRIES** [1] - 2:9
**Vries** [1] - 3:11
**vulnerability** [1] - 35:24

## W

**waiting** [1] - 19:22
**wants** [6] - 32:25, 34:24, 35:5, 36:24, 37:22, 38:10
**Washington** [1] - 2:15
**Wednesday** [1] - 1:9
**week** [7] - 6:9, 11:5, 11:17, 12:10, 15:11, 22:5, 35:14
**whatsoever** [1] - 34:9
**whereas** [1] - 14:13
**wholeheartedly** [1] - 14:21
**wholesale** [1] - 43:23
**willing** [5] - 21:16, 24:9, 41:3, 41:17, 41:19
**willingly** [1] - 8:5
**Wilmington** [1] - 1:9
**Wireless** [3] - 2:10, 2:11, 3:15
**WIRELESS** [2] - 1:6, 1:6
**witness** [7] - 10:16, 13:6, 22:3, 22:11, 24:7, 28:16, 37:11
**witnesses** [1] - 11:6
**wonder** [1] - 40:25
**wording** [1] - 40:10
**works** [1] - 39:24
**wrongdoing** [1] - 34:1
**wrote** [1] - 10:15
**Wuyts** [1] - 22:24
**Wuyts'** [1] - 22:5

## Y

**year** [3] - 15:14, 21:13, 35:16

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE KPN N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-cv-90-LPS |
| v. | ) | |
| | ) | |
| SIERRA WIRELESS, INC., AND | ) | |
| SIERRA WIRELESS AMERICA, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**Affidavit of Koenraad Wuyts**

I, Koenraad Wuyts, declare as follows:

1.      My name is Koenraad Wuyts.  I am over the age of 21 years, am competent to testify to the matters stated herein, and have personal knowledge of the facts and statements in this declaration.  Each of the facts and statements made in this affidavit is true and correct to the best of my knowledge.

2.      I am employed by Koninklijke KPN N.V. ("KPN") as the Chief Intellectual Property Officer.  In my role, I am familiar with the following agreements (hereinafter the "Agreements"):



3.      I also am familiar with the steps taken by KPN to protect the confidential

information in the Agreements, each of which contain a confidentiality provision.

4.      I understand that Defendants Sierra Wireless, Inc., and Sierra Wireless America,

Inc., have refused to agree to redact certain excerpts of the judicial transcript of the October 24,

2018 discovery dispute hearing.  Many of these excerpts ████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████

5.      ██████████████████████████████████████████████      ████████

██████████████████████████████████   ███████████████████████████████

████████████████████████████   ██████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████████████████.

6.      ██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████"

FURTHER, AFFIANT SAYETH NOT.

_____
Koenraad Wuyts


SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, by Koenraad Wuyts,
on this __ day of November, 2018, to certify which witness my official hand and seal of office.


_____
Notary Public

3.      I also am familiar with the steps taken by KPN to protect the confidential information in the Agreements, each of which contain a confidentiality provision.

4.      I understand that Defendants Sierra Wireless, Inc., and Sierra Wireless America, Inc., have refused to agree to redact certain excerpts of the judicial transcript of the October 24, 2018 discovery dispute hearing. ██████ ████ ████ █ █████████████

███ ████████ █ ████████████ █ █    █ ████ █ ██ ████████████

████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

FURTHER, AFFIANT SAYETH NOT.

Koenraad Wuyts

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, by Koenraad Wuyts, on this 19th day of November, 2018, to certify which witness my official hand and seal of office.



KRISTINA L. DAVIS
Notary Public, State of Texas
Commission Expires 05-20-2020
Notary ID 13066542-1

Notary Public