# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE KPN N.V., <br><br> Plaintiff, <br><br> v. <br><br> SIERRA WIRELESS, INC., AND SIERRA WIRELESS AMERICA, INC., <br><br> Defendant. | C.A. No. 17-cv-90-LPS-CJB <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff Koninklijke KPN N.V. ("KPN") and Defendants Sierra Wireless, Inc., and Sierra Wireless America, Inc. (collectively, "Sierra") respectfully submit this Joint Status Report pursuant to the Court's March 16, 2021 Order.

KPN sent Sierra a draft settlement agreement on Thursday, February 18. Sierra provided its initial edits on Friday, March 12, to which KPN responded on Tuesday, March 16. Sierra provided additional edits on Saturday, March 20. Through their discussions, the parties have resolved most open issues. The parties have continued discussions through today, and are planning to talk again in an effort to finalize the settlement.

| | |
|---|---|
| Dated: March 21, 2021 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market St., 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> bfarnan@farnanlaw.com | */s/ Jeremy A. Tigan* <br> Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com |

| | |
|---|---|
| mfarnan@farnanlaw.com | jtigan@mnat.com |
| *Attorneys for Plaintiff Koninklijke KPN N.V.* | *Attorneys for Defendants Sierra Wireless, Inc. and Sierra Wireless America, Inc.* |